## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated, )))) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No.: 5:17-cv-179 |
| DIRECTV, LLC; ADAM COX; AC1 COMMUNICATIONS; IQ MARKETING 2, CORP., d/b/a PACIFICOM; and MICHAEL ASGHARI, ))))))) | |
| *Defendants.* ) | |

### DEFENDANT DIRECTV, LLC'S NOTICE OF APPEAL

Notice is hereby given that pursuant to Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), defendant DIRECTV, LLC hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's April 25, 2018 Order (Dkt. No. 28) denying DIRECTV, LLC's Motion to Compel Arbitration and to Stay Litigation (Dkt. No. 15).

Dated: May 11, 2018                         Respectfully submitted,

*/s/ Danielle M. Waltz*_____
Danielle M. Waltz (WVSB #10271)
Sarah A. Phipps (WVSB #13031)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Tel.: (304) 340-1000
Fax: (304) 340-1050
dwaltz@jacksonkelly.com

Archis A. Parasharami (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Tel.: (202) 263-3328
Fax: (202) 263-5328
aparasharami@mayerbrown.com

*Counsel for Defendant DIRECTV, LLC*

## **CERTIFICATE OF SERVICE**

      I, Danielle M. Waltz, counsel for Defendant DIRECTV, LLC, do hereby certify on this 11th day of May, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following party:

>John W. Barrett (WVSB #7289)
>BAILEY & GLASSER LLP
>209 Capitol Street
>Charleston, WV 25301
>jbarrett@baileyglasser.com
>jmarshall@baileyglasser.com
>rdonovan@baileyglasser.com
>skinney@baileyglasser.com

*Counsel for Plaintiffs*

                        */s/Danielle M. Waltz*_____
                        Danielle M. Waltz (WVSB #10271)