IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**individually and on behalf of a class of all**
**persons and entities similarly situated,**

      **Plaintiff,**

vs.                                                         Civil Action No.:   5:17-cv-179

**DIRECTV, LLC;**
**ADAM COX;**
**AC1 COMMUNICATIONS;**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM;**
**and MICHAEL ASGHARI,**

      **Defendants.**

## CERTIFICATE OF SERVICE

      I, John W. Barrett, hereby certify that on September 6, 2018, I served a true and correct copy of "*Plaintiff's First Set of Discovery Requests to AC1 Communications*" by e-mail, regular mail and that the Certificate of Service was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

                            Danielle M. Waltz
                            Sarah A. Phipps
                            Jackson Kelly PLLC
                            500 Lee Street East, Suite 1600
                            Charleston, WV 25301
                            dwaltz@jacksonkelly.com
                            sphipps@jacksonkelly.com

                            Archis A. Parasharmi
                            Daniel E. Jones
                            Mayer Brown LLP
                            1999 K Street NW
                            Washington, DC 20006
                            aparasharami@mayerbrown.com
                            djones@mayerbrown.com

Jeffrey M. Wakefield
Bryan N. Price
Raymond L. Harrell, Jr.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
bprice@flahertylegal.com
rharrell@flahertylegal.com


    */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)