IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**individually and on behalf of a class of all**
**persons and entities similarly situated,**

    **Plaintiff,**

vs.     Civil Action No.:   5:17-cv-179

**DIRECTV, LLC;**
**ADAM COX;**
**AC1 COMMUNICATIONS;**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM;**
**and MICHAEL ASGHARI,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, John W. Barrett, hereby certify that on September 6, 2018, I served a true and correct copy of "*Plaintiff's First Set of Discovery Requests to Adam Cox*" by e-mail, regular mail and that the Certificate of Service was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

        Danielle M. Waltz
        Sarah A. Phipps
        Jackson Kelly PLLC
        500 Lee Street East, Suite 1600
        Charleston, WV 25301
        dwaltz@jacksonkelly.com
        sphipps@jacksonkelly.com

        Archis A. Parasharmi
        Daniel E. Jones
        Mayer Brown LLP
        1999 K Street NW
        Washington, DC 20006
        aparasharami@mayerbrown.com
        djones@mayerbrown.com

        Jeffrey M. Wakefield
Bryan N. Price
Raymond L. Harrell, Jr.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
bprice@flahertylegal.com
rharrell@flahertylegal.com


                                                */s/ John W. Barrett*
                                        John W. Barrett (WV Bar No. 7289)