## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**individually and on behalf of a class of all**
**persons and entities similarly situated,**

        **Plaintiffs,**

**vs.**                                 **Civil Action No.:  5:17-cv-179**

**DIRECTV, LLC;**
**ADAM COX;**
**AC1 COMMUNICATIONS;**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM;**
**and MICHAEL ASGHARI,**

        **Defendants.**

### NOTICE OF APPEARANCE

        NOTICE IS HEREBY GIVEN that Sharon F. Iskra of Bailey & Glasser, LLP, hereby

appears on behalf of Plaintiff Diana Mey, in the above matter.  Pleadings, notices and other

papers should be served on counsel at the following address:

                                Sharon F. Iskra, Esquire
                                Bailey & Glasser, LLP
                                209 Capitol Street
                                Charleston, West Virginia 25301
                                siskra@baileyglasser.com

Dated:  September 26, 2018

                                Plaintiff,
                                By Counsel.

 */s/ Sharon F. Iskra*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Sharon F. Iskra (WV Bar No. 6582)
BAILEY & GLASSER LLP

209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA**

**DIANA MEY,
individually and on behalf of a class of all
persons and entities similarly situated,**

       **Plaintiff,**

**vs.**                                  **Civil Action No.:  5:17-cv-179**

**DIRECTV, LLC;
ADAM COX;
AC1 COMMUNICATIONS;
IQ MARKETING 2, CORP., d/b/a PACIFICOM;
and MICHAEL ASGHARI,**

       **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

      I, Sharon F. Iskra, hereby certify that on September 26, 2018, I served a true and correct copy of "*Notice of Appearance*" was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

                Danielle M. Waltz
                Sarah A. Phipps
                Jackson Kelly PLLC
                500 Lee Street East, Suite 1600
                Charleston, WV 25301
                <u>dwaltz@jacksonkelly.com</u>
                <u>sphipps@jacksonkelly.com</u>

                Archis A. Parasharmi
                Daniel E. Jones
                Mayer Brown LLP
                1999 K Street NW
                Washington, DC 20006
                <u>aparasharami@mayerbrown.com</u>
                <u>djones@mayerbrown.com</u>

Jeffrey M. Wakefield
Bryan N. Price
Raymond L. Harrell, Jr.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
bprice@flahertylegal.com
rharrell@flahertylegal.com


 _/s/ Sharon F. Iskra_____
Sharon F. Iskra (WV Bar No. 6582)