## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON, and
JAMES SHELTON,
individually and on behalf of a class of all
persons and entities similarly situated,

       Plaintiffs,

vs.                                                                          Case No. 5:17-cv-00179-JPB

DIRECTV, LLC;

and

ADAM COX;
AC1 COMMUNICATIONS;
IQ MARKETING 2, CORP., d/b/a PACIFICOM;
MICHAEL ASGHARI;
NAS AIR LOGISTICS;
JOHN MATTHEWS;
BIRJU, LLC;
PIC SIX, LLC;
MYLAN JOHNSON GROUP;
XCITE SATELLITE, LLC;
EXACT ESTIMATING, LLC;
CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS;
KREATAMOTIVE LLC;
EXPLOSIVE SALES MARKETING GROUP, INC.

       Defendants

## Notice of Intent to Serve Subpoena

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil

Procedure, Plaintiffs intend to serve a Subpoena upon Connect Your Home, LLC in the form

attached hereto as Exhibit A.

Dated: November 29, 2018                          Respectfully submitted by,

 _/s/ John W. Barrett_
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Sharon F. Iskra (WV Bar No. 6582)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

_Counsel for Plaintiff_

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**individually and on behalf of a class of all**
**persons and entities similarly situated,**

      **Plaintiff,**

**vs.**                                 **Civil Action No.:  5:17-cv-179**

**DIRECTV, LLC;**
**ADAM COX;**
**AC1 COMMUNICATIONS;**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM;**
**and MICHAEL ASGHARI,**

      **Defendants.**

### CERTIFICATE OF SERVICE

      I, John W. Barrett, hereby certify that on November 29, 2018, I served a true and correct copy of "*Notice of Intent to Serve Subpoena*" was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

                        Danielle M. Waltz
                        Sarah A. Phipps
                        Jackson Kelly PLLC
                        500 Lee Street East, Suite 1600
                        Charleston, WV 25301
                        dwaltz@jacksonkelly.com
                        sphipps@jacksonkelly.com

                        Archis A. Parasharmi
                        Daniel E. Jones
                        Mayer Brown LLP
                        1999 K Street NW
                        Washington, DC 20006
                        aparasharami@mayerbrown.com
                        djones@mayerbrown.com

Jeffrey M. Wakefield
Bryan N. Price
Raymond L. Harrell, Jr.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
bprice@flahertylegal.com
rharrell@flahertylegal.com


     */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)