**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DIANA MEY, CRAIG CUNNINGHAM,**
**STEWARD ABRAMSON, and**
**JAMES EVERETT SHELTON,**
Individually and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

v.                                                                                     CIVIL ACTION NO. 5:17-cv-179
                                                                                       (Judge Bailey)

**DIRECTV, LLC;**

*and*

**AC1 COMMUNICATIONS, a DirecTV Authorized Dealer,**
    **and its principal, ADAM COX;**
**BIRJU, LLC, a DirecTV Authorized Dealer;**
**CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS,**
    **a DirecTV Authorized Dealer;**
**EXACT ESTIMATING, LLC, a DirecTV Authorized Dealer;**
**EXPLOSIVE SALES MARKETING GROUP, INC,**
    **a DirecTV Authorized Dealer,**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM,**
    **a DirecTV Authorized Dealer, and its principal,**
    **MICHAEL ASGHARI;**
**KREATAMOTIVE LLC, a DirecTV Authorized Dealer;**
**MYLAN JOHNSON GROUP, a DirecTV Authorized Dealer;**
**NAS AIR LOGISTICS, LLC, a DirecTV Authorized Dealer,**
**PIC SIX, LLC, a DirecTV Authorized Dealer;**
**SUPER SALE OUTLETS, LLC, a DirecTV Authorized Dealer;**
**and XCITE SATELLITE, LLC, a DirecTV Authorized Dealer;**

    **Defendants.**

**NOTICE OF APPEARANCE OF JASON L. HOLLIDAY, ESQUIRE FOR**
**<u>DEFENDANTS ADAM COX AND AC1 COMMUNICATIONS</u>**

Please take notice that Jason L. Holliday, Esquire, and the law firm of Flaherty Sensabaugh Bonasso, PLLC, hereby enter their appearance as additional counsel for Adam Cox and AC1 Communications named as Defendants in the above captioned matter.

1

It is requested that copies of all future process, pleadings, correspondence or other documents be served upon the undersigned via the CM/ECF system or via regular U.S. Mail, if required.

Dated this 6th day of December, 2018.

**ADAM COX AND AC1 COMMUNICATIONS**

**By Counsel,**

/s/Jason L. Holliday
Jeffrey M. Wakefield (WV Bar #3894)
Bryan N. Price (WV Bar #8846)
Jason L. Holliday (WV Bar #12749)
Raymond L. Harrell, Jr. (WV Bar #12995)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street (25301)
P. O. Box 3843
Charleston, WV 25338-3843
(304) 345-0200
(304) 345-0260 fax
JWakefield@flahertylegal.com
BPrice@flahertyleglal.com
JHolliday@flahertylegal.com
RHarrell@flahertylegal.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**DIANA MEY, CRAIG CUNNINGHAM,
STEWARD ABRAMSON, and
JAMES EVERETT SHELTON,**
Individually and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

v.    CIVIL ACTION NO. 5:17-cv-179
    (Judge Bailey)

**DIRECTV, LLC;**

*and*

**AC1 COMMUNICATIONS**, a DirecTV Authorized Dealer,
    and its principal, **ADAM COX;**
**BIRJU, LLC**, a DirecTV Authorized Dealer;
**CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS,**
    a DirecTV Authorized Dealer;
**EXACT ESTIMATING, LLC**, a DirecTV Authorized Dealer;
**EXPLOSIVE SALES MARKETING GROUP, INC,**
    a DirecTV Authorized Dealer,
**IQ MARKETING 2, CORP., d/b/a PACIFICOM,**
    a DirecTV Authorized Dealer, and its principal,
    **MICHAEL ASGHARI;**
**KREATAMOTIVE LLC**, a DirecTV Authorized Dealer;
**MYLAN JOHNSON GROUP**, a DirecTV Authorized Dealer;
**NAS AIR LOGISTICS, LLC**, a DirecTV Authorized Dealer,
**PIC SIX, LLC**, a DirecTV Authorized Dealer;
**SUPER SALE OUTLETS, LLC**, a DirecTV Authorized Dealer;
and **XCITE SATELLITE, LLC**, a DirecTV Authorized Dealer;

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2018, I electronically filed the original Certificate of Service for the **"Notice of Appearance of Jason L. Holliday, Esquire for Defendants Adam Cox and AC1 Communications"** with the Clerk of the Court using the CM/ECF system, to the following Counsel of record:

3

| | |
|---|---|
| John W. Barrett<br>Jonathan R. Marshall<br>Ryan McCune Donovan<br>Bailey & Glasser LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>and<br>Matthew P. McCue *pro hac vice*<br>The Law Office of Matthew P. Mccue<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>*Counsel for Plaintiff* | Danielle M. Waltz<br>Sarah A. Phipps<br>Jackson Kelly PLLC<br>500 Lee Street East, Suite 1600<br>Charleston, WV 25301<br>and<br>Archis A. Parasharmi *pro hac vice*<br>Daniel E. Jones *pro hac vice*<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>*Counsel for Defendant DIRECTV, LLC*<br><br>/s/Jason L. Holliday<br>Jeffrey M. Wakefield (WV Bar #3894)<br>Bryan N. Price (WV Bar #8846)<br>Jason L. Holliday (WV Bar #12749)<br>Raymond L. Harrell, Jr. (WV Bar #12995) |