IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON, and
JAMES SHELTON,
individually and on behalf of a class of all
persons and entities similarly situated,

        Plaintiffs,

vs.                                              Case No. 5:17-cv-00179-JPB

DIRECTV, LLC;

and

ADAM COX;
AC1 COMMUNICATIONS;
IQ MARKETING 2, CORP., d/b/a PACIFICOM;
MICHAEL ASGHARI;
NAS AIR LOGISTICS;
JOHN MATTHEWS;
BIRJU, LLC;
PIC SIX, LLC;
MYLAN JOHNSON GROUP;
XCITE SATELLITE, LLC;
EXACT ESTIMATING, LLC;
CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS;
KREATAMOTIVE LLC;
EXPLOSIVE SALES MARKETING GROUP, INC.

        Defendants

## STIPULATION OF EXTENSION OF TIME IN WHICH DEFENDANT XCITE SATELLITE MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

PLEASE TAKE NOTICE that Debra Lee Allen, Esq. and the law firm of Spilman Thomas & Battle, PLLC and Sharon F. Iskra, Esq. and the law firm of Bailey & Glasser, LLP, hereby stipulate and agree that XCite Satellite, LLC shall have until January 18, 2019 to Answer or otherwise respond to the Complaint in the above-captioned civil action.

These counsel further agree that as a condition to this extension, XCite Satellite, LLC shall, in accordance with the Federal Rules of Civil Procedure, respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents on or before January 18, 2019.

Dated: December 28, 2018                           Respectfully submitted by:


 */s/ Sharon F. Iskra*                                          /s/ *Debra Lee Allen*
John W. Barrett (WV Bar No. 7289)                 Debra Lee Allen (WV Bar No. 9838)
Jonathan R. Marshall (WV Bar No. 10580)           Spilman Thomas & Battle, PLLC
Sharon F. Iskra (WV Bar No. 6582)                 48 Donley Street, Suite 800
BAILEY & GLASSER LLP                              Morgantown, WV  26507-0615
209 Capitol Street                                Telephone: 304.291.7951 (Office)
Charleston, WV  25301                                          304.216.5835(Mobile)
Telephone: (304) 345-6555                         dallen@spilmanlaw.com
jbarrett@baileyglasser.com                        *Counsel for XCite Satellite, LLC*
jmarshall@baileyglasser.com
siskra@baileyglasser.com


Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com


Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Debra Lee Allen, hereby certify that on December 28, 2018, a true and correct copy of "*Stipulation of Extension of Time in Which Defendant XCite Satellite May Answer or Otherwise Respond to Plaintiffs' Complaint*" was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

Danielle M. Waltz
Sarah A. Phipps
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
dwaltz@jacksonkelly.com
sphipps@jacksonkelly.com
*Counsel for DirecTV, LLC*

Archis A. Parasharmi
Daniel E. Jones
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
aparasharami@mayerbrown.com
djones@mayerbrown.com
*Counsel for DirecTV, LLC*

Jeffrey M. Wakefield
Bryan N. Price
Raymond L. Harrell, Jr.
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
jwakefield@flahertylegal.com
bprice@flahertylegal.com
rharrell@flahertylegal.com
*Counsel for AC1 Communications and Adam Cox*

Anthony Paronich
Edward A. Broderick
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA  02110
anthony@broderick-law.com
ted@broderick-law.com
*Counsel for Plaintiffs*

3

John W. Barrett
Jonathan R. Marshall
Sharon F. Iskra
Sandra Henson Kinney
Bailey & Glasser, LLP
209 Capitol St.
Charleston, WV  25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
skinney@baileyglasser.com
*Counsel for Plaintiffs*

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA  01760
mmccue@massattorneys.net
*Counsel for Plaintiffs*

Ryan McCune Donovan
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV  25339
rdonovan@hfdrlaw.com
*Counsel for Plaintiffs*

 */s/ Debra Lee Allen*
Debra Lee Allen (WV Bar No. 9838)