IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**DIANA MEY,**
**CRAIG CUNNINGHAM,**
**STEWART ABRAMSON, and**
**JAMES SHELTON,**
individually and on behalf of a class of all
persons and entities similarly situated,

      Plaintiffs,

vs.                                                  Case No. 5:17-cv-00179-JPB
                                                        Judge Bailey

**DIRECTV, LLC;**

**and**

**ADAM COX;**
**AC1 COMMUNICATIONS;**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM;**
**MICHAEL ASGHARI;**
**NAS AIR LOGISTICS;**
**JOHN MATTHEWS;**
**BIRJU, LLC;**
**PIC SIX, LLC;**
**MYLAN JOHNSON GROUP;**
**XCITE SATELLITE, LLC;**
**EXACT ESTIMATING, LLC;**
**CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS;**
**KREATAMOTIVE LLC;**
**EXPLOSIVE SALES MARKETING GROUP, INC.,**

      Defendants.

**JOINT MOTION REQUESTING THE**
**COURT TO ENTER PROTECTIVE ORDER**

Plaintiffs Diana Mey, Craig Cunningham, Stewart Abramson and James Shelton, and

defendants DIRECTV, LLC;[1] ACI Communications; and Xcite Satellite, LLC, by their counsel,

---

[1] The case is currently stayed as to DIRECTV, but DIRECTV joins this Motion as it remains a party and hence, may receive confidential materials that warrant protection.

appear before the Court to request entry of the proposed Protective Order filed with this Joint Motion.  The proposed Protective Order is the sample protective order found on the website of the Northern District of West Virginia's website, with two changes:  (1) modifying the "Confidential Information" definition in paragraph 2(a) so as to include personal information of third parties (e.g., customer account information), and (2) modifying the destruction of copies provision of paragraph 23 to exclude materials that may have been copied to back-up tapes in the ordinary course.

Dated: January 30, 2019		Respectfully submitted by:

*s/ Sharon F. Iskra*
John W. Barrett (WV Bar No. 7289)
Jonathan R. Marshall (WV Bar No. 10580)
Sharon F. Iskra (WV Bar No. 6582)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV  25301
304.345.6555 | 304.342.1110 (facsimile)
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
skinney@baileyglasser.com

Anthony Paronich, *pro hac vice*
Edward A. Broderick, *pro hac vice*
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA  02110
617.738.7080| 617.830.0327
anthony@broderick-law.com
ted@broderick-law.com

Matthew P. McCue, *pro hac vice*
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA  01760
508.655.1415 | 508.319.3077
mmccue@massattorneys.net

2

Ryan McCune Donovan (WV Bar No. 11660)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
681.265.3802 | 304.982-8056
rdonovan@hfdrlaw.com
*Counsel to Plaintiffs*

*s/ Danielle M. Waltz*_____
Danielle M. Waltz (WV Bar No. 10271)
Sarah A. Phipps (WV Bar No. 13031)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
304.340.1160 | 304.340.1130
dwaltz@jacksonkelly.com
sarah.a.phipps@jacksonkelly.com

Archis A. Parasharmi, *pro hac vice*
Daniel E. Jones, *pro hac vice*
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
202.263.3328 | 202.263.5328
aparasharami@mayerbrown.com
djones@mayerbrown.com
*Counsel to DIRECTV, LLC*

*s/ Bryan N. Price*_____
Jeffrey M. Wakefield (WV Bar No. 3894)
Jason Lee Holliday (WV Bar No. 12749)
Bryan N. Price (WV Bar No. 8846)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P. O. Box 3843
Charleston, WV 25338-3843
304.345.0200 | 304.345.0260 (facsimile)
jwakefield@flahertylegal.com
jholliday@flahertylegal.com
bprice@flahertylegal.com
rharrel@flahertylegal.com
*Counsel to ACI Communications
and Adam Cox*

3

                                                *s/ Debra Lee Allen*_____
Debra Lee Allen (WV Bar No. 9838)
Spilman Thomas & Battle, PLLC
Remote Location:
292 Pleasant Valley Drive
Charles Town, WV 25414
304.291.7951 | 304.291.7979 (facsimile)
dallen@spilmanlaw.com
*Counsel for Xcite Satellite, LLC*