IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

| | |
|---|---|
| DIANA MEY, CRAIG CUNNINGHAM, STEWART ABRAMSON and JAMES SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>and<br><br>ADAM COX; AC1 COMMUNICATIONS; IQ MARKETING 2, Corp., d/b/a PACIFICOM; MICHAEL ASGHARI; NAS AIR LOGISTICS; JOHN MATTHEWS; BIRJU, LLC; PIC SIX LLC; MYLAN JOHNSON GROUP; XCITE SATELLITE, LLC; EXACT ESTIMATING, LLC; CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS; KREATAMOTIVE LLC; EXPLOSIVE SALES MARKETING GROUP, INC.,<br><br>  Defendants. | CIVIL ACTION NO.: 5:17-CV-179 (BAILEY) |

## ORDER SETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING

Currently pending before the Court is Plaintiffs' Motion to Compel Responses to Plaintiffs' First Set of Discovery Requests to AC1 Communications [ECF No. 84], filed February 21, 2019. Said Motion has been referred to this Court by Order [ECF No. 87] for consideration and disposition. Pursuant to LR Civ P 7.02, it is **ORDERED** that:

Response Memoranda shall be filed on or before **March 7, 2019**;

Reply briefs, if any, shall be filed on or before **March 14, 2019**.

An Oral Argument/Evidentiary Hearing will be held in this matter on **March 25, 2019 at 10:00 a.m. in the Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James P. Mazzone**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* Plaintiff by certified mail, return receipt requested, and to counsel of record herein.

Dated: 2/22/19                /s/ James P. Mazzone
                              JAMES P. MAZZONE
                              UNITED STATES MAGISTRATE JUDGE