# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

| | |
|---|---|
| DIANA MEY, CRAIG CUNNINGHAM, STEWART ABRAMSON and JAMES SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>and<br><br>ADAM COX; AC1 COMMUNICATIONS; IQ MARKETING 2, Corp., d/b/a PACIFICOM; MICHAEL ASGHARI; NAS AIR LOGISTICS; JOHN MATTHEWS; BIRJU, LLC; PIC SIX LLC; MYLAN JOHNSON GROUP; XCITE SATELLITE, LLC; EXACT ESTIMATING, LLC; CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS; KREATAMOTIVE LLC; EXPLOSIVE SALES MARKETING GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO.: 5:17-CV-179 (BAILEY) |

## ORDER RESETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING

Currently pending before the Court is Plaintiffs' Motion to Compel Responses to Plaintiffs' First Set of Discovery Requests to AC1 Communications [ECF No. 84], filed February 21, 2019. Said Motion was referred to this Court by Order [ECF No. 87] for consideration and disposition. An Order Setting Deadlines and Oral Argument/Evidentiary Hearing [ECF No. 88] was previously entered on February 22, 2019. Subsequently, a Motion to Withdraw as Attorney [ECF No. 90] was filed. By Order [ECF No. 94], the undersigned stayed

the deadlines and hearing date set with respect to Plaintiffs' Motion to Compel, pending the outcome of the Motion to Withdraw.

On March 7, 2019, the District Court entered an Order [ECF No. 95] granting the Motion to Withdraw. To date, no responsive pleadings have been filed, another hearing has not been sought, and the Court is unaware whether the issues raised in the pending Motion to Compel have been resolved by and between the parties. Accordingly, the undersigned has determined that it is necessary to reset the deadlines and the oral argument/evidentiary hearing *sua sponte*.

Therefore, and pursuant to LR Civ P 7.02, it is **ORDERED** that:

Response Memoranda shall be filed on or before **September 4, 2019**;

Reply briefs, if any, shall be filed on or before **September 11, 2019**.

An Oral Argument/Evidentiary Hearing will be held in this matter on **September 16, 2019 at 10:00 a.m. in the Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James P. Mazzone**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* Plaintiff by certified mail, return receipt requested, and to counsel of record herein.

Dated: 8/21/19 /s/ James P. Mazzone
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE

2