# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

| | |
|---|---|
| DIANA MEY, CRAIG CUNNINGHAM, STEWART ABRAMSON and JAMES SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>and<br><br>ADAM COX; AC1 COMMUNICATIONS; IQ MARKETING 2, Corp., d/b/a PACIFICOM; MICHAEL ASGHARI; NAS AIR LOGISTICS; JOHN MATTHEWS; BIRJU, LLC; PIC SIX LLC; MYLAN JOHNSON GROUP; XCITE SATELLITE, LLC; EXACT ESTIMATING, LLC; CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS; KREATAMOTIVE LLC; EXPLOSIVE SALES MARKETING GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO.: 5:17-CV-179 (BAILEY) |

## SECOND ORDER RESETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING

For reasons appearing to the Court, the Oral Argument/Evidentiary Hearing currently set for September 16, 2019 at 10:00 a.m. with respect to Plaintiff's Motion to Compel Responses to Plaintiffs' First Set of Discovery Requests to AC1 Communications [ECF No. 84] is **CANCELLED**. The hearing is **RESET** for **Monday, October 7, 2019 at 10:00 a.m. in the Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James P. Mazzone**. Additionally, Response Memoranda are now due on or before September 27, 2019. Reply Memoranda, if any, are now due on or before October 4, 2019.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se* party by certified mail, return receipt requested, and to counsel of record herein.

Dated: 9/12/19                                /s/ James P. Mazzone
                                                          JAMES P. MAZZONE
                                                          UNITED STATES MAGISTRATE JUDGE