WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

DIANA MEY, et al.
*Plaintiff*

V.   Case No. 5:17-cv-00179-JPB-JPM

DIRECTV, LLC, et al.
*Defendant*

## NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Diana Mey, et al.

Date: 09/18/2019

/s/ Benjamin J. Hogan
*Attorney's signature*

Benjamin J. Hogan (WV Bar No. 12997)
*Printed name and bar number*

BAILEY & GLASSER LLP
6 Canyon Road
Suite 200
Morgantown, WV 26508
*Address*

bhogan@baileyglasser.com
*E-mail address*

(304) 594-0087
*Telephone number*

(304) 594-9709
*FAX number*