IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY,**
**CRAIG CUNNINGHAM,**
**STEWART ABRAMSON, and**
**JAMES EVERETT SHELTON,**
individually and on behalf of a class of all
persons and entities similarly situated,

       **Plaintiffs,**

vs.                                                        Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC;**

and

**AC1 COMMUNICATIONS, a DirecTV Authorized Dealer,**
**and its principal, ADAM COX;**
**BIRJU, LLC, a DirecTV Authorized Dealer;**
**CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS,**
**a DirecTV Authorized Dealer;**
**NAS AIR LOGISTICS, LLC, a DirecTV Authorized Dealer;**
**EXACT ESTIMATING, LLC, a DirecTV Authorized Dealer;**
**EXPLOSIVE SALES MARKETING GROUP, INC,**
**a DirecTV Authorized Dealer,**
**IQ MARKETING 2, CORP., d/b/a PACIFICOM,**
**a DirecTV Authorized Dealer, and its principal,**
**MICHAEL ASGHARI;**
**KREATAMOTIVE LLC, a DirecTV Authorized Dealer; and**
**MYLAN JOHNSON GROUP, a DirecTV Authorized Dealer;**
**XCITE SATELLITE, LLC, a DirecTV Authorized Dealer;**
**PIC SIX, LLC, a DirecTV Authorized Dealer;**
**SUPER SALE OUTLETS, LLC, a DirecTV Authorized Dealer;**

       **Defendants.**

## CERTIFICATE OF SERVICE

       I hereby certify that on January 24, 2020, I served a true and correct copy of the foregoing **Plaintiffs' First Supplemental Rule 26(a)(1) Disclosures** via email and U.S. Mail to counsel of record as follows:

Danielle M. Waltz (WV Bar No. 10271)
Sarah A. Phipps (WV Bar No. 13031)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone:  (304) 340-1000
dwaltz@jacksonkelly.com

Archis A. Parasharami
Daniel E. Jones
MAYER BROWN, LLP
1999 K Street NW
Washington, DC 20006
Telephone:  (202) 263-3328
aparsharami@mayerbrown.com
spomeroy@jonesday.com
djacobs@jonesday.com

*Counsel for DirecTV, LLC*


*/s/ John W. Barrett*_____
John W. Barrett (WV Bar No. 7289)