# UNITED STATES OF AMERICA
## for the Northern District of West Virginia
### AT: Wheeling

DIANA MEY, et al.

V.

DIRECTV, LLC, et al.

**MODIFICATION OF ATTORNEY CONTACT INFORMATION**

Case Number: 5:17-cv-00179-JPB

NOTE: Please complete this form when *any* of the listed information should be updated in the Court's records. File this form on ECF in <u>any and all pending case(s)</u> which you are attorney of record.

**DO NOT USE THIS FORM FOR ATTORNEY SUBSTITUTIONS OR WITHDRAWAL**

I, _____, hereby provide this Notice of Change of Attorney Information to the Court:

Name of attorney on file with the Court: Edward A. Broderick

West Virginia Bar ID No: _____  -or-  ☒ Out of State Attorney

Attorney name change (*in case of marriage, divorce, etc*):

Former Name: _____

New Name: _____

If you have switched law firms or government agency, please provide your new firms/agency's name: Broderick Law, P.C.

New address: 99 High Street, Suite 304
Boston, MA 02110

New telephone number: 617-738-7080
New facsimile number: 617-830-0327
New e-mail address: ted@broderick-law.com

Note: Attorneys may update their email address by logging into their ECF account and choosing "Maintain Your Email" under the Utilities menu.

Fax completed form to: (304) 623-4551  Attn: Admissions Clerk
or
Email completed form to: Admissions Clerk, **debbie_kinsey@wvnd.uscourts.gov**