IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON, and
JAMES EVERETT SHELTON,
individually and on behalf of a class of all
persons and entities similarly situated,

        Plaintiffs,

vs.                                       Case No. 5:17-cv-00179-JPB

DIRECTV, LLC;

and

AC1 COMMUNICATIONS, a DirecTV Authorized Dealer,
and its principal, ADAM COX;
BIRJU, LLC, a DirecTV Authorized Dealer;
CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS,
a DirecTV Authorized Dealer;
NAS AIR LOGISTICS, LLC, a DirecTV Authorized Dealer;
EXACT ESTIMATING, LLC, a DirecTV Authorized Dealer;
EXPLOSIVE SALES MARKETING GROUP, INC,
a DirecTV Authorized Dealer,
IQ MARKETING 2, CORP., d/b/a PACIFICOM,
a DirecTV Authorized Dealer, and its principal,
MICHAEL ASGHARI;
KREATAMOTIVE LLC, a DirecTV Authorized Dealer; and
MYLAN JOHNSON GROUP, a DirecTV Authorized Dealer;
XCITE SATELLITE, LLC, a DirecTV Authorized Dealer;
PIC SIX, LLC, a DirecTV Authorized Dealer;
SUPER SALE OUTLETS, LLC, a DirecTV Authorized Dealer;

        Defendants.

## Agreed Order Granting Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint

Upon consideration and for good cause shown, Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint is hereby **GRANTED**. The Clerk is directed to file Plaintiffs' Second Amended Class Action Complaint.

**IT IS SO ORDERED**:

Dated: **3-19-2020**

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE