**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

DIANA MEY, et al., individually
and on behalf of a class of all persons
and entities similarly situated,

      Plaintiffs,

v.    Case No. 5:17-CV-00179

DIRECTV, LLC,

And

ACI COMMUNICATIONS, et al.,

      Defendants.

ORDER GRANTING PERFECTVISION MANUFACTURING, INC.'S MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT AND TO SERVE INITIAL DISCOVERY DISCLOSURES

The Court has before it Defendant PerfectVision Manufacturing, Inc.'s Motion to Extend Deadline to Answer or Otherwise Respond to Second Amended Complaint and to Serve Initial Discovery Disclosures. The Motion requests that PerfectVision be granted until May 27, 2020 to answer or otherwise respond to the Second Amended Complaint and until June 6, 2020 to serve its Initial Discovery Disclosures. For good cause shown, the Court **GRANTS** the Motion [Doc. 155] and **ORDERS** as follows:

Defendant PerfectVision Manufacturing, Inc. shall be granted until May 27, 2020 to answer or otherwise respond to the Second Amended Complaint, and until June 6, 2020 to serve its Initial Discovery Disclosures.

ENTERED this __24th_ day of April 2020.

                                                    S/ JOHN PRESTON BAILEY
                                                    Honorable John Preston Bailey, Judge
                                                    United States District Court