UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**DIANA MEY, CRAIG CUNNINGHAM,
STEWART ABRAMSON, JAMES SHELTON,
DAVID VANCE, RUSSELL LOCKE, and THOMAS
STARK, individually and on behalf of a class of
all persons and entities similarly situated,**

        **Plaintiffs,**

vs.                          **CASE NO.: 5:17-cv-00179-JPB**

**DIRECTV, et al.,**

        **Defendants.**

### AGREED STIPULATION TO EXTEND ANSWER OR RESPONSIVE PLEADING DEADLINE FOR DEFENDANT CLEAR HOME, INC.

Plaintiffs, by counsel, and Defendant Clear Home, Inc., by counsel, do hereby stipulate and agree to extend the deadline for Defendant Clear Home, Inc. to answer or otherwise respond to the Second Amended Class Action Complaint pursuant to N.D. W.Va. LR Civ P 7.01 and 12.01.

The parties stipulate and agree that the deadline for the Defendant Clear Home, Inc. to answer or otherwise respond to the Second Amended Class Action Complaint is extended to Friday, May 22, 2020.

DATE: May 11, 2020

AGREED TO BY:


**CLEAR HOME, INC.**
Defendant.

By Counsel:

/s/ David B. Hanna
David B. Hanna (WVSB #8813)
HANNA & HANNA PLLC
1206 Virginia Street East, Suite 201
P.O. Box 3967
Charleston, WV  25339
(304) 342-1687
(304) 342-8761 facsimile
dhanna@hannalawpllc.com



**PLAINTIFFS**

By Counsel:


/s/ Benjamin J. Hogan
John W. Barrett (WVSB #7289)
Jonathan R. Marshall (WVSB #10580)
Sharon F. Iskra (WVSB #6582)
Benjamin J. Hogan (WVSB #12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**DIANA MEY, CRAIG CUNNINGHAM,
STEWART ABRAMSON, JAMES SHELTON,
DAVID VANCE, RUSSELL LOCKE, and THOMAS
STARK,** individually and on behalf of a class of
all persons and entities similarly situated,

        **Plaintiffs,**

vs.                              **CASE NO.: 5:17-cv-00179-JPB**

**DIRECTV, et al.,**

        **Defendants.**

**CERTIFICATE OF SERVICE**

      I, David B. Hanna, counsel for Defendant Clear Home, Inc., certify that on this 11th day of May 2020, a true and correct copy of the foregoing **Agreed Stipulation to Extend Answer or Responsive Pleading Deadline for Defendant Clear Home, Inc.** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to following:

John W. Barrett (WVSB #7289)
Jonathan R. Marshall (WVSB #10580)
Sharon F. Iskra (WVSB #6582)
Benjamin J. Hogan (WVSB #12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com
*Counsel for Plaintiffs*

                                      /s/ David B. Hanna
                                        DAVID B. HANNA (WV Bar # 8813)