WVND (January 2014)
Notice of Attorney Appearance and Counsel Contact Form

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Diana Mey, et al.
*Plaintiff*

V.   Case No. 5:17-cv-179

DirecTV, LLC, et al.
*Defendant*

**NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT FORM**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PerfectVision Manufacturing, Inc.

Date: May 28, 2020

/s/ Denise D. Pentino
*Attorney's signature*

Denise D. Pentino (W. Va. Bar No. 6620)
*Printed name and bar number*

Dinsmore & Shohl, LLP
2100 Market Street
Wheeling, WV 26003

_____
*Address*

denise.pentino@dinsmore.com
*E-mail address*

(304) 230-1700
*Telephone number*

(304) 230-1610
*FAX number*