IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**Wheeling Division**

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES SHELTON,
DAVID VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

       Plaintiffs,

vs.                                        Case No. 5:17-cv-00179-JPB

DIRECTV, LLC;

*and*

AC1 COMMUNICATIONS, a DirecTV Authorized Dealer;
BIRJU, LLC, a DirecTV Authorized Dealer;
CDS V1, LLC d/b/a COMPLETE DIGITAL SOLUTIONS,
     a DirecTV Authorized Dealer;
CLEAR HOME, INC., a DirecTV Authorized Dealer;
EXACT ESTIMATING, LLC, a DirecTV Authorized Dealer;
EXPLOSIVE SALES MARKETING GROUP, INC,
     a DirecTV Authorized Dealer,
IQ MARKETING 2, CORP., d/b/a PACIFICOM,
     a DirecTV Authorized Dealer, and its principal,
     MICHAEL ASGHARI;
KREATAMOTIVE LLC, a DirecTV Authorized Dealer; and
MYLAN JOHNSON GROUP, a DirecTV Authorized Dealer;
NAS AIR LOGISTICS, LLC, a DirecTV Authorized Dealer;
PERFECTVISION MANUFACTURING, INC., a DirecTV Authorized
     Dealer, and its telemarketers FATI TECH LLC and SNY MARKETING;
PIC SIX, LLC, a DirecTV Authorized Dealer;
PRO EDGE MARKETING SERVICE LLC, a DirecTV Authorized Dealer;
SUPER SALE OUTLETS, LLC, a DirecTV Authorized Dealer; and
XCITE SATELLITE, LLC, a DirecTV Authorized Dealer,

       Defendants.

## <u>ORDER FOR STIPULATED DISMISSAL WITH PREJUDICE</u>

AND NOW, this ____ day of _____, 2020, upon consideration of the Parties'

stipulation, it is hereby ORDERED that all claims brought in this case against Defendant Clear

Home, Inc. are DISMISSED WITH PREJUDUCE.

It is so ORDERED.

_____
JOHN PRESTON BAILEY
United States District Judge