FILED: August 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1534
(5:17-cv-00179-JPB)

_____

DIANA MEY, individually and on behalf of a class of all persons and entities similarly situated

      Plaintiff - Appellee

v.

DIRECTV, LLC

      Defendant - Appellant

and

ADAM COX; AC1 COMMUNICATIONS; IQ MARKETING 2, CORP., d/b/a Pacificom; MICHAEL ASGHARI

      Defendants

_____

M A N D A T E
_____

The judgment of this court, entered August 7, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk