IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**
**CRAIG CUNNINGHAM,**
**STEWART ABRAMSON,**
**JAMES SHELTON,**
**DAVID VANCE,**
**RUSSELL LOCKE,** and
**THOMAS STARK,** individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

v.                                           **CIVIL ACTION NO. 5:17-CV-179**
                                                        Judge Bailey

**DIRECTV, LLC;**
**AC1 COMMUNICATIONS**, a DirecTV
Authorized Dealer; **CDS V1, LLC d/b/a**
**COMPLETE DIGITAL SOLUTIONS**, a
DirecTV Authorized Dealer; **EXACT ESTIMATING,**
**LLC**, a DirecTV Authorized Dealer; **EXPLOSIVE**
**SALES MARKETING GROUP, INC**, a DirecTV
Authorized Dealer; **IQ MARKETING 2, CORP., d/b/a**
**PACIFICOM**, a DirecTV Authorized Dealer, and its principal,
**MICHAEL ASGHARI; KREATAMOTIVE LLC**, a DirecTV
Authorized Dealer; **MYLAN JOHNSON GROUP**, a DirecTV
Authorized Dealer; **NAS AIR LOGISTICS, LLC**, a DirecTV
Authorized Dealer; **PERFECTVISION MANUFACTURING, INC.**,
a DirecTV Authorized Dealer, and its telemarketers, **FATI TECH**
**LLC** and **SNY MARKETING; PIC SIX, LLC**, a DirecTV
Authorized Dealer; **PRO EDGE MARKETING SERVICE LLC,**
a DirecTV Authorized Dealer; **SUPER SALE OUTLETS, LLC,**
a DirecTV Authorized Dealer; and **XCITE SATELLITE, LLC,**
a DirecTV Authorized Dealer;

    Defendants.

## ORDER

Presently before this Court is Plaintiffs' Motion for Status Conference [Doc. 175], filed on September 3, 2020. Therein, plaintiffs move this Court to set a status conference to address the pendency of the above-captioned matter in light of the Mandate [Doc. 173] recently entered by the United States Court of Appeals for the Fourth Circuit. In consideration of the foregoing, Plaintiffs' Motion for Status Conference **[Doc. 175]** is **GRANTED**, and this Court hereby **VACATES** its prior Order Staying Case and Referring to Arbitration [Doc. 174].

Further, a status conference in this matter is hereby scheduled on **September 17, 2020, at 11:00 a.m.**, in the Wheeling District Judge Courtroom, North.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 4, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE