# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES EVERETT SHELTON,
individually and on behalf of a class
of all persons and entities similarly situated,
DAVID VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

                Plaintiffs,

v.                                                                  CIVIL ACTION NO. 5:17-CV-179
                                                        Judge Bailey

DIRECTV, LLC;
AC1 COMMUNICATIONS, a DirecTV
Authorized Dealer; BIRJU, LLC,
a DirecTV Authorized Dealer; CDS V1, LLC d/b/a
COMPLETE DIGITAL SOLUTIONS, a
DirecTV Authorized Dealer; EXACT ESTIMATING,
LLC, a DirecTV Authorized Dealer; EXPLOSIVE
SALES MARKETING GROUP, INC, a DirecTV
Authorized Dealer; IQ MARKETING 2, CORP., d/b/a
PACIFICOM, a DirecTV Authorized Dealer, and its principal,
MICHAEL ASGHARI; KREATAMOTIVE LLC, a DirecTV
Authorized Dealer; MYLAN JOHNSON GROUP, a DirecTV
Authorized Dealer; NAS AIR LOGISTICS, LLC, a DirecTV
Authorized Dealer; PERFECTVISION MANUFACTURING, INC.,
a DirecTV Authorized Dealer, and its telemarketers, FATI TECH
LLC and SNY MARKETING; PIC SIX, LLC, a DirecTV
Authorized Dealer; PRO EDGE MARKETING SERVICE LLC,
a DirecTV Authorized Dealer; SUPER SALE OUTLETS, LLC,
a DirecTV Authorized Dealer; and XCITE SATELLITE, LLC,
a DirecTV Authorized Dealer;

                Defendants.

## ORDER

This matter is before this Court following a status conference held on September 17, 2020. In consideration of the arguments proffered by the parties therein, it is hereby **ORDERED** that the below listed deadlines be adopted:

1. Within **seven (7) days** of the entry of this Order, plaintiffs must file their Third Amended Complaint.

2. Thereafter, defendants will be provided **thirty (30) days** to file an Answer to the Third Amended Complaint.

3. The parties must file a Fed. R. Civ. P. 26(f) report no later than **forty-five (45) days** following the filing of the Third Amended Complaint.

4. In light of the recent Mandate issued by the United States Circuit Court of Appeals for the Fourth Circuit, plaintiffs must file their opening brief concerning unconscionability within **thirty (30) days** of the entry of this Order.

    a. Thereafter, defendants must file any response brief within **twenty-one (21) days**.

    b. Thereafter, plaintiffs must file any reply brief within **fourteen (14) days**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 17, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE