IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES SHELTON,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

vs.                                              Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

    Defendant.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME REGARDING BRIEFS CONCERNING UNCONSIONABILITY

Upon consideration, Plaintiffs' Unopposed Motion for Extension of Time Regarding Briefs Concerning Unconscionability is hereby **GRANTED**.

Plaintiffs will have until November 2, 2020 to file their opening brief concerning unconscionability. Thereafter, Defendant will have twenty-one days to file any response brief. Thereafter, Plaintiffs will have fourteen days to file any reply brief.

**IT IS SO ORDERED**:

Dated: **10-8-2020**

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE