# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

### Wheeling Division

| | |
|---|---|
| DIANA MEY,<br>CRAIG CUNNINGHAM,<br>STEWART ABRAMSON,<br>JAMES SHELTON,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>         Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>         Defendant. | Case No.: 5:17-cv-00179-JPB |

### <u>DECLARATION OF KYLE J. STEINMETZ</u>

I, Kyle J. Steinmetz, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that, to the best of my knowledge, the following is true and correct:

1.    I am currently an associate at the law firm of Mayer Brown LLP and represent DIRECTV, LLC in this matter.

2.    In that role, I caused an employee at Mayer Brown working under my supervision to research and obtain secretary state of filings for a series of alleged third party independent retailers at issue in this case.

3.    Attached hereto as Exhibit A is a true and correct copy of a Lexis Nexis record showing registration of Birju LLC in California.

4.      Attached hereto as Exhibit B is a true and correct copy of a Lexis Nexis record showing registration of Complete Digital Solutions LLC (a/k/a CDS V1 LLC) in Arizona.

5.      Attached as Exhibit C is a true and correct copy of a Lexis Nexis record showing registration of Clear Home Inc. in Utah.

6.      Attached as Exhibit D is a true and correct copy of a Lexis Nexis record showing registration of Exact Estimating LLC in New York.

7.      Attached as Exhibit E is a true and correct copy of a Lexis Nexis record showing registration of Explosive Sales Marketing Group Inc. in Illinois.

8.      Attached as Exhibit F is a true and correct copy of a Lexis Nexis record showing registration of Kreatamotive LLC in Texas.

9.      Attached as Exhibit G is a true and correct copy of a Lexis Nexis record showing that the Mylan Johnson Group is a fictitious business in Texas.

10.      Attached as Exhibit H is a true and correct copy of a Lexis Nexis record showing that Perfectvision Manufacturing Inc. is registered in Arkansas.

11.      Attached as Exhibit I is a true and correct copy of a Lexis Nexis record showing that Pic Six LLC is registered in Illinois.

12.      Attached as Exhibit J is a true and correct copy of a Lexis Nexis record showing that Pro Edge Marketing Services LLC is registered in Louisiana.

13.      Attached as Exhibit K is a true and correct copy of a Lexis Nexis record showing that Super Sale Outlets LLC is registered in New York.

14.      Attached as Exhibit L is a true and correct copy of a Lexis Nexis record showing that Xcite Satellite LLC is registered in Utah.

738524491.1

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____

day of _Octber_, 2020

_____
Kyle J. Steinmetz

738524491.1

# EXHIBIT A



**1 OF 1 RECORD(S)**

# California Secretary of State

# Corporate Filing

**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 201728410450 |
| **Name:** | BIRJU, LLC |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS ADDRESS:** | 2576 SHOREY WAY<br>FAIRFIELD, CA 94533-6561 |
| **ORIGINAL BUSINESS ADDRESS:** | 2576 SHOREY WAY<br>FAIRFIELD, CA 94533<br>US |
| **MAILING Address:** | 2576 SHOREY WAY<br>FAIRFIELD, CA 94533<br>US |
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | CANCELED |
| **Place Incorporated:** | CALIFORNIA |
| **Date Incorporated:** | 10/03/2017 |
| **Foreign/Domestic:** | DOMESTIC |
| **Amendments Filed:** | 2 |
| **Additional Information:** | ONE MANAGER |
| **Purpose:** | DIRECT TV DEALER |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | VCORP SERVICES CA, INC. (C3156773) |
| **Registered Agent Address** | US |

# Officers

|  |  |
|---|---|
| **Name:** | PATEL, BIRJU<br>Contact Type:MEMBER/MANAGER/PARTNER |
| **Standard Address:** | Type:CONTACT<br>2576 SHOREY<br>FAIRFIELD, CA 94533-6561 |
| **Original Address:** | 2576 SHOREY WAY<br>FAIRFIELD, CA 94533<br>US |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT B

 LexisNexis®

**1 OF 1 RECORD(S)**

# Arizona Secretary of State

# Corporate Filing

## Business Information

| | |
|---|---|
| **Filing Number:** | 1976572 |
| **Name:** | COMPLETE DIGITAL SOLUTIONS L.L.C. |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS ADDRESS:** | 41719 N GOLF CREST RD<br>ANTHEM, AZ 85086-1053 |
| **ORIGINAL BUSINESS ADDRESS:** | 41719 N GOLF CREST RD<br>ANTHEM, AZ 85086<br>US |
| **Address:** | US |
| **Business Type:** | DOMESTIC LLC |
| **Filing Date:** | 04/24/2019 |
| **Filing Type:** | APPROVED |
| **Status:** | ACTIVE |
| **Place Incorporated:** | ARIZONA |
| **County Incorporated:** | MARICOPA |
| **Date Incorporated:** | 04/18/2019 |
| **Foreign/Domestic:** | DOMESTIC |
| **Date Last Seen:** | 09/21/2020 |

## Registered Agent

| | |
|---|---|
| **Name:** | CLARK, JAMES |
| **Registered Agent Address** | 41719 N GOLF CREST RD<br>ANTHEM, AZ 85086-1053 |
| **As of Date:** | 04/24/2019 |
| **Registered Agent Information:** | AGENT'S STATUS: ACTIVE |

## Officers

| | |
|---|---|
| **Name:** | CLARK, JAMES<br>Title:MANAGER<br>Contact Type:OFFICER |
| **Standard Address:** | Type:CONTACT<br>41719 N GOLF CREST<br>ANTHEM, AZ 85086-1053 |
| **Original Address:** | 41719 N GOLF CREST RD<br>ANTHEM, AZ 85086<br>US |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation

Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT C



**1 OF 1 RECORD(S)**

# Utah Secretary of State

# Corporate Filing 1

**Business Information**

| | |
|---|---|
| **Filing Number:** | 9712251-0142 |
| **Name:** | CLEAR HOME, INC. |
| **Name Type:** | LEGAL |
| **STANDARD MAILING Address:** | 135 MOUNTAIN WAY DR<br>OREM, UT 84058-5119 |
| **ORIGINAL MAILING Address:** | 135 S MOUNTAIN WAY DR<br>OREM, UT 84653<br>US |
| **Business Type:** | CORPORATION - DOMESTIC - PROFIT |
| **Status:** | ACTIVE |
| **Status Date:** | 12/20/2019 |
| **Place Incorporated:** | UTAH |
| **Date Incorporated:** | 02/26/2016 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | DATE OF EXPIRATION: 02/28/2021 |
| **NAIC:** | 8112 |
| **Business Entity:** | CORPORATION |
| **Status Comment:** | CURRENT; LAST RENEWAL DATE: 03/27/2019 |
| **Date Last Seen:** | 02/19/2020 |

**Registered Agent**

| | |
|---|---|
| **Name:** | SOUTHAM, PAUL |
| **Registered Agent Address** | 635 E 820 S<br>SALEM, UT 84653-8502 |

# Corporate Filing 2

**Business Information**

| | |
|---|---|
| **Filing Number:** | 9712251-0142 |
| **Name:** | CLEAR HOME, INC. |
| **Name Type:** | LEGAL |
| **STANDARD MAILING Address:** | 135 MOUNTAIN WAY DR<br>OREM, UT 84058-5119 |
| **ORIGINAL MAILING Address:** | 135 S MOUNTAIN WAY DR<br>OREM, UT 84653<br>US |
| **Business Type:** | CORPORATION - DOMESTIC - PROFIT |
| **Status:** | ACTIVE |
| **Status Date:** | 12/20/2019 |
| **Place Incorporated:** | UTAH |
| **Date Incorporated:** | 02/26/2016 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | DATE OF EXPIRATION: 02/28/2021 |
| **NAIC:** | 8112 |
| **Business Entity:** | CORPORATION |
| **Additional Information:** | STOCK CLASS 1 AMOUNT:10000000 |
| **Status Comment:** | CURRENT; LAST RENEWAL DATE: 03/27/2019 |
| **Date Last Seen:** | 02/19/2020 |

# Corporate Filing 2

## Registered Agent

| | |
|---|---|
| **Name:** | SOUTHAM, PAUL |
| **Registered Agent Address** | 635 E 820 S |
| | SALEM, UT 84653-8502 |

# Corporate Filing 3

## Business Information

| | |
|---|---|
| **Filing Number:** | 9712251-0142 |
| **Name:** | CLEAR HOME, INC. |
| **Name Type:** | LEGAL |
| **STANDARD MAILING Address:** | 135 MOUNTAIN WAY DR |
| | OREM, UT 84058-5119 |
| **ORIGINAL MAILING Address:** | 135 S MOUNTAIN WAY DR |
| | OREM, UT 84653 |
| | US |
| **Business Type:** | CORPORATION - DOMESTIC - PROFIT |
| **Status:** | ACTIVE |
| **Status Date:** | 12/20/2019 |
| **Place Incorporated:** | UTAH |
| **Date Incorporated:** | 02/26/2016 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **NAIC:** | 8112 |
| **Business Entity:** | CORPORATION |
| **Status Comment:** | CURRENT; LAST RENEWAL DATE: 03/27/2019 |
| **Date Last Seen:** | 02/19/2020 |

## Registered Agent

| | |
|---|---|
| **Name:** | SOUTHAM, PAUL |
| **Registered Agent Address** | 635 E 820 S |
| | SALEM, UT 84653-8502 |

# Stock Information

## Stock

| | |
|---|---|
| **Additional Information:** | STOCK CLASS 1 TYPE:COMMON |

## Stock

| | |
|---|---|
| **Issued Shares:** | 10,000,000 |

# Officers

| | |
|---|---|
| **Name:** | SOUTHAM, PAUL |
| | Title:DIRECTOR,PRESIDENT |
| | Contact Type:CONTACT |
| **Standard Address:** | Type:CONTACT |
| | 635 E 820 S |
| | SALEM, UT 84653-8502 |
| **Original Address:** | 635 E 820 S |
| | SALEM, UT 84653 |
| | US |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively

accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

**EXHIBIT D**



**1 OF 1 RECORD(S)**

# New York Secretary of State

# Corporate Filing

**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 5110647 |
| **Name:** | EXACT ESTIMATING LLC |
| **Name Type:** | LEGAL |
| **ORIGINAL Address:** | US |

|  |  |
|---|---|
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | NASSAU |
| **Date Incorporated:** | 03/29/2017 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| **Date Last Seen:** | 07/20/2020 |

**Registered Agent**

|  |  |
|---|---|
| **Registered Agent Address** | US |

# Officers

|  |  |
|---|---|
| **Name:** | THE LLC |
|  | Contact Type:PROCESS NAME |

|  |  |
|---|---|
| **Standard Address:** | Type:PROCESS |
|  | 8716 118TH |
|  | RICHMOND HILL, NY 11418-2527 |
| **Original Address:** | 8716 118TH STREET |
|  | RICHMOND HILL, NY 11418 |
|  | US |

# Filing History

|  |  |
|---|---|
| **Filing Date:** | 03/29/2017 |
| **Filing Type:** | EFFECTIVE |
| **Description:** | ARTICLES OF ORGANIZATION (DOMESTIC LLC) |
| **Microfilm No.:** | 1703290003 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**

**EXHIBIT E**



**1 OF 1 RECORD(S)**

# Illinois Secretary of State

# Corporate Filing
**Business Information**

| | |
|---|---|
| **Filing Number:** | 71620786 |
| **Name:** | EXPLOSIVE SALES MARKETING GROUP INC. |
| **Name Type:** | LEGAL |
| **Business Type:** | DOMESTIC BCA |
| **Status:** | VOLUNTARY DISSOLUTION 12/26/18 |
| **Status Date:** | 12/26/2018 |
| **Place Incorporated:** | ILLINOIS |
| **Date Incorporated:** | 01/05/2018 |
| **Foreign/Domestic:** | DOMESTIC |
| **Anniversary Month:** | JANUARY |
| **Terms:** | PERPETUAL |
| **Additional Information:** | NOT REGULATED BY ILLINOIS COMMERCE COMMISSION |
| **Purpose:** | ALL INCLUSIVE PURPOSE |
| **Date Last Seen:** | 12/27/2018 |

**Registered Agent**

| | |
|---|---|
| **Name:** | RUIZ, SAUL |
| **Title:** | REGISTERED AGENT |
| **Registered Agent Address** | 1209 HAWKINS AVE |
| | DOWNERS GROVE, IL 60516-3787 |
| **As of Date:** | 01/05/2018 |

# Stock Information
**Stock**

| | |
|---|---|
| **Class:** | COMMON |
| **Issued Shares:** | 50 |
| **Authorized Shares:** | 100 |
| **Change Date:** | 01/05/2018 |
| **Change In Stock:** | 1 |
| **Voting Rights:** | YES |
| **Change In Capital:** | 01/05/2018 |
| **Tax Capital:** | $5,000 |
| **Total Capital:** | 5000 |

# Annual Report Filings
**Filing 1**

| | |
|---|---|
| **Tax Factor:** | 1.000000 |
| **Report Type:** | PREVIOUS |

**Filing 2**

| | |
|---|---|
| **Mailed Date:** | 11/09/2018 |
| **Tax Factor:** | 1.000000 |
| **Report Type:** | CURRENT |

**Filing 3**

| | |
|---|---|
| **Tax Factor:** | 1.000000 |
| **Report Type:** | CURRENT |

## Officers

**Name:** RUIZ, SAUL
Title:PRESIDENT
Contact Type:CONTACT

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT F



**1 OF 1 RECORD(S)**

# Texas Secretary of State

## Corporate Filing 1

**Business Information**

| | |
|---|---|
| **Filing Number:** | 0802182095 |
| **Name:** | KREATAMOTIVE LLC |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS Address:** | 1619 DAY STAR DR<br>DALLAS, TX 75224-4210 |
| **ORIGINAL BUSINESS Address:** | 1619 DAY STAR DR<br>DALLAS, TX 752244210<br>US |
| **State Tax ID:** | 32056770269 |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY (LLC) |
| **Status:** | IN EXISTENCE |
| **Place Incorporated:** | TEXAS |
| **Date Incorporated:** | 03/25/2015 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Status Comment:** | RIGHT TO TRANSACT BUSINESS: ACTIVE |
| **Date Last Seen:** | 01/17/2020 |

**Registered Agent**

| | |
|---|---|
| **Name:** | UNITED STATES CORPORATION AGENTS, INC. |
| **Registered Agent Address** | 9900 SPECTRUM DR<br>AUSTIN, TX 78717-4555 |

## Corporate Filing 2

**Business Information**

| | |
|---|---|
| **Filing Number:** | 0802182095 |
| **Name:** | KREATAMOTIVE LLC |
| **Name Type:** | LEGAL |
| **Filing Date:** | 03/26/2015 |
| **Filing Type:** | CREATION |
| **Status:** | IN USE |
| **Place Incorporated:** | TEXAS |
| **Date Incorporated:** | 03/25/2015 |
| **Status Comment:** | RIGHT TO TRANSACT BUSINESS: ACTIVE |
| **Date Last Seen:** | 01/17/2020 |

## Corporate Filing 3

**Business Information**

| | |
|---|---|
| **Filing Number:** | 0802182095 |
| **Name:** | KMT TEKNOLOGIES |
| **Name Type:** | ASSUMED |
| **Filing Date:** | 11/15/2016 |
| **Filing Type:** | CREATION |
| **Status:** | ACTIVE |
| **Place Incorporated:** | TEXAS |
| **Date Incorporated:** | 03/25/2015 |
| **Terms:** | DATE OF EXPIRATION: 11/16/2026 |
| **Additional Information:** | NAME LISTED IN FOLLOWING: DALLAS, WILLIAMSON |

## Corporate Filing 3

**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 01/17/2020

## Officers

**Name:** CLASSI, NANCE JIMOH
Title:MANAGER

**Standard Address:** Type:CONTACT
1619 DAY STAR
DALLAS, TX 75224-4210
**Original Address:** 1619 DAY STAR DR
DALLAS, TX 75224
US

**Name:** JIMOH, JERMAINE
Title:MANAGER

**Standard Address:** Type:CONTACT
1619 DAY STAR
DALLAS, TX 75224-4210
**Original Address:** 1619 DAY STAR DR
DALLAS, TX 75224
US

## Filing History

**Filing Date:** 11/16/2026
**Filing Type:** NAME RESERVATION EXPIRATION DT
**Description:** KMT TEKNOLOGIES

**Filing Date:** 01/16/2020
**Filing Type:** EFFECTIVE
**Ref No:** 937655070001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/31/2019
**Filing Type:** FILING
**Ref No:** 937655070001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/31/2018
**Filing Type:** FILING
**Ref No:** 849722560001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 11/14/2018
**Filing Type:** EFFECTIVE
**Ref No:** 849722560001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 11/14/2018
**Filing Type:** ENTRY
**Ref No:** 849722560001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/31/2017
**Filing Type:** FILING

# Filing History

**Ref No:** 778288890001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/03/2017
**Filing Type:** EFFECTIVE
**Ref No:** 778288890001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/03/2017
**Filing Type:** ENTRY
**Ref No:** 778288890001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 08/14/2017
**Filing Type:** EFFECTIVE
**Ref No:** 756803190001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 08/14/2017
**Filing Type:** ENTRY
**Ref No:** 756803190001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 12/31/2016
**Filing Type:** FILING
**Ref No:** 756803190001
**Description:** PUBLIC INFORMATION REPORT (PIR)

**Filing Date:** 11/15/2016
**Filing Type:** NAME RESERVATION CREATION DATE
**Description:** KMT TEKNOLOGIES

**Filing Date:** 11/15/2016
**Filing Type:** EFFECTIVE
**Ref No:** 699238410002
**Description:** CERTIFICATE OF ASSUMED BUSINESS NAME

**Filing Date:** 11/15/2016
**Filing Type:** ENTRY
**Ref No:** 699238410002
**Description:** CERTIFICATE OF ASSUMED BUSINESS NAME

**Filing Date:** 11/15/2016
**Filing Type:** FILING
**Ref No:** 699238410002
**Description:** CERTIFICATE OF ASSUMED BUSINESS NAME

**Filing Date:** 03/26/2015
**Filing Type:** NAME RESERVATION CREATION DATE
**Description:** KREATAMOTIVE LLC

**Filing Date:** 03/26/2015
**Filing Type:** ENTRY
**Ref No:** 597999200002
**Description:** CERTIFICATE OF FORMATION

**Filing Date:** 03/25/2015
**Filing Type:** EFFECTIVE

## Filing History

**Ref No:** 597999200002
**Description:** CERTIFICATE OF FORMATION

**Filing Date:** 03/25/2015
**Filing Type:** FILING
**Ref No:** 597999200002
**Description:** CERTIFICATE OF FORMATION

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document

**EXHIBIT G**



**1 OF 1 RECORD(S)**

**Fictitious Business Records**

**Business Information**

| | |
|---:|:---|
| **Name:** | MYLAN JOHNSON GROUP |
| **Business Address:** | 135 BECKLEYWOOD |
| | DALLAS, TX 75224-2007 |
| | DALLAS COUNTY |
| **Jurisdiction:** | TX |
| **Type:** | DBA |
| **Filing Date:** | 07/27/2016 |

**Business Information**

| | |
|---:|:---|
| **Name:** | THE MYLAN JOHNSON GROUP |
| **Business Address:** | DALLAS COUNTY |
| **Jurisdiction:** | TX |
| **Type:** | ASSUMED NAME |
| **Filing Date:** | 07/22/2016 |

**Contact Information**

**Business Information**

| | |
|---:|:---|
| **Name:** | THE MYLAN JOHNSON GROUP |
| **Business Address:** | 135 BECKLEYWOOD |
| | DALLAS, TX 75224-2007 |
| | DALLAS COUNTY |
| **Jurisdiction:** | TX |

**Fictitious Business Records**

**Type:**   DBA

**Filing Date:**   07/22/2016

**Contact Information**

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation

Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**EXHIBIT H**



**1 OF 1 RECORD(S)**

# Arkansas Secretary of State

# Corporate Filing 1
**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECTVISION MANUFACTURING, INC. |
| **Name Type:** | LEGAL |
| **ORIGINAL Address:** | US |
| **Business Type:** | DOMESTIC FOR PROFIT CORPORATION |
| **Filing Date:** | 06/14/1990 |
| **Status:** | GOOD STANDING |
| **Standing:** | IN GOOD STANDING |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Acts:** | DOM BUS CORP; 958 OF 1987 |
| **Tax Program:** | STOCK CORPORATION |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | CHARLES, DARWIN SKIP DAVIDSON |
| **Registered Agent Address** | 724 GARLAND ST<br>LITTLE ROCK, AR 72201-1313 |

# Corporate Filing 2
**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | P10 WIRELESS |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

|  |  |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

# Corporate Filing 3
**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECT 10 ANTENNA COMPANY |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

|  |  |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

## Corporate Filing 4

**Business Information**

| | |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECT 10 SATELLITE DISTRIBUTING |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

| | |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

## Corporate Filing 5

**Business Information**

| | |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECT 10 SATELLITE DISTRIBUTING CO. |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

| | |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

## Corporate Filing 6

**Business Information**

| | |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECT 10 WIRELESS |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

| | |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

## Corporate Filing 7

**Business Information**

| | |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECTVISION |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |
| **Date Incorporated:** | 06/14/1990 |
| **Date Last Seen:** | 09/01/2020 |

**Registered Agent**

| | |
|---|---|
| **Registered Agent Address** | LITTLE ROCK, AR |

## Corporate Filing 8

**Business Information**

| | |
|---|---|
| **Filing Number:** | 100084318 |
| **Name:** | PERFECTVISION MANUFACTURING |
| **Name Type:** | FBN |
| **Place Incorporated:** | ARKANSAS |

# Corporate Filing 8

**Date Incorporated:** 06/14/1990
**Date Last Seen:** 09/01/2020

## Registered Agent

**Registered Agent Address** LITTLE ROCK, AR

## Officers

**Name:** FLEMING, TERRY
Title:PRESIDENT;SECRETARY

**Name:** MATUS, STEVE
Title:TAX PREPARER

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document

# EXHIBIT I



**1 OF 1 RECORD(S)**

# Illinois Secretary of State

# Corporate Filing
**Business Information**

|  |  |
|---|---|
| **Filing Number:** | 04082907 |
| **Name:** | PIC SIX LLC |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS Address:** | 410 CANDLEWOOD TRL<br>CARY, IL 60013-1666 |
| **ORIGINAL BUSINESS Address:** | 410 CANDLEWOOD TRAIL<br>CARY, IL 60013<br>US |

|  |  |
|---|---|
| **Business Type:** | LIMITED LIABILITY COMPANY |
| **Status:** | INVOLUNTARY DISSOLUTION |
| **Status Date:** | 04/10/2015 |
| **Place Incorporated:** | ILLINOIS |
| **Date Incorporated:** | 10/29/2012 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Additional Information:** | NO PROVISIONS SELECTED; OPTED IN TO THE NEW LLC ACT OF 1/1/1998 |
| **Date Last Seen:** | 07/20/2016 |

**Registered Agent**

|  |  |
|---|---|
| **Name:** | GIANFORTE, PATRICK J |
| **Registered Agent Address** | 410 CANDLEWOOD TRL<br>CARY, IL 60013-1666 |
| **As of Date:** | 10/29/2012 |

# Annual Report Filings
**Filing 1**

|  |  |
|---|---|
| **Due Date:** | 2013 |
| **Filed Date:** | 08/28/2013 |
| **Mailed Date:** | 08/09/2013 |
| **Report Type:** | PREVIOUS |

**Filing 2**

|  |  |
|---|---|
| **Due Date:** | 2014 |
| **Mailed Date:** | 08/08/2014 |
| **Delinquent Date:** | 12/12/2014 |
| **Report Type:** | CURRENT |

# Officers

|  |  |
|---|---|
| **Name:** | GIANFORTE, JENNY L<br>Title:MANAGER<br>Contact Type:MEMBER/MANAGER/PARTNER<br>Effective Date:10/29/2012<br>Effective Desc.:FILING DATE |
| **Standard Address:** | Type:CONTACT<br>410 CANDLEWOOD<br>CARY, IL 60013-1666 |

## Officers

| | |
|---|---|
| **Original Address:** | 410 CANDLEWOOD TRAIL<br>CARY, IL 60013<br>US |
| **Name:** | GIANFORTE, PATRICK J<br>Title:MANAGER<br>Contact Type:MEMBER/MANAGER/PARTNER<br>Effective Date:10/29/2012<br>Effective Desc.:FILING DATE |
| **Standard Address:** | Type:CONTACT<br>410 CANDLEWOOD<br>CARY, IL 60013-1666 |
| **Original Address:** | 410 CANDLEWOOD TRAIL<br>CARY, IL 60013<br>US |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

End of Document

**EXHIBIT J**



**1 OF 1 RECORD(S)**

**Louisiana Secretary of State**
**Corporate Filing**
  **Business Information**

| | |
|---|---|
| **Filing Number:** | 40545299K |
| **Name:** | PRO EDGE MARKETING SERVICES, L.L.C. |
| **Name Type:** | LEGAL |
| **STANDARD BUSINESS Address:** | 152 BELINGTON AVE |
| | MADISONVILLE, LA 70447-9108 |
| **ORIGINAL BUSINESS Address:** | 152 BELINGTON AVE |
| | MADISONVILLE, LA 70447 |
| | US |
| **MAILING Address:** | C/O HENRY HEBERT 152 BELINGTON AVE |
| | MADISONVILLE, LA 70447 |
| | US |
| **Business Type:** | LOUISIANA LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Standing:** | NOT IN GOOD STANDING |
| **Place Incorporated:** | LOUISIANA |
| **County Incorporated:** | ST TAMMANY |
| **Date Incorporated:** | 06/23/2011 |
| **Foreign/Domestic:** | DOMESTIC |
| **Date Last Seen:** | 09/10/2020 |

  **Registered Agent**

| | |
|---|---|
| **Name:** | HEBERT, HENRY |
| **Registered Agent Address** | 152 BELINGTON AVE |
| | MADISONVILLE, LA 70447-9108 |
| **As of Date:** | 06/23/2011 |

**Annual Report Filings**
  **Filing 1**

| | |
|---|---|
| **Filed Date:** | 07/05/2017 |
| **Filing Number:** | 42721599 |
| **Comments:** | ANNUAL REPORT |

**Annual Report Filings**

**Filing 2**

|  |  |
|---|---|
| **Filed Date:** | 08/29/2016 |
| **Filing Number:** | 42373609 |
| **Comments:** | ANNUAL REPORT |

**Officers**

|  |  |
|---|---|
| **Name:** | HEBERT, HENRY |
|  | Title:MANAGER |
|  | Contact Type:CONTACT |
| **Standard Address:** | Type:CONTACT |
|  | 152 BELINGTON |
|  | MADISONVILLE, LA 70447-9108 |
| **Original Address:** | 152 BELINGTON AVE |
|  | MADISONVILLE, LA 70447 |
|  | US |

**Filing History**

|  |  |
|---|---|
| **Filing Date:** | 08/29/2016 |
| **Filing Type:** | FILING |
| **Ref No:** | 42373609 |
| **Description:** | REINSTATEMENT |

|  |  |
|---|---|
| **Filing Date:** | 08/15/2014 |
| **Filing Type:** | FILING |
| **Ref No:** | 41613531 |
| **Description:** | REVOKED |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries
Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT K

 LexisNexis®

**1 OF 1 RECORD(S)**

# New York Secretary of State

# Corporate Filing
## Business Information

|  |  |
|---|---|
| **Filing Number:** | 5182455 |
| **Name:** | SUPER SALE OUTLETS LLC |
| **Name Type:** | LEGAL |
| **ORIGINAL Address:** | US |

|  |  |
|---|---|
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | NEW YORK |
| **Date Incorporated:** | 08/07/2017 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| **Date Last Seen:** | 07/20/2020 |

## Registered Agent

|  |  |
|---|---|
| **Registered Agent Address** | US |

# Officers

|  |  |
|---|---|
| **Name:** | LEGALCORP SOLUTIONS, LLC |
| | Contact Type:PROCESS NAME |

|  |  |
|---|---|
| **Standard Address:** | Type:PROCESS |
| | 11 BROADWAY STE 615 |
| | NEW YORK, NY 10004-1490 |
| **Original Address:** | 11 BROADWAY SUITE 615 |
| | NEW YORK, NY 10004 |
| | US |

# Filing History

|  |  |
|---|---|
| **Filing Date:** | 08/07/2017 |
| **Filing Type:** | EFFECTIVE |
| **Description:** | ARTICLES OF ORGANIZATION (DOMESTIC LLC) |
| **Microfilm No.:** | 1708070103 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# EXHIBIT L



**1 OF 1 RECORD(S)**

# Utah Secretary of State

# Corporate Filing

**Business Information**

| | |
|---|---|
| **Filing Number:** | 7459670-0111 |
| **Name:** | XCITE SATELLITE, L.L.C. |
| **Name Type:** | RESERVED |
| **STANDARD MAILING ADDRESS:** | 1234 N 900 E STE 201 |
| | PROVO, UT 84604-2719 |
| **ORIGINAL MAILING ADDRESS:** | 1234 N 900 E STE 201 |
| | PROVO, UT 84604 |
| | US |

| | |
|---|---|
| **Status:** | EXPIRED |
| **Place Incorporated:** | UTAH |
| **Date Incorporated:** | 09/10/2009 |
| **Terms:** | NUMBER OF YEARS: 5 |
| **Additional Information:** | DURATION TIME:5 |
| **Status Comment:** | FAILURE TO FILE RENEWAL; LAST RENEWAL DATE: 01/11/2010 |
| **Date Last Seen:** | 11/13/2015 |

**Registered Agent**

| | |
|---|---|
| **Name:** | NEVES, JEREMY DANIEL |
| **Registered Agent Address** | 1234 N 900 E STE 201 |
| | PROVO, UT 84604-2719 |

# Officers

| | |
|---|---|
| **Name:** | NEVES, JEREMY DANIEL |
| | Title:MEMBER |
| | Contact Type:CONTACT |
| **Standard Address:** | Type:CONTACT |
| | 1234 N 900 E STE 201 |
| | PROVO, UT 84604-2719 |
| **Original Address:** | 1234 N 900 E STE 201 |
| | PROVO, UT 84604 |
| | US |

| | |
|---|---|
| **Name:** | TAYLOR, JAY WILLIAM |
| | Title:MEMBER |
| | Contact Type:CONTACT |
| **Standard Address:** | Type:CONTACT |
| | 1234 N 900 E STE 201 |
| | PROVO, UT 84604-2719 |
| **Original Address:** | 1234 N 900 E STE 201 |
| | PROVO, UT 84604 |
| | US |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents,

the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Resolving Customer Disputes or Inquiries

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**