# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

### Wheeling Division

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES SHELTON,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and THOMAS STARK,
individually and on behalf of a class of all
persons and entities similarly situated,
          Plaintiffs,

v.

DIRECTV, LLC,

         Defendant.

Case No.: 5:17-cv-00179-JPB

### <u>DECLARATION OF KRISTIN L. HALEY</u>

     I, Kristin L. Haley, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that, to the best of my knowledge, the following is true and correct:

     1.     I am currently a Director in the Compliance Department for AT&T, a position I have held since 2016.

     2.     Prior to that time, I served as a Director in the Legal Department at DIRECTV, LLC, a position I held since July 2009. In that position I was responsible for overseeing independent retailers' compliance with the contracts governing their relationship with DIRECTV. I continue to be responsible for overseeing independent retailers' compliance with the contracts governing their relationship with DIRECTV in my current position.

3.      I began working at DIRECTV in June 1995 as a Senior Manager in DIRECTV's Legal Department. In approximately 2003, I was promoted to the position of Director at DIRECTV. In that position I was initially responsible for handling cases related to alleged retailer fraud and signal piracy and later moved to my position overseeing independent retailer compliance.

4.      The facts stated herein are based on my personal knowledge and review of corporate records that are regularly maintained in DIRECTV's ordinary course of business, which I have access to as a regular part of my job responsibilities.

5.      Each independent retailer that contracted to sell DIRECTV services was required to enter into an agreement with DIRECTV and to provide their principal contact information as a condition of that agreement.

6.      Attached hereto as Exhibit A is a copy of the title page of the agreement between Birju LLC and DIRECTV, including Birju LLC's contact information. Birju LLC's contact information lists an address in Fairfield, California.

7.      Attached hereto as Exhibit B is a copy of the title page of the agreement between CDS V1 LLC and DIRECTV, including CDS V1 LLC's contact information. CDS V1 LLC's contact information lists an address in Mesa, Arizona.

8.      Attached hereto as Exhibit C is a copy of the title page of the agreement between Exact Estimating LLC and DIRECTV, including Exact Estimating LLC's contact information. Exact Estimating LLC's contact information lists an address in Richmond Hill, New York.

9.      Attached hereto as Exhibit D is a copy of the title page of the agreement between Explosive Sales Marketing Group and DIRECTV, including Explosive Sales Marketing Group's

738507269.1

contact information. Explosive Sales Marketing Group's contact information lists an address in Downers Grove, Illinois.

10.     Attached hereto as Exhibit E is a copy of the title page of the agreement between In Home Communications d/b/a Clear Home and DIRECTV, including Clear Home's contact information. Clear Home's contact information lists an address in Orem, Utah.

11.     Attached hereto as Exhibit F is a copy of the title page of the agreement between Kreatamotive LLC and DIRECTV, including Kreatamotive LLC's contact information. Kreatamotive LLC's contact information lists an address in Dallas, Texas.

12.     Attached hereto as Exhibit G is a copy of the title page of the agreement between PerfectVision Manufacturing Inc. and DIRECTV, including PerfectVision Manufacturing Inc.'s contact information. PerfectVision Manufacturing Inc's contact information lists an address in Little Rock, Arkansas.

13.     Attached hereto as Exhibit H is a copy of the title page of the agreement between the Mylan Johnson Group and DIRECTV, including the Mylan Johnson Group's contact information. The Mylan Johnson Group's contact information lists an address in Dallas, Texas.

14.     Attached hereto as Exhibit I is a copy of the title page of the agreement between Pic Six LLC and DIRECTV, including Pic Six LLC's contact information. Pic Six LLC's contact information lists an address in Cary, Illinois.

15.     Attached hereto as Exhibit J is a copy of the title page of the agreement between Pro Edge Marketing Services and DIRECTV, including Pro Edge Marketing Services' contact information. Pro Edge Marketing Services' contact information lists an address in Madisonville, Louisiana.

738507269.1

16.    Attached hereto as Exhibit K is a copy of the title page of the agreement between Super Sale Outlets LLC and DIRECTV, including Super Sale Outlets LLC's contact information. Super Sale Outlets LLC's contact information lists an address in Bethpage, New York.

17.    Attached hereto as Exhibit L is a copy of the title page of the agreement between XCite Satellite LLC and DIRECTV, including XCite Satellite LLC's contact information. XCite Satellite LLC's contact information lists an address in Orem, Utah.

738507269.1

I declare under penalty of perjury that the foregoing is true and correct. Executed this _21_ day of _October_, 2020

_____
Kristin Haley

# EXHIBIT A

## AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:<br>Business Name (if different):<br>Type of Entity: | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
|  | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:    Rich Guidotti, Vice President<br>E-mail: «AT&TNoticeEmail» |
| **Dealer Contact** | **Company Contact** |
| Name:<br>Title:  «DlrPrincipalTitle»<br>Telephone:  «DlrPhone»<br>E-mail: «DlrEmail»<br>Federal Tax ID#: | Area Sales Manager |
| **Dealer Billing Address** |  |
|  |  |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| «Dealer Name» | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By:_____<br>(Authorized Signature)<br><br>Name:  «DealerPrincipal»<br>Title:    «DlrPrincipalTitle»<br>Date: _____ | By:_____<br>(Authorized Signature)<br><br>Name:   Rich Guidotti<br>Title:    Vice President<br>Date: _____ |

# EXHIBIT B

# AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:<br>Business Name (if different):<br>Type of Entity: | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:    Rich Guidotti, Vice President<br>E-mail: «AT&TNoticeEmail» |
| **Dealer Contact** | **Company Contact** |
| Name:<br>Title: «DlrPrincipalTitle»<br>Telephone: «DlrPhone»<br>E-mail: «DlrEmail»<br>Federal Tax ID#: | Area Sales Manager |
| **Dealer Billing Address** | |
| | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| **«Dealer Name»** | **AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services** |
|---|---|
| By:_____<br>(Authorized Signature)<br><br>Name:  «DealerPrincipal»<br>Title:    «DlrPrincipalTitle»<br>Date: _____ | By:_____<br>(Authorized Signature)<br><br>Name:    Rich Guidotti<br>Title:    Vice President<br>Date: _____ |

AT&T Proprietary & Confidential
Not for use or disclosure outside the AT&T companies except under written agreement

# EXHIBIT C

## AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:<br>Business Name (if different):<br>Type of Entity: | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:    Rich Guidotti, Vice President<br>E-mail: «AT&TNoticeEmail» |
| **Dealer Contact** | **Company Contact** |
| Name:<br>Title:  «DlrPrincipalTitle»<br>Telephone: «DlrPhone»<br>E-mail: «DlrEmail»<br>Federal Tax ID#: | Area Sales Manager |
| **Dealer Billing Address** | |
| | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| «Dealer Name» | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By:_____<br>(Authorized Signature) | By:_____<br>(Authorized Signature) |
| Name:  «DealerPrincipal»<br>Title:    «DlrPrincipalTitle»<br>Date: _____ | Name:   Rich Guidotti<br>Title:    Vice President<br>Date: _____ |

**EXHIBIT D**

# AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:<br>Business Name (if different):<br>Type of Entity: | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
|  | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:     Rich Guidotti, Vice President<br>E-mail: «AT&TNoticeEmail» |
| **Dealer Contact** | **Company Contact** |
| Name:<br>Title: «DlrPrincipalTitle»<br>Telephone: «DlrPhone»<br>E-mail: «DlrEmail»<br>Federal Tax ID#: | Area Sales Manager |
| **Dealer Billing Address** |  |
|  |  |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| «Dealer Name» | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By:_____<br>(Authorized Signature) | By:_____<br>(Authorized Signature) |
| Name: «DealerPrincipal»<br>Title:   «DlrPrincipalTitle»<br>Date: _____ | Name:   Rich Guidotti<br>Title:   Vice President<br>Date: _____ |

AT&T Proprietary & Confidential
Not for use or disclosure outside the AT&T companies except under written agreement

**EXHIBIT E**

## AT&T DEALER DOOR TO DOOR AGREEMENT (D)

| Dealer | AT&T |
|---|---|
| Legal Dealer Name:  *IN HOME COMMUNICATIONS*<br><br>Business Name/DBA Name (if different):<br><br>Type of Entity:  *S - Corp*<br>("Dealer") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) ("Company" or "AT&T") |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| Dealer Address (include street address, city, state and zipcode)<br>*135 S. Mountain Way Dr.*<br><br>*Orem, UT 84058*<br>Dealer e-mail address: *Paul@Clearsattv.com* | AT&T<br>2260 E. Imperial Hwy<br>7th Floor<br>El Segundo, CA 90245<br>Attn:    Mike Courtney, AVP, Consumer Door to Door Sales |
| **Dealer Contact** | **Company Contact** |
| Dealer Principal Name: *Paul Southam*<br>Dealer Principal Title: *CEO*<br>Telephone: *801 318 8237*<br>E-mail: *Paul@Clearsattv.com* | Area Sales Manager |
| **Dealer Billing Address** | |
| (Include street address, city, state and zipcode)<br><br>*135 South Mountain Way Dr.*<br><br>*Orem, UT 84058* | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC (INCLUDING VIA A SCANNED DOCUMENT OR FACSIMILE) OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| Dealer Name : *IN HOME COMMUNICATIONS*<br><br><br>By: _____<br>(Authorized Signature)<br><br>Dealer Principal Name: *Paul Southam*<br>Dealer Principal Title: *CEO*<br>Date: *3-1-2017* | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services<br><br><br>By: _____<br>(Authorized Signature)<br><br>Name:    Mike Courtney<br>Title:    AVP, Consumer Door to Door Sales<br>Date: *4/24/17* |

AT&T Proprietary & Confidential<br>Not for use or disclosure outside the AT&T companies except under written agreement

**EXHIBIT F**

## AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:  KREATAMOTIVE, LLC<br>Business Name (if different): KREATAMOTIVE, LLC<br>Type of Entity:                    ("**Dealer**") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| 1619 DAY STAR DR<br>DALLAS, TX 75224<br>jermainejimoh@gmail.com | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:      Rich Guidotti, Vice President |
| **Dealer Contact** | **Company Contact** |
| Name: Jermaine Jimoh<br>Title:  Authorized Signer<br>Telephone: 19045665124<br>E-mail: jermainejimoh@gmail.com | Area Sales Manager |
| **Dealer Billing Address** | |
| 1619 DAY STAR DR<br>DALLAS, TX 75224 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| KREATAMOTIVE, LLC | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By: _Jermaine Jimoh_<br>(Authorized Signature)<br><br>Name:   Jermaine Jimoh<br>Title:    Authorized Signer<br><br>Date: _04/05/2017_ | By: _____<br>(Authorized Signature)<br><br>Name:   Rich Guidotti<br>Title:    Vice President<br>Date:    February 24, 2017 |

AT&T Proprietary & Confidential<br>Not for use or disclosure outside the AT&T companies except under written agreement

**EXHIBIT G**

# AT&T PREFERRED DEALER AGREEMENT
## (with Master Dealer Addendum)

| Dealer | AT&T |
|---|---|
| Legal Name: PerfectVision Manufacturing, Inc.<br>Business Name:<br>Type of Entity: an Arkansas corporation ("Dealer") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) ("Company" or "AT&T") |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| 16101 La Grande Dr<br>Little Rock, AR 72223<br>Attn: Bob Chastain<br>e-mail: DTVINFO@PERFECT-10.TV | 2260 E. Imperial Highway, 7th Floor<br>El Segundo, CA  90245<br>Attn: AVP Sales Strategy<br>e-mail: cc373p@att.com<br>    With a copy to:<br>    Legal Department<br>    208 S. Akard Street 29th Floor<br>    Dallas, TX  75202<br>    Attn: Sr Legal Counsel–Indirect Sales Channels |
| **Dealer Contact** | **Company Contact** |
| Name:  Bob Chastain<br>Title:  CEO<br>Telephone:  501-955-0033<br>E-mail: Bob.Chastain@perfect-vision.com<br>Federal Tax ID#: 71-0692685 | Name:  Jeremy Madson<br>Title:  Lead – Business Dev<br>Telephone:  214-698-8146<br>E-mail: JAMADSON@ATT.COM |
| **Dealer Billing Address** | |
| 16101 La Grande Dr.<br>Little Rock, AR 72223 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services), all Dealer Policies, the Master Dealer Addendum and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of July 1, 2018 and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement.  This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| PerfectVision Manufacturing, Inc. | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By: _____<br>(Authorized Signature)<br><br>Name:  Robert J Chastain<br>Title:  CEO<br>Date:  7-18-18 | By: *Mike Courtney*<br>(Authorized Signature)<br><br>Name:  Mike Courtney<br>Title:  Vice President<br>Date:  7/18/18 |

AT&T Proprietary & Confidential
Not for use or disclosure outside the AT&T companies and Dealer except under written agreement

**EXHIBIT H**

# AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:  MYLAN JOHNSON<br>Business Name (if different): THE MYLAN JOHNSON GR(<br>Type of Entity:                    ("**Dealer**") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| 135 BECKLEYWOOD<br>DALLAS, TX 75224<br>MYLANJOHNSON@GMAIL.COM | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:     Rich Guidotti, Vice President |
| **Dealer Contact** | **Company Contact** |
| Name: Mylan Johnson<br>Title:  Authorized Signer<br>Telephone: 12142067445<br>E-mail: MYLANJOHNSON@GMAIL.COM | Area Sales Manager |
| **Dealer Billing Address** | |
| 135 BECKLEYWOOD<br>DALLAS, TX 75224 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| MYLAN JOHNSON | **AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services** |
|---|---|
| By: _Mylan Johnson_<br>(Authorized Signature)<br><br>Name:  Mylan Johnson<br>Title:    Authorized Signer<br><br>Date:  _03/28/2017_ | By:_____<br>(Authorized Signature)<br><br>Name:   Rich Guidotti<br>Title:    Vice President<br>Date:    February 24, 2017 |

# EXHIBIT I

# AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:  PIC SIX LLC<br>Business Name (if different): PIC SIX LLC<br>Type of Entity:                    ("**Dealer**") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company"** or **"AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| 410 CANDLEWOOD TRAIL<br>CARY, IL 60013<br>PGN40@MSN.COM | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:      Rich Guidotti, Vice President |
| **Dealer Contact** | **Company Contact** |
| Name:  Patrick Gianforte<br>Title:  Authorized Signer<br>Telephone: 18473227510<br>E-mail: PGN40@MSN.COM | Area Sales Manager |
| **Dealer Billing Address** | |
| 410 CANDLEWOOD TRAIL<br>CARY, IL 60013 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| PIC SIX LLC | **AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services** |
|---|---|
| By: Patrick Gianforte<br>(Authorized Signature)<br><br>Name:  Patrick Gianforte<br>Title:    Authorized Signer<br><br>Date:    02/24/2017 | By:<br>(Authorized Signature)<br><br>Name:    Rich Guidotti<br>Title:     Vice President<br>Date:     February 24, 2017 |

AT&T Proprietary & Confidential
Not for use or disclosure outside the AT&T companies except under written agreement

**EXHIBIT J**

## AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:  PRO EDGE MARKETING SERVICES,<br>Business Name (if different): NORTHSHORE SATELLITES<br>Type of Entity:                    ("**Dealer**") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company"** or **"AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| 152 BELINGTON AVE.<br>MADISONVILLE, LA 70447<br>extremesatellites@att.net | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:     Rich Guidotti, Vice President |
| **Dealer Contact** | **Company Contact** |
| Name:  Henry Hebert<br>Title:  Authorized Signer<br>Telephone: 19858457128<br>E-mail: extremesatellites@att.net | Area Sales Manager |
| **Dealer Billing Address** | |
| 152 BELINGTON AVE.<br>MADISONVILLE, LA 70447 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

## DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.

| PRO EDGE MARKETING SERVICES, LLC. | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By: Henry Hebert<br>(Authorized Signature)<br><br>Name:  Henry Hebert<br>Title:    Authorized Signer<br><br>Date:    02/27/2017 | By:<br>(Authorized Signature)<br><br>Name:    Rich Guidotti<br>Title:     Vice President<br>Date:     February 24, 2017 |

# EXHIBIT K

# AT&T PREFERRED DEALER AGREEMENT

| Dealer | AT&T |
|---|---|
| Legal Name:<br>Business Name (if different):<br>Type of Entity: | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| «DealerAddress»<br>«DlrCityStateZIP»<br>«DlrEmail» | AT&T<br>2180 Lake Park Blvd NE<br>Atlanta, GA 30319<br><br>Attn:    Rich Guidotti, Vice President<br>E-mail: «AT&TNoticeEmail» |
| **Dealer Contact** | **Company Contact** |
| Name:  «DealerPrincipal»<br>Title:  «DlrPrincipalTitle»<br>Telephone: «DlrPhone»<br>E-mail: «DlrEmail»<br>Federal Tax ID#: | Area Sales Manager |
| **Dealer Billing Address** | |
| «DlrBillingAddress»<br>«DlrBillingCityStateZIP» | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| «Dealer Name» | AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services |
|---|---|
| By:_____<br>(Authorized Signature)<br><br>Name:  «DealerPrincipal»<br>Title:    «DlrPrincipalTitle»<br>Date: | By:_____<br>(Authorized Signature)<br><br>Name:    Rich Guidotti<br>Title:    Vice President<br>Date: |

AT&T Proprietary & Confidential
Not for use or disclosure outside the AT&T companies except under written agreement

**EXHIBIT L**

## AT&T DEALER DOOR TO DOOR AGREEMENT (D)

| Dealer | AT&T |
|---|---|
| Legal Dealer Name:  Xcite Satellite, L.L.C.<br><br>Business Name/DBA Name (if different):<br><br>Type of Entity:  Limited Liability Corp.<br>("**Dealer**") | AT&T Services, Inc. (on behalf of itself and the AT&T Affiliates which provide the Services) (**"Company" or "AT&T"**) |
| **Dealer Email and Address (For Official Notices)** | **Company Address (For Official Notices)** |
| Dealer Address (include street address, city, state and zipcode)<br>   Xcite Satellite<br>   462. E. 800 N.<br>   Orem, UT. 84097<br>Dealer e-mail address:  jtaylor@xciteonline.com | AT&T<br>2260 E. Imperial Hwy<br>7th Floor<br>El Segundo, CA  90245<br>Attn:    Mike Courtney, AVP, Consumer Door to Door Sales |
| **Dealer Contact** | **Company Contact** |
| Dealer Principal Name: Jay W. Taylor<br>Dealer Principal Title:   C.E.O.<br>Telephone:  877-200-4525<br>E-mail:  jtaylor@xciteonline.com | Area Sales Manager |
| **Dealer Billing Address** | |
| (Include street address, city, state and zipcode)<br><br>   Xcite Satellite<br>   462 E. 800 N.<br>   Orem, UT. 84097 | |

This Agreement consists of this cover page, the attached Terms and Conditions, Schedule 1 (Marketing Tactics Dealer Policy Statement), Schedule 2 (Services),  all Dealer Policies, and all AT&T supplements and addenda issued in accordance with the Terms and Conditions (collectively, the "Agreement"). In the event of a conflict between (i) any schedule, supplement, addendum or other attachment, and (ii) the main Terms and Conditions, the terms in such schedule, supplement, addendum or attachment will control.

*This Agreement is effective as of May 1, 2017, and continues in effect for an initial term of 1 year and thereafter renews on a month to month basis (the "Term"), unless earlier terminated in accordance with the provisions of this Agreement. This Agreement is not effective unless and until signed by authorized representatives of both parties.*

**DEALER'S ELECTRONIC (INCLUDING VIA A SCANNED DOCUMENT OR FACSIMILE) OR HANDWRITTEN SIGNATURE BELOW ACKNOWLEDGES THAT DEALER HAS READ AND UNDERSTANDS EACH OF THE PROVISIONS OF THIS AGREEMENT AND AGREES TO BE BOUND BY THEM.**

| | |
|---|---|
| **Dealer Name :**   Xcite Satellite, LLC.<br><br><br>By:  _(Authorized Signature)_<br><br><br>Dealer Principal Name:  Jay W. Taylor<br>Dealer Principal Title:    C.E.O.<br>Date:  3/30/17 | **AT&T Services, Inc., on behalf of itself and the AT&T Affiliates which provide the Services**<br><br>By:  _(Authorized Signature)_<br><br><br>Name:   Mike Courtney<br>Title:    AVP, Consumer Door to Door Sales<br>Date:    4/24/17 |