# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

### Wheeling Division

| | |
|---|---|
| DIANA MEY,<br>CRAIG CUNNINGHAM,<br>STEWART ABRAMSON,<br>JAMES SHELTON,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>                    Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>                    Defendant. | Case No.: 5:17-cv-00179-JPB |

## **DECLARATION OF PAULA PHILLIPS**

I, Paula Phillips, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that, to the best of my knowledge, the following is true and correct:

1.     My name is Paula Phillips.  I am over the age of 21 and competent to make this declaration, which is based on my own personal knowledge, as well as a review of corporate and business records maintained by AT&T Inc. and its affiliated entities.

2.     I am employed by AT&T Services, Inc. as a litigation manager in its legal department.  I have held this position since 1991 and have been employed by AT&T Services or one of its affiliates since 1984.

3.     As a litigation manager, I am responsible for, among other things, overseeing the response by AT&T Services and its affiliates to various subpoenas and third-party requests for documents.  In order to perform this responsibility, I have become personally familiar with the corporate structure of AT&T Services and its affiliates, including DIRECTV, LLC.

738544960.1

2

4.     DIRECTV, LLC, is a California limited liability corporation with its principal place of business in El Segundo, California.  West Virginia is not DIRECTV, LLC's principal place of business, and the ultimate decision-making regarding the direction, control and coordination of DIRECTV, LLC's activities does not occur in West Virginia.

5.     DIRECTV, LLC's sole member is DIRECTV Holdings LLC. DIRECTV Holdings LLC is a Delaware limited liability company with its principal place of business in California whose sole member is The DIRECTV Group, Inc.  The DIRECTV Group, Inc. is a Delaware corporation with its principal place of business in California whose sole shareholder is DIRECTV Group Holdings, LLC.  DIRECTV Group Holdings, LLC is a Delaware limited liability company with its principal place of business in California whose sole member is AT&T Inc.

6.     DIRECTV, LLC's ultimate parent corporation is AT&T Inc., a publicly held Delaware corporation with its principal place of business in Dallas, Texas.  DIRECTV, LLC is a legally and factually separate entity from any other AT&T corporation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of October, 2020

_____
PAULA PHILLIPS

738544960.1