IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**Wheeling Division**

**DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES SHELTON,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,**

      Plaintiffs,

vs.                                                           Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC,**

      Defendant.

## JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DIRECTV, LLC'S PARTIAL MOTION TO DISMISS AND DEFENDANT'S RESPONSE BRIEF CONCERNING UNCONSCIONABILITY

Plaintiffs Diana Mey, Craig Cunningham, Stewart Abramson, James Shelton, David Vance, Russell Locke, and Thomas Stark, by and through counsel, and the Defendant, DirecTV, LLC, hereby stipulate and agree to extend the deadline for Plaintiffs to file a response to DirecTV, LLC's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(2) and 12(B)(6) (ECF Nos. 183 and 184) and for Defendant to file its response brief concerning unconscionability (ECF No. 181).

In support, the parties state as follows:

1.     Defendant DirecTV filed its Partial Motion to Dismiss on October 23, 2020.

2.     Plaintiffs' response is due November 6, 2020.

3.     Defendant DirecTV's reply is due November 13, 2020.

4. The Parties now stipulate that Plaintiffs' deadline to file the response to Defendant's Partial Motion to Dismiss be extended by ten (10) days and extend Defendant's deadline to file its reply by seven (7) days.

5. On October 3, 2020, the court entered an *Order Granting Plaintiffs' Unopposed Motion for Extension of Time Regarding Brief Concerning Unconscionability* (ECF No. 181).

6. Pursuant to that Order, Plaintiffs' deadline to file their opening brief was November 2, 2020, which was met, and Defendants' deadline to file a response brief is November 23, 2020.

7. The Parties now stipulate that Defendants' deadline to file a response brief be extended to December 4, 2020.

8. The Parties consent to these brief extensions.

WHEREFORE, the parties request the Court enter an Order granting the Joint Stipulation for Extension of Time, such that Plaintiffs' response be filed on or before Monday, November 16, 2020, and Defendant's reply be filed on or before Monday, November 23, 2020; and, Defendants' response brief concerning unconscionability be filed on or before, Friday, December 4, 2020.  A proposed Order is attached hereto.

Dated:  November 5, 2020                    Respectfully submitted,

                                            Plaintiffs,
                                            By Counsel,


 */s/ John W. Barrett*_____
John W. Barrett (W. Va. Bar No. 7289)
Jonathan R. Marshall (W. Va. Bar No. 10580)
Sharon F. Iskra (W. Va. Bar No. 6582)
Benjamin Hogan (W. Va. Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301

Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com


*/s/Danielle M. Waltsz*
Danielle M. Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com

Hans J. Germann *(admitted pro hac vice)*
Kyle J. Steinmetz *(admitted pro hac vice)*
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: hgermann@mayerbrown.com
Email: ksteinmetz@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

**Wheeling Division**

**DIANA MEY,**
**CRAIG CUNNINGHAM,**
**STEWART ABRAMSON,**
**JAMES SHELTON,**
**DAVID and ROXY VANCE,**
**RUSSELL LOCKE, and**
**THOMAS STARK, individually**
**and on behalf of a class of all**
**persons and entities similarly situated,**

      **Plaintiffs,**

**vs.**                          **Case No. 5:17-cv-00179-JPB**

**DIRECTV, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th of November 2020, a copy of the foregoing *Plaintiffs' Joint Stipulation for Extension of Time for Plaintiffs to File Response to DirecTV, LLC's Partial Motion to Dismiss and Defendant's Response Brief Concerning Unconscionability* was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                                 */s/ John W. Barrett*
                                                                 John W. Barrett