IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DIANA MEY,
CRAIG CUNNINGHAM,
STEWART ABRAMSON,
JAMES SHELTON,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

      Plaintiffs,

vs.                                      Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

      Defendant.

## ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DIRECTV, LLC'S PARTIAL MOTION TO DISMISS AND DEFENDANT TO FILE RESPONSE BRIEF CONCERNING UNCONSCIONABILITY

This matter is before the Court on the Joint Stipulation for Extension of Time to respond to Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(2) and 12(B)(6) (ECF Nos. 183 and 184) and for Defendant to file its response brief concerning unconscionability (ECF No. 181). Parties consent to the extension of deadlines.

Finding good cause exists for an extension, the stipulation is **GRANTED**. Plaintiffs shall file a response by **Monday, November 16, 2020**, and Defendant shall file its reply by **Monday, November 23, 2020**; and, Defendants' shall file its response brief concerning unconscionability by, **Friday, December 4, 2020**. The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this **6th** day of November, 2020.

*/s/ John Preston Bailey*

John Preston Bailey
United States District Judge