# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## Wheeling Division

| | |
|---|---|
| DIANA MEY,<br>CRAIG CUNNINGHAM,<br>STEWART ABRAMSON,<br>JAMES SHELTON,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>               Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>               Defendant. | Case No.: 5:17-cv-00179-JPB |

## DEFENDANT DIRECTV, LLC'S NOTICE OF APPEAL

Notice is hereby given that pursuant to Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), defendant DIRECTV, LLC hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's February 12, 2021 Order (Dkt. No. 198) denying DIRECTV, LLC's Motion to Compel Arbitration and to Stay Litigation (Dkt. No. 15) (Exhibit 1).

Dated: March 11, 2021

Respectfully submitted,

*/s/ Danielle M. Waltz*_____
Danielle M. Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Tel.: (304) 340-1000
Fax: (304) 340-1050
dwaltz@jacksonkelly.com

Archis A. Parasharami (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Tel.: (202) 263-3328
Fax: (202) 263-5328
aparasharami@mayerbrown.com

Hans J. Germann (*pro hac vice*)
Kyle J. Steinmetz (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
hgermann@mayerbrown.com
ksteinmetz@mayerbrown.com

*Counsel for Defendant DIRECTV, LLC*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**Wheeling Division**

| | |
|---|---|
| DIANA MEY,<br>CRAIG CUNNINGHAM,<br>STEWART ABRAMSON,<br>JAMES SHELTON,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>　　　　　　Defendant. | Case No.: 5:17-cv-00179-JPB |

**CERTIFICATE OF SERVICE**

I, Danielle M. Waltz, counsel for Defendant DIRECTV, LLC, do hereby certify that on this 11th day of March, 2021, a true and correct copy of the foregoing, *Defendant DirecTV, LLC's Notice of Appeal*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Danielle M. Waltz*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Danielle M. Waltz (WVSB #10271)