## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling Division

DIANA MEY,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,
    Plaintiffs,
vs.                                         Case No. 5:17-cv-00179-JPB
DIRECTV, LLC,
    Defendant.

### DIRECTV, LLC's PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

For the reasons set forth below and in the attached memorandum, DIRECTV, LLC moves to partially dismiss Plaintiffs' claims under Fed R. Civ. P. 12(b)(6).

DATED: June 17, 2021

                                                     Respectfully submitted,

                                                     /s/ Danielle Waltz_____

Danielle Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com

Hans J. Germann (*admitted pro hac vice*)
Kyle J. Steinmetz (*admitted pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: hgermann@mayerbrown.com
Email: ksteinmetz@mayerbrown.com

1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

## Wheeling Division

| | |
|---|---|
| DIANA MEY,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>           Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>           Defendant. | Case No.: 5:17-cv-00179-JPB |

## CERTIFICATE OF SERVICE

I, Danielle Waltz, counsel for Defendant DIRECTV, LLC, hereby certify that on this 17th day of June, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Danielle Waltz

Danielle M. Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com

4840-7125-5023.v1