# EXHIBIT B

## Manuel J. Rios, Jr.

| | |
|---|---|
| **From:** | Steinmetz, Kyle J. <KSteinmetz@mayerbrown.com> |
| **Sent:** | Monday, April 26, 2021 6:36 PM |
| **To:** | Katherine E. Charonko; John W. Barrett; Manuel J. Rios, Jr.; Germann, Hans; Parasharami, Archis A.; Jones, Daniel E.; 'dwaltz@jacksonkelly.com'; 'sarah.a.phipps@jacksonkelly.com' |
| **Cc:** | Benjamin J. Hogan; William S. Flynn; 'Anthony Paronich'; Ted Broderick; Matthew McCue |
| **Subject:** | RE: Diana Mey, et al v. DirecTV - Case No. 5:17-CV-00179-JPB |
| **Attachments:** | Haley_CullReport.xlsx; Shapiro_CullReport.xlsx; Henschel_CullReport.xlsx |

**CAUTION: External Email**

Kate:

The hit counts for the terms in Mey are attached. As before, this information has not been filtered for duplicates (including documents which hit on multiple terms), or reviewed for privilege or responsiveness. We look forward to discussing with you.

Regards

Kyle


**Kyle J. Steinmetz**
Associate
Mayer Brown LLP
71 S. Wacker Drive
Chicago IL, 60606
T +1 312 701 8547 | M 1 312 543 9756
mayerbrown.com

---

**From:** Katherine E. Charonko <kcharonko@baileyglasser.com>
**Sent:** Friday, April 23, 2021 2:01 PM
**To:** Steinmetz, Kyle J. <KSteinmetz@mayerbrown.com>; John W. Barrett <JBarrett@baileyglasser.com>; Manuel J. Rios, Jr. <mrios@baileyglasser.com>; Germann, Hans <HGermann@mayerbrown.com>; Parasharami, Archis A. <AParasharami@mayerbrown.com>; Jones, Daniel E. <DJones@mayerbrown.com>; 'dwaltz@jacksonkelly.com' <dwaltz@jacksonkelly.com>; 'sarah.a.phipps@jacksonkelly.com' <sarah.a.phipps@jacksonkelly.com>
**Cc:** Benjamin J. Hogan <bhogan@baileyglasser.com>; William S. Flynn <wflynn@baileyglasser.com>; 'Anthony Paronich' <anthony@paronichlaw.com>; Ted Broderick <Ted@broderick-law.com>; Matthew McCue <mmccue@massattorneys.net>
**Subject:** RE: Diana Mey, et al v. DirecTV - Case No. 5:17-CV-00179-JPB


**\*\*EXTERNAL SENDER\*\***

1