IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DIANA MEY,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

vs.                                                           Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

    Defendant.

## JOINT STIPULATION FOR EXTENSION OF TIME FOR DIRECTV, LLC TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DIRECTV, LLC'S PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

Plaintiffs Diana Mey, Craig Cunningham, Stewart Abramson, James Shelton, David Vance, Russell Locke, and Thomas Stark, by and through counsel, and the Defendant, DirecTV, LLC, hereby stipulate and agree to extend the deadline for DirecTV, LLC to file a reply to Plaintiffs' Response to DirecTV, LLC's Partial Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) (ECF No. 211 and 212).

In support, the parties state as follows:

1.    Defendant DirecTV filed its Partial Motion to Dismiss on June 17, 2021.

2.    Plaintiffs' response is due July 1, 2021.

3.    Defendant DirecTV's reply is due July 8, 2021.

4836-0397-2337.v1

4. The Parties now stipulate that Plaintiffs' deadline to file the response to Defendant's Partial Motion to Dismiss be extended by one (1) day and extend Defendant's deadline to file its reply by seven (7) days.

5. The Parties consent to these brief extensions.

WHEREFORE, the parties request the Court enter an Order granting the Joint Stipulation for Extension of Time, such that Plaintiffs' response be filed on or before Friday, July 2, 2021, and Defendant's reply be filed on or before July 15, 2021. A proposed Order is attached hereto.

Dated:  July 2, 2021

                Respectfully submitted,

                Plaintiffs,
                By Counsel,

*/s/ John W. Barrett*
John W. Barrett (W. Va. Bar No. 7289)
Jonathan R. Marshall (W. Va. Bar No. 10580)
Sharon F. Iskra (W. Va. Bar No. 6582)
Benjamin Hogan (W. Va. Bar No. 12997)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com

*/s/ Danielle M. Waltz*
Danielle M. Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
dwaltz@jacksonkelly.com

3

      Hans J. Germann *(admitted pro hac vice)*
      Kyle J. Steinmetz *(admitted pro hac vice)*
      MAYER BROWN LLP
      71 S. Wacker Drive
      Chicago, IL 60606
      Telephone: (312) 782-0600
      hgermann@mayerbrown.com
      ksteinmetz@mayerbrown.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

**DIANA MEY,**
**CRAIG CUNNINGHAM,**
**STEWART ABRAMSON,**
**JAMES SHELTON,**
**DAVID and ROXY VANCE,**
**RUSSELL LOCKE, and**
**THOMAS STARK, individually**
and on behalf of a class of all
persons and entities similarly situated,

      Plaintiffs,

vs.                                                                                       Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC,**

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd of July 2021, a copy of the foregoing *Plaintiffs' Joint Stipulation for Extension of Time for Plaintiffs to File Response to DirecTV, LLC's Partial Motion to Dismiss* was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                           */s/ Danielle M. Waltz*
                                                           Danielle M. Waltz (W. Va. Bar No. 10271)