IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

DIANA MEY,
DAVID and ROXY VANCE,
RUSSELL LOCKE, and
THOMAS STARK, individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

v.                                       Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

    Defendant.

## NOTICE OF CHANGE OF COUNSEL

Please take notice that Laura A. Hoffman of Jackson Kelly PLLC will take the place of Sarah Phipps as counsel for DIRECTV, LLC, in this matter. Copies of all further pleadings and correspondence should be provided to Danielle M. Waltz and Laura A. Hoffman.

Respectfully submitted,

/s/ Laura A. Hoffman
Danielle M. Waltz (WVSB #10271)
Laura A. Hoffman (WVSB #12748)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com
Email: laura.hoffman@jacksonkelly.com

Hans J. Germann (*admitted pro hac vice*)
Kyle J. Steinmetz (*admitted pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: hgermann@mayerbrown.com
Email: ksteinmetz@mayerbrown.com

4857-4309-4027.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**DIANA MEY,**
**DAVID and ROXY VANCE,**
**RUSSELL LOCKE, and**
**THOMAS STARK, individually**
and on behalf of a class of all
persons and entities similarly situated,

      Plaintiffs,

v.                                          Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC,**

      Defendant.

## CERTIFICATE OF SERVICE

I, Laura A. Hoffman, counsel for Defendant DIRECTV, LLC, hereby certify that on this 25th day of January, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Laura A. Hoffman
                                            Laura A. Hoffman (WVSB #12748)