# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

## Wheeling Division

| | |
|---|---|
| DIANA MEY,<br>CRAIG CUNNINGHAM,<br>STEWART ABRAMSON,<br>JAMES SHELTON,<br>DAVID and ROXY VANCE,<br>RUSSELL LOCKE, and THOMAS STARK,<br>individually and on behalf of a class of all<br>persons and entities similarly situated,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>　　　　　Defendant. | Case No.: 5:17-cv-00179-JPB |

## CERTIFICATE OF SERVICE

I, Danielle M. Waltz, counsel for Defendant DIRECTV, LLC, hereby certify that on this 31st day of January, 2022 a true and correct copy of the foregoing was served via email on the following:

Anthony Paronich
Paronich Law P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

John W. Barrett
Jonathan Marshall
Sharon Iskra
Bailey & Glasser LLP
209 Capitol St.
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

9

745917713.1

Benjamin Hogan
Bailey & Glasser LLP
6 Canyon Road, Suite 200
Morgantown, WV 26508
bhogan@baileyglasser.com

Edward A. Broderick
Broderick Law P.C.
99 High St, Suite 304
Boston, MA 02110
ted@broderick-law.com

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Ave, Suite 3
Natick, MA 01760
mmcue@massattorneys.net

Ryan McCune Donovan
Hosam Forman Donovan Ritch PLCC
707 Virginia St., East, Suite 260
P.O. Box 3183
Charleston, WV 25301
rdonovan@hfdrlaw.com

/s/ Danielle M. Waltz

Danielle M. Waltz (WVSB #10271)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com

745917713.1