**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**DAVID and ROXY VANCE, and CARLA
SHULTZ, individually and on behalf of a
class of all persons and entities similarly
situated,**

        **Plaintiffs,**

**v.**

        **CIVIL ACTION NO.: 5:17-CV-179
(BAILEY)**

**DIRECTV, LLC,**

        **Defendant.**

## ORDER

Currently pending before the Court is Plaintiffs, David and Roxy Vance's Motion to Compel [ECF No. 262], filed February 1, 2022.  A hearing was held on February 24, 2022.  The parties appeared and presented argument to the Court.  During argument, the parties advised the Court that they had resolved issues two (2) through five (5) of Plaintiffs' Motion.  Therefore, the only issue before the Court is issue number one (1).

The Court heard argument from both parties with respect to issue number one (1) raised within Plaintiffs' Motion.  At the conclusion of the hearing, the Court **DIRECTED** the parties to jointly submit within seven (7) days a manageable list of documents for the Court to review *in camera*, and as identified jointly by the parties.  The parties were further **DIRECTED** to file the documents themselves with the Court under seal.  The Court will undertake review of said documents.  Each party may submit a brief supplement to its memorandum relative to the documents submitted for *in camera* review.  This supplement **SHALL BE FILED** within seven (7) days of the date of this Order.

It is so **ORDERED**.


The Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to any *pro se*

party by certified mail, return receipt requested and to counsel of record herein.


Dated: 2/24/2022                    */s/ James P. Mazzone*

                                    JAMES P. MAZZONE
                                    UNITED STATES MAGISTRATE JUDGE