# EXHIBIT 4

Donald Cox - December 03, 2019

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

- - -

DIANA MEY, CRAIG CUNNINGHAM,    :
STEWART ABRAMSON and JAMES      :
EVERETT SHELTON, individually   :
and on behalf of a class of     :
all persons and entities        :
similarly situated,             :
                                :
                plaintiffs,     :
                                :
        vs.                     :        CASE NO.
                                :        5:17-cv-00179-JPB
DIRECTV, LLC, et al.,           :
                                :
                defendants.     :

- - -

        The videotaped deposition of Donald Adam

Cox was taken by me, Denise Shoemaker, a Notary

Public in and for the State of Ohio, on Tuesday,

December 3, 2019, at the approximate hour of 10:00

a.m., located at the Southern Ohio Welcome Center,

342 Second Street, Portsmouth, Ohio.

- - -

BLAIR REPORTING SERVICES, INC.
P.O. BOX 67
MIAMISBURG, OHIO  45343-0067
937.865.4992
www.blairreporting.com

Donald Cox - December 03, 2019

2

```
1    APPEARANCES:

2           John W. Barrett, Esquire
            Bailey & Glasser LLP
3           209 Capitol Street
            Charleston, West Virginia  25301
4           304.345.6555

5           Benjamin J. Hogan, Esquire
            Bailey & Glasser LLP
6           6 Canyon Road, Suite 200
            Morgantown, West Virginia  26508
7           304.594.0087

8           Matthew P. McCue, Esquire
            The law Office of Matthew P. McCue
9           1 South Avenue, Suite 3
            Natick, Massachusetts  01760
10          508.655.1415

11              Appearing on behalf of the Plaintiffs.

12          Kyle J. Steinmetz, Esquire
            Mayer Brown LLP
13          71 South Wacker Drive
            Chicago, Illinois  60606
14          312.782.0600

15              Appearing on behalf of Defendant DirecTV.

16          Donald Adam Cox
            476 Hygean Run Road
17          West Portsmouth, Ohio 45663

18              Appearing Pro Se.

19                        - - -

20   ALSO PRESENT:

21          Justin Matheny, videographer.

22                        - - -

23

24
```

Donald Cox - December 03, 2019

3

1                    INDEX TO EXAMINATION

2   COX                                           PAGE

3      Cross-examination by Mr. Barrett              6

4                        - - -

5                    INDEX TO EXHIBITS

6   EXHIBIT                                        PAGE

7   Plaintiff's Exhibit 1                           89
    Plaintiff's Exhibit 2                           96
8   Plaintiff's Exhibit 3                           23
    Plaintiff's Exhibit 4                          100
9   Plaintiff's Exhibit 5                          104
    Plaintiff's Exhibit 7                          106
10  Plaintiff's Exhibit 17  (Mr. Barrett retained) 114
    Plaintiff's Exhibit 19                         107
11  Plaintiff's Exhibit 32                         119

12                       - - -

13

14

15

16

17

18

19

20

21

22

23

24

Donald Cox - December 03, 2019

4

1                          - - -

2                      STIPULATIONS

3              It is stipulated by and among counsel

4    for the respective parties that the deposition of

5    Donald Adam Cox, a Defendant herein, called by the

6    Plaintiffs, under the applicable Rules of Civil

7    Procedure, may be taken at this time in stenotypy by

8    the Notary, by notice of counsel; that said

9    deposition may thereafter be transcribed by the

10   Notary out of the presence of the witness; that proof

11   of the official character and qualification of the

12   Notary is waived; that the examination, reading and

13   signature of the said Donald Adam Cox to the

14   transcript of his deposition are expressly waived by

15   counsel and the witness; said deposition to have the

16   same force and effect as though signed by the said

17   Donald Adam Cox.

18                          - - -

19

20

21

22

23

24

Donald Cox - December 03, 2019

5

1                P R O C E E D I N G S

2                       - - -

3            THE VIDEOGRAPHER:   Good morning.   We

4    are on the record at 8:36 a.m.

5            The following deposition of Adam Cox is

6    being taken at 342 Second Street, Portsmouth, Ohio

7    45662 in the matter of Diana Mey, et al. versus

8    DirecTV, LLC and AC1 Communications, et al., Case No.

9    5:17-cv-00179-JPB pending in the United States

10   District Court for the Northern District of West

11   Virginia.

12           The court reporter is Denise Shoemaker

13   and the videographer is Justin A. Matheny, and I'm

14   here on behalf of Blair Reporting Services.

15           Will counsel please identify themselves

16   and whom they represent for the record.

17           MR. BARRETT:   John Barrett.   I

18   represent Diana Mey, who's the plaintiff in the case.

19   With me is Ben Hogan, who is also from Bailey &

20   Glasser.   He's in Morgantown, West Virginia.   I'm in

21   Charleston.

22           And Matthew McCue is also a lawyer in

23   the case, and he's from Boston.

24           MR. STEINMETZ:   And I'm Kyle Steinmetz.

Donald Cox - December 03, 2019

6

1   I represent DirecTV, LLC.

2                THE VIDEOGRAPHER:    Thank you.

3                Will the reporter please swear in the

4   witness.

5                           - - -

6   Thereupon,

7                DONALD ADAM COX

8                being by me first duly sworn, as

9   hereinafter certified, deposes and says as follows:

10                CROSS-EXAMINATION

11  By Mr. Barrett:

12        Q     Good morning.

13        A     Good morning.

14        Q     And what is your name, sir?

15        A     Adam Cox.

16        Q     Is that your full name?

17        A     Donald Adam Cox.

18        Q     Mr. Cox, we had a short conversation

19  before we got on the record here.  I talked to you

20  about why we're here and what the ground rules are,

21  what I'm going to be talking to you about, okay?

22        A     Okay.

23        Q     One important thing to remember is that

24  this is a deposition where the court reporter has to

Donald Cox - December 03, 2019

7

```
1    write down your answers.

2          A     Okay.

3          Q     So if you can try to avoid shaking your

4    head or nodding your head or saying uh-huh or

5    uh-huh --

6          A     Gotcha.

7          Q     -- it'll make her job a lot easier.

8          A     Okay.

9          Q     Another good rule to keep in mind is to

10   try to let me finish a question and then answer it

11   rather than kind of start answering it midstream,

12   which is what most of us do in normal conversation.

13   But again, that's to help our court reporter.

14         A     I'm bad at that, so.  I'll try my best.

15         Q     I will too.

16               This is a deposition you're providing

17   here in this case.  You're actually a party to the

18   lawsuit.  And we understand that you're proceeding

19   without a lawyer today, which in legal lingo means

20   pro se.  That's correct, right?

21         A     Yeah, I don't have a choice.

22         Q     Okay.  One of the important things for

23   me to tell you is that because you're pro se means --

24   and because I'm a lawyer, I have an ethical
```

Donald Cox - December 03, 2019

8

1    obligation to be fair to you and to ask you questions

2    that are fair within the rules to try to get the

3    information that you have.

4              If you feel like you don't understand a

5    question that I'm asking or you feel like it's

6    improper, you can certainly say that, and we can talk

7    that through.  But again, my intention is not to ask

8    you any of those kinds of questions.  Just to get the

9    information that you have.  Okay?

10        A    Okay.

11        Q    If you need a break, let me know.  I'm

12   glad to take a break.  I would ask that you kind of

13   not take text messages or things like that during the

14   call.

15        A    No problem.

16        Q    And I understand you've got a coaching

17   obligation today?

18        A    Yes.

19        Q    You're a basketball coach?

20        A    Yes, sir.  Yes.

21        Q    High school basketball coach?

22        A    Yes.

23        Q    And so you may need to, you know, take

24   care of some obligations with that.  I'm going to be

Donald Cox - December 03, 2019

9

```
 1   respectful of your time, mindful of that.
 2           A      Okay.
 3           Q      Let's see.  Where do you live?
 4           A      I live in West Portsmouth, Ohio.
 5           Q      And your full address is what?
 6           A      476 Hygean Run Road, West Portsmouth,
 7   Ohio 45663.
 8           Q      You've never given a deposition before,
 9   correct?
10           A      No, sir.
11           Q      Where are you currently working?
12           A      I'm currently a high school basketball
13   coach.
14           Q      That's your full-time job?
15           A      No.  I do some -- I work for myself
16   right now currently.  I do different odd jobs around
17   the area and do different things for other people.
18   So I'm kind of self-employed at the moment.
19           Q      Let's talk about yourself a little bit,
20   your history of involvement in sales.  I know you've
21   been involved in sales for some time.
22           A      Yes.
23           Q      Can you just kind of walk me through how
24   you got involved in sales and some of the jobs that
```

Donald Cox - December 03, 2019

10

1    you've had in the past?

2         A     Well, started back when I was probably

3    23 or so.  I started selling for a telemarketing

4    company out of New Jersey called Civic Development

5    Group.

6         Q     Civic Development Group?

7         A     Yeah.  And then I became manager there,

8    regional manager throughout probably an eight-year

9    period or so.  I'm not exact.

10             And then I went into insurance sales.  I

11   did some life and health insurance sales.  And then I

12   got -- went through a divorce and kind of didn't do

13   anything for a few years, successfully anyways.

14             Then I ended up selling DirecTV probably

15   about five years ago and worked for different

16   retailers throughout the area.

17        Q     How old are you now?

18        A     Forty-one.

19        Q     And so five years ago you were in your

20   mid-thirties when you started selling for DirecTV?

21        A     Yeah.  It might have been six years.

22   Somewhere around five, six years ago.

23        Q     At Civic Development Group, you were

24   there, I think you said, about eight years, you were

Donald Cox - December 03, 2019

11

1    manager, regional manager.  What were some of the

2    jobs that you had?

3         A     I was over managing the managers and

4    overseeing the office production and the training of

5    the managers mostly.

6              I mean, I worked my way up from being a

7    sales representative to a floor manager to a call

8    center manager to a regional manager.  But I went

9    from making sales to teaching reps how to make sales

10   to teaching managers how to manage reps to teaching

11   office managers how to manage offices.

12             Just throughout the growth of the

13   company I kind of advanced throughout.  My

14   competitive nature, sports, it's just me.  It's just

15   who I am.  I'm a talker, salesman, motivator, so.

16        Q     Okay.  Were you -- when you were making

17   calls and overseeing those who were, you know, making

18   telephone sales, were you all using -- how were you

19   actually communicating with the customers?

20        A     What are you -- which time?

21        Q     Just during the eight-year period at

22   Civic Development Group.

23        A     Civic Development Group handled all

24   their call processing out of New Jersey.  So I wasn't

Donald Cox - December 03, 2019

12

1    part of that, the preparation of any of that.

2         Q    Calls would just come into the center

3    and your reps would handle them?

4         A    Yeah.  Yeah.

5         Q    You mentioned starting to sell for

6    DirecTV about five years ago?

7         A    Yes.

8         Q    How did you get involved in selling for

9    DirecTV?

10        A    I had a buddy that was selling DirecTV

11   for a retailer in Ashland, Kentucky, and I started --

12   he asked me if I thought I could do it and was

13   interested in doing it, and I didn't have a job at

14   the time.  I started doing it, and I was really good

15   at it.  So kind of just stuck.

16        Q    So you were actually handling calls

17   yourself at that time, making sales calls for your

18   buddy who's the retailer?

19        A    We did different events and door

20   knocking.  We did different sales strategies.  Not

21   everything was phone calls.

22        Q    Okay.  So what were some of those

23   strategies you mentioned?

24        A    Every retailer for DirecTV has more than

Donald Cox - December 03, 2019

13

1    one way to produce sales.  I mean, you're going to

2    use social media, you're going to use -- nowadays

3    social media is the big market.

4              But you're going to do your events, your

5    county fairs, your state fairs, your local winterfest

6    or whatever.  You're going to set up booths and

7    tables and fliers, you know.  They have co-op

8    available for that, which is what a lot of retailers

9    do.  And then you have door knocking teams that go

10   out door to door.  But a lot of sales were made over

11   the phone.

12        Q    What was the name of that retailer that

13   you were working with?  Was it Perfect 10?

14        A    No.  Perfect 10 is a distributor for

15   DirecTV.  Perfect 10 is not a retailer.  Perfect 10

16   has nothing to do with DirecTV except for them being

17   the people that you order the equipment for.

18        Q    Okay.

19        A    There's a difference between a Perfect

20   10 person and a DirecTV person.  Two opposite people.

21        Q    What was the name of that retailer that

22   you started working with five years ago though?

23        A    Am I obligated to say that?

24        Q    Yeah, I think you are.  They're not an

Donald Cox - December 03, 2019

14

```
 1   entity that we are -- they're not a party to the
 2   lawsuit to my knowledge.
 3         A     Well, I mean --
 4         Q     Let me just pause right there and just
 5   kind of go through another set of rules.  So
 6   generally during a deposition, the kinds of questions
 7   that you're not obligated to answer are going to be
 8   things that are protected by an attorney-client
 9   privilege, like advice that your lawyer gave you,
10   that sort of thing.
11         A     Steel Security.
12         Q     Still?
13         A     Steel Security.
14         Q     S-t-i-l-l?
15         A     S-t-e-e-l, Steel.
16         Q     Okay.
17         A     That's who I first worked for.
18         Q     And let me also tell you that, you know,
19   on answering questions, you're also not obligated to
20   answer questions that are, like, harassing.  If I
21   start to --
22         A     I just feel like if -- I don't know.  I
23   feel like that was -- you're going to ask questions
24   about people that I've worked for and friends of
```

Donald Cox - December 03, 2019

15

1  mine, I just -- as a friend, I just feel -- and I

2  know I'm going to tell the truth.  But I'm a pretty

3  loyal guy, and I don't really feel like that's

4  pertaining, but it is, I guess, so I'll answer it.

5        Q     I totally respect that and appreciate

6  that.

7             Just under the rules that govern what

8  we're doing here today, I'm given a pretty good

9  amount of leeway to ask those kinds of questions.

10 And generally speaking, unless it's something that is

11 privileged or something that is harassing, that sort

12 of thing --

13       A     Right.

14       Q     -- you need to answer.  But we'll cover

15 that as it comes.  I understand your loyalty to your

16 friends.  I can tell you that I've not heard of Steel

17 Security.  They're not a party to the lawsuit, and

18 they're not an entity that we have any interest in.

19       A     Well, I'm not so much worried about that

20 as I am about putting their retailer liability that

21 somebody is going to say something, well, this guy

22 worked for you and he's -- I mean, I don't want

23 anybody to get in trouble and lose their business

24 like I have over this.

Donald Cox - December 03, 2019

16

1      Q      Sure.

2      A      I mean, this is -- you might not know,

3  but this has turned my life upside down.  Like, I

4  went from having a life to nothing over this.  I

5  mean, I'm stuck in the middle because of one phone

6  call to a person's mother-in-law's phone.

7            Now I have no representation from

8  DirecTV.  They didn't want to help me or represent

9  me, and I have no money.  I have no job.  I have no

10  nothing, and I'm the only one that's getting hurt in

11  this case right now.

12            That's sad because I'm -- I am and

13  was -- well, I was the best DirecTV salesman in the

14  whole nation.  So I just felt like right now I'm at

15  the mercy of everybody because you guys have me to

16  where I can't even pay bills.  That's the sad part

17  about this.

18            Let's carry on.

19      Q      And I do respect that.  I appreciate

20  your saying that.  We're going to try to move through

21  this as quickly as we can and get you on your way.

22            So Steel Security for about -- how long

23  did you work with them?

24      A      Two years, two years pretty steadily.

Donald Cox - December 03, 2019

17

1   Made a pretty good living at it as a sales rep.

2   Worked multiple state fairs in Lexington and

3   Louisville, Kentucky State Fair in Louisville and

4   then -- I mean, we worked a bunch of places.  But

5   that's where I really started learning the product

6   and learning how to sell.

7              I was already great at face-to-face from

8   insurance, and I was already good at sales over the

9   phone from Civic Development Group, and I was already

10  ahead of everybody on selling that was in this line

11  of work, and I just kind of prospered.

12             Then it got to the point to where I

13  worked for two other retailers, three other retailers

14  before I finally told my dad, because I went through

15  a divorce and had bad credit and I told my dad, I was

16  like, why am I continuing to build up other people's

17  retailers and make them the number one retailer in

18  the area, in the nation and regions and stuff like

19  that.  I could just do it myself.

20             So that's when my dad stuck his neck out

21  for me and got the DirecTV retail license in his

22  name, and I started my own company, AC, Adam Cox.

23        Q    We have some documents that you provided

24  to us, and in one of those documents I think you were

Donald Cox - December 03, 2019

18

1   reaching out to DirecTV around 2017 to let them know

2   that you would like to have your own retailer

3   agreement.  Does that sound right to you, 2017?

4          A     Yes.

5          Q     Let's talk about that document.  So just

6   to kind of make sure that we're understanding where

7   some of the documents that we have came from, and

8   I'll share them with you.  But these are documents

9   that, I guess, we had arranged for a computer company

10  to come and obtain your e-mails, and you provided

11  your computer to them.  Do you recall that?  That was

12  within the last couple of months.

13         A     Yeah.

14         Q     And so they obtained your -- did a

15  search on your e-mails and your computer for certain

16  terms.  Do you recall anything about that?

17         A     I know it happened.  I don't know what

18  they took or what they got, but I gave them access to

19  everything, just like I was asked to do.

20         Q     Sure.

21         A     So, I mean, they never told me, like,

22  hey, this is what we have, or I never heard from you

23  guys saying, these are the e-mails we took.  I don't

24  know what you took.

Donald Cox - December 03, 2019

19

1          Q      Okay.

2          A      But I'm trusting that you took what you

3    needed and only what you needed, and that's the way

4    it worked.

5          Q      Sure.

6          A      You're not in a position that I didn't

7    trust to turn it over to you.  But yeah, I did.

8          Q      Appreciate that.

9                 We'll go through some of those documents

10   now.  They're just basically some background e-mails

11   and correspondence that you had with people like

12   Steve Shapiro at DirecTV and others.

13         A      Okay.

14                MR. STEINMETZ:  With respect to the

15   e-mails, I just want to point out for the record that

16   we got these the day before Thanksgiving at the close

17   of business and haven't had a chance to review them

18   yet.  They don't appear to have been reviewed for

19   confidentiality.

20                So DirecTV reserves the right to make

21   any sort of confidentiality designation, particularly

22   around customer information, that was not made in the

23   first instance.

24         Q      I've got a notebook in front of you with

Donald Cox - December 03, 2019

20

1   some documents that I'm going to ask you about.

2                 MR. BARRETT:   I do want to talk about

3   DirecTV's participation in this deposition just on

4   the record.

5                 I think it's inappropriate for DirecTV

6   to participate in the deposition if it takes the

7   position that the litigation is stayed with respect

8   to it.  It was given the opportunity to fully

9   participate in the deposition if it wanted to,

10  provided it gave us documents that it has not given

11  us in discovery.

12                So we're taking the view that by

13  objecting and otherwise participating actively, that

14  DirecTV is waiving its right to the stay, and I think

15  it's inappropriate for DirecTV to object and

16  otherwise participate.  But I understand counsel may

17  see it differently, and you can certainly state your

18  view on that.

19                MR. STEINMETZ:   Yeah, we would like to

20  state our view for the record.

21                The case is stayed as to DirecTV pending

22  an appeal of a motion to compel arbitration.  This

23  isn't our witness.  We don't have -- we're not asking

24  questions of the witness.  We're not obviously

Donald Cox - December 03, 2019

21

1  participating fully in the deposition.  We haven't
2  noticed any discovery.
3          But to the extent that the deposition is
4  going to be sought to be used against DirecTV, which
5  I assume it will be, I don't know why it would be
6  going forward if it wasn't, we obviously have the
7  right to object.
8          If you guys are going to go forward with
9  this deposition while the stay is going on against
10  DirecTV and the appeal is pending, we have the right
11  to protect our interest in the ongoing litigation.
12  You know, we have not issued a notice or issued any
13  discovery.  So I don't believe that we have impacted
14  the stay in any way, and that is DirecTV's position.
15          MR. BARRETT:    Thanks.
16  By Mr. Barrett:
17      Q     Lawyer stuff out of the way.  Now we'll
18  jump back into it.
19          Okay.  So you had some success in
20  selling DirecTV with these earlier retailers, and you
21  decided that you wanted to have a retail agreement of
22  your own, and you contacted DirecTV.  Does that all
23  sound correct and fair?
24      A     Yes.

Donald Cox - December 03, 2019

22

1          Q      And do you remember who you first spoke

2     with at DirecTV when you were exploring your own

3     retailer agreement?

4          A      Retailer agreement?

5          Q      What do you call the agreement that you

6     reached with DirecTV to sell DirecTV through AC1?

7          A      There's a process that you have to go

8     through.  It's a pretty lengthy process.

9                 Mostly was information that they

10    obtained from me.  They run a credit check and they

11    make you sign a contract, and, you know, they get you

12    set up through Perfect 10, who is your distributor.

13    And then, you know, they got to go through the

14    process of getting you approved and all that.  Then

15    you become a retailer.

16                You're assigned a manager, and you meet

17    the Perfect 10 representative, and pretty much start,

18    you know, building a sales plan and move on with it.

19         Q      Okay.  What was your -- how did that

20    relationship with Perfect 10 work?  You said they

21    were your distributor?

22         A      Yeah, they're the distributor.  They're

23    the ones that you order your equipment from, the

24    satellite dishes, the poles, the boxes, the Genies,

Donald Cox - December 03, 2019

23

1  the minis, wire cable, connectors, ends.  You name

2  it, they have it.  They're pretty much the

3  distributor for all of DirecTV.

4       Q    Okay.  Let's pull up this notebook and

5  turn to Tab 3.  Take a look at that, if you will.

6  This is a document that I think you had provided to

7  your earlier lawyer, Brian Price, and he had provided

8  to us.

9            It's Tab 3, Kyle.

10           MR. STEINMETZ:   Got it.

11      Q    This is, as I understand it, you tell me

12 if you agree.  This is an agreement that you had

13 reached with -- between AC1 and AT&T Services.  It's

14 called an AT&T Preferred Dealer Agreement for a New

15 Dealer, and the dealer contact is Donald Cox.  Have

16 you seen this document before?  Do you know what it

17 is?

18      A    You realize that this is my father,

19 right?

20      Q    Yes.

21      A    Okay.

22      Q    Donald Cox, yes.

23      A    Okay.

24      Q    But have you seen this document, or have

Donald Cox - December 03, 2019

24

1   you been aware of any kind of contract between --

2          A     Yes, I've seen it.

3          Q     And this is called the AT&T Preferred

4   Dealer Agreement.

5          A     Yes.

6          Q     Is that terminology that you've used

7   before when talking about the contract, I think, with

8   DirecTV?

9          A     Yeah.  I mean, it's the agreement, I

10  guess.  I mean, I've never really -- I've never

11  really went through it --

12         Q     Sure.

13         A     -- to be honest.

14         Q     I'm not going to ask you any kind of

15  detailed questions at all about this.  Just trying to

16  kind of establish the timeline.

17         A     You're supposed to read through it.  I'm

18  sure that -- I mean, my dad and me have went through

19  it two years ago, but I haven't went through it

20  forever.

21         Q     Sure.  I'm not going to ask you any

22  questions about it beyond just --

23         A     I mean, I couldn't tell what it says.

24         Q     Sure.

Donald Cox - December 03, 2019

25

1          A     But, yeah, I know that's part of the
2     first step.
3          Q     Sure.  Okay.  And the date on this is
4     6-9, 2017?
5          A     Yes.
6          Q     Does that sound right, it was June of
7     2017 when --
8          A     Yeah, that's exactly right.
9          Q     Good.  AC1 Communications, LLC, that's
10    Adam Cox, right, AC?
11         A     Yeah, if you want to say that.  Yeah.
12         Q     It's an LLC.  Is it like an Ohio
13    corporation, do you know?
14         A     Yeah.  We were licensed in Ohio, yes.
15    No, no, no, no, no.  Sorry.  It's Kentucky.  Based
16    out of Ashland, Kentucky.  Sorry.
17         Q     I think that's --
18         A     Diederich Boulevard, Ashland, Kentucky.
19    378 Diederich Boulevard, Ashland, Kentucky.
20         Q     Right.
21         A     Our office was in Ohio.  We were a
22    registered Kentucky company.
23         Q     Got it.
24               So June of 2017 is when you signed this

Donald Cox - December 03, 2019

26

1    contract, and I guess that's when it became official

2    that AC1 was selling DirecTV, right?

3         A    Yes.

4         Q    And what is the term that you use when

5    referring to your company?  Is it an authorized

6    retailer for DirecTV?

7         A    We're a preferred dealer.

8         Q    Dealer?

9         A    Yeah.  We're a local retail store.

10   We're not corporate, and we're not affiliated with,

11   like, an AT&T store or a corporate store or a store

12   you see in the mall or anything.  We're our own local

13   retailer.

14             I mean, you can run it out of your

15   house.  You don't have to have a store front, you

16   know.  You can be a retailer by traveling around

17   everywhere, not even having a store front.

18        Q    That's basically what you were --

19        A    Yeah.

20        Q    -- you didn't have a store front?

21        A    Yes, we did have a store front.

22        Q    Oh, you did?

23        A    Yes.  But not like an AT&T corporate

24   store.  I mean, like, it was my own store.  You know

Donald Cox - December 03, 2019

27

```
 1   what I mean?  It was AC1.  It wasn't DirecTV or AT&T.
 2   It was AC1 store.
 3          Q     Was that this Ashland address?
 4          A     No, sir.
 5          Q     Where was the store front?
 6          A     In Wheelersburg, Ohio.  89 -- I don't
 7   know -- Ohio River Road, Wheelersburg.  I can't
 8   remember the actual numbers.  It was on Ohio River
 9   Road in Wheelersburg, Ohio 45694.
10          Q     Did you have a sign out front?
11          A     Yeah.
12          Q     Did it say DirecTV, or did it say AC1?
13          A     It said AC1 Communications.
14          Q     Was it -- did you keep regular hours?
15   Like, could people walk in --
16          A     Yeah.
17          Q     -- or was it just where you had your
18   operations?
19          A     It was -- we had hours and people could
20   walk in.  We had a showroom, had TV's and stuff out
21   and show people how -- what to do.  They could pull
22   up a chair and sign up for service.  Had a couch and,
23   like, a little showroom.  Mostly for people that
24   wanted TV service.  It wasn't nothing, like, fancy or
```

Donald Cox - December 03, 2019

28

1   anything, but it was pretty decent.  It was okay.

2        Q     Sure.  So up until, I guess, your

3   retailer agreement was terminated by DirecTV in, I

4   believe it was January of 2019, does that sound

5   correct to you?

6        A     Yeah.

7        Q     And is that when you -- did you shut

8   down AC1?  Did it go out of business?

9        A     Yeah.  In fact, I never heard from

10  DirecTV after that.  I've never been in contact with

11  them since three weeks ago -- four weeks ago when a

12  lady reached out to me for the first time.

13            They froze our account.  Money that

14  was -- I've never got paid anything that's -- I don't

15  know if they've ever paid me for -- I don't know.  I

16  don't know how the contract ended.  I don't know if

17  all pay is froze, never pay me again for anything

18  after so long or residuals or anything.  I don't know

19  nothing.  Never been talked to by them since.

20       Q     How much do they owe you by your --

21       A     I have no -- I don't know.  I don't know

22  how they do it.  I've never been informed.  I've

23  never been told, like, hey, you had this much in

24  chargebacks over a period of time that we deducted

Donald Cox - December 03, 2019

29

```
 1   from this.  Or after we took this and you owed us

 2   this and we owed you that and this is what was left

 3   and you still owe us this amount or I owe you.  I

 4   have no idea.

 5        Q    Do you think it's, like, more than

 6   50,000 bucks?

 7        A    Oh, if I would have got my residuals, if

 8   I would have not lost -- I mean, heck, if I would

 9   have got residuals for all the people that I signed

10   up in 2017 and started getting residuals now in 2019,

11   you're talking about way more than that.

12        Q    How much would you kind of ballpark it?

13        A    You're talking probably 150,000 a year

14   that I would have made just off residuals.  I mean, I

15   had -- we averaged 200 to 250 customers a month for

16   two years dang near or whatever, a year and a half.

17   I mean, you take all those customers in and I'd say

18   it hurt.  I don't know.  I have no idea what would

19   happen.

20             Legally, DirecTV probably don't even

21   have to talk to me about it because this is my dad.

22   My dad had no idea that I was breaking any of the

23   rules of his contract, but he got terminated for it

24   instead of me being punished.  My dad wasn't everyday
```

Donald Cox - December 03, 2019

30

1    operations, never was and never would be.  He did it

2    for me because I'm the son.

3            He wasn't involved in any day-to-day

4    operations, payment.  Never received a dime from the

5    pay ever, so.  He's got health issues and stressed

6    and worried.  It's caused a pretty good amount of

7    emotional damage to my family.

8        Q    I'm sorry to hear that.

9        A    Did I mention I have seven kids?

10       Q    No.

11       A    I do.

12       Q    That's a load of kids.

13       A    I didn't produce them all.  Some of them

14   was hers.  I kind of Brady Bunched it.

15       Q    Take care of them all?

16       A    Yeah, I love them all.  They're all good

17   kids too.

18       Q    Good.  So was the last time that you

19   received a payment from DirecTV around January of

20   2019 when you were terminated?

21       A    Once I got terminated, and honestly, I

22   think I messed up by getting an attorney from the

23   start in this case.  I paid Brian 20 thousands of

24   dollars and ran out of money to pay him, and now I

Donald Cox - December 03, 2019

31

```
 1    have nothing.  So I never really got defended in this
 2    case, and all he ever did for me was get me in
 3    contact with you guys to where you could pretty much,
 4    you know, have all the information you needed.
 5              Brian's a good attorney.  I realize
 6    that.  But everybody else that's in this case and
 7    didn't answer, didn't get an attorney, I don't know
 8    if anything has ever happened to them.  I mean, if I
 9    didn't get an attorney, would I still have my DirecTV
10    license right now because the case is pending and
11    they'd say, well, we're not going to terminate you
12    until we figure out if you're guilty or not?
13              I mean, would I have been skating under
14    the radar if I wouldn't have got an attorney just
15    like the rest of these people?  Where's the other 14
16    retailers at that's in this case or 15?
17              So I wasted 20, 40 thousand dollars on
18    an attorney that -- and the insurance that I had to
19    take out that was a million dollar policy for DirecTV
20    didn't cover any of my -- any of this.
21              So, I mean, if they're going to make me
22    sign this contract and get a million dollar policy,
23    you'd think that the policy that I submitted to them
24    would -- under anything that you get sued for by
```

Donald Cox - December 03, 2019

32

```
 1    somebody like this or do something wrong, that we're

 2    not liable but at least your insurance, you got the

 3    right insurance to cover it.  But no, that's not

 4    happened, so.

 5         Q     Let's talk a little bit about how you

 6    got AC1 kind of off the ground in June of 2017, how

 7    you started.

 8         A     I started out in a little trailer, a

 9    little three-room trailer, and within a couple months

10    I ended up getting a building down the road in

11    Wheelersburg.  It really takes off fast because you

12    install.

13              You're paid every week.  But once you

14    start your commissions, the pay period runs from

15    Friday to Thursday and everything that you sell you

16    get paid for the following Monday.  So you're looking

17    at, you know, if you do 30, 40 installs a week,

18    you're making 20, 25 thousand dollars a week before

19    payroll and before your installation and overhead and

20    everything.

21              It really got off the floor really quick

22    because of the amount -- I mean, I'd already -- I

23    mean, I'd already knew what I was doing from the

24    previous five retailers that I worked for.
```

Donald Cox - December 03, 2019

33

1        Q       So when you had that three-room trailer,
2    I think you said --
3        A       Yeah.
4        Q       -- you had some staff and some payroll.
5    What was your -- who was on staff and what kinds
6    sales?
7        A       It was mostly me and Josh Kerr was a
8    manager for me, and I think we had three or four
9    sales reps that were working for us at the time.
10       Q       Right.  And you all had -- Mr. Price had
11   provided some responses to some questions that we
12   asked.  He identified a few people with your help.
13   Josh Kerr was a manager, Jason Pelphrey was a team
14   lead.  These guys were independent contractors?
15       A       1099 independent contractors.  No one
16   that worked for us was ever an employee.  Everybody
17   was 1099 contracted.  They paid their own taxes at
18   the end of the year.  I paid them based off
19   commission only.  There was no hourly people ever
20   that worked for me.
21       Q       And there was Cameron Adams and Jesse
22   Shortridge.
23       A       Yes.
24       Q       What --

Donald Cox - December 03, 2019

34

1       A       Most of those people still work in the
2   DirecTV field.
3       Q       Okay.  What sorts of sales, you know,
4   strategies were you using?  Was it telemarketing?
5       A       Well, we did do some cold calling, yes.
6   We did do door knocking, and we did do events.  But
7   we did a fair share of cold calling in different
8   areas.
9       Q       Did that -- when you first started out,
10  were you doing more events and door knocking and less
11  cold calling?  Kind of walk me through how that mix
12  went.
13      A       The records will show that we grew from,
14  you know, three, four, five sales reps up to, you
15  know, close to 20.  But we did all of it.
16              I mean, Portsmouth and New Boston, this
17  area is a pretty small area.  I'm a pretty well-known
18  person, and I have a lot of friends in a lot of
19  areas.  And heck, I mean, there's multiple --
20  hundreds of walk-in customers that would contact me
21  or call me.
22              I did road signs.  I did -- we put out
23  tons of road signs over my years of just plastering
24  the areas with my name and phone number.  But, I

Donald Cox - December 03, 2019

35

1    mean, there was multiple ways of selling.  The most

2    productive one was cold calling.

3         Q    Would you say when you first started out

4    in 2017, what percentage of your sales were cold

5    calling?

6         A    In 2017?

7         Q    Yes.

8         A    50 -- 50/50, probably.  About 50 percent

9    of the sales were probably, you know, yeah.

10        Q    You said that you got up to, I think you

11   said, 200, 250 activations a month, right?

12        A    Oh, yeah.  Yeah, we were putting them in

13   hot and heavy.  West Virginia, thank God Suddenlink

14   and Comcast was charging out the butt for bundles

15   because West Virginia was a very good state in 2017

16   production-wise for DirecTV.

17        Q    So at your height --

18        A    Kentucky was too.  Ohio was all right.

19   But West Virginia was unbelievable.

20        Q    At your height, say 250 activations a

21   month, what percentage of that was coming from

22   telephone calls versus other strategies?

23        A    I'd say -- I mean, you got to say good

24   months were 180, bad -- or good months were 250, bad

Donald Cox - December 03, 2019

36

1    months 180 installs.  No less than 150 ever, I don't

2    think, that we ever tried to do, and that was our

3    goal to be a premier dealer and to make more per sale

4    and to make more revenue and then pay us more.

5              You had to be a preferred dealer, and

6    you had to do over 150 activations a month.  They set

7    the bar.  Once you start doing it, then you know --

8    once you start doing 150, your managers set every

9    incentive at 150.  Anything less, you don't make your

10   bonuses.

11             They have a good bonus structure.  They

12   take care of the top performers.  We made multiple

13   thousands of dollars in bonuses over the course of

14   the year and a half or so.  I mean, I would say 150

15   to 250 every month that we were in business.

16        Q    So at that time when you were going on

17   the high end, was it still 50/50 between the calls --

18        A    Yeah, it was always -- it would

19   fluctuate depending on the time period and depending

20   on, you know.  If you guys have ever been in sales,

21   you know that right now is not a good selling point

22   in time for DirecTV. The fourth quarter's usually a

23   little low.

24             Back in 2017, and you can tell by the

Donald Cox - December 03, 2019

37

1   news and all of the articles, DirecTV was at its peak

2   of performance.  The TV and the Genie and streaming,

3   people were starting to cut bundles in 2017.  People

4   were starting to realize that having all three

5   services with a provider for $200 was retarded.

6   DirecTV started soaring up.  We started, you know, it

7   was really, really good.

8            Now, you know, you see all the people

9   saying they're losing customers, they're losing this,

10  they're losing that.  I read it on the news.  But

11  it's just because of technology and everybody going

12  to the internet and fiber and everything else.

13            I mean, 2017 was a very successful year

14  for selling.  I would say it always stayed at 60/40,

15  70/30 in favor of cold calling.

16       Q     And you had mentioned you had -- at one

17  time you had 20 sales reps.

18       A     Give or take a few.

19       Q     Sure.

20       A     But, yeah.  We used to have six, seven,

21  eight reps working in the morning and six, seven,

22  eight reps working in the evening.  Technicians and

23  dispatchers and people doing follow-up calls and

24  2-2-2 calls, which you call your customer two days

Donald Cox - December 03, 2019

38

```
1   after and two weeks later and two months later doing
2   the checkup to see if their service is good, you
3   know.
4                   Providing customer service.  You have to
5   provide customer service for these people.  Even
6   after you develop a relationship with them, they say
7   you're not supposed to contact them via contract or
8   via this or via that.  But if I'm responsible for
9   that customer for six months or a year on a
10  chargeback period, which they could take all my
11  commission back and me be out what I paid the
12  installer and what I paid for this and paid for that,
13  chargebacks bury companies.  Most companies for
14  DirecTV go out of because of chargebacks.
15                  So if you are going -- and our customer
16  service -- and that's the crazy thing.  Our customer
17  service was 99 percent.  Two weeks before they
18  terminated my contract, they gave -- my regional
19  manager gave us a thing that showed all of our
20  production and everything that we had did in that
21  year, we were number one in the region and our
22  customer service was at, like, a 98.0 percent.  I
23  mean, we were the number one area, retailer in the
24  area.
```

39

1              Like, the people that worked for me, we

2    did do telemarketing, but we also did a damn good job

3    of keeping our customers satisfied and staying under

4    the churn percentage and being profitable.

5              A lot of that was the 2-2-2 calls where

6    you call the customer back and say, did you get your

7    bill?  Okay.  Do you understand it?  Do you have any

8    problems?  Here's our number.  Call us if you have

9    any questions.  We'll do your service calls for you.

10             All of that goes into play, and those

11   are all people that had to work and work off

12   commission.  I mean, some people would do 2-2-2 calls

13   for me that would make $10 a sale each week.  If we

14   did 30 sales, then they would get 300 bucks just to

15   make sure our customer service stayed in line.

16             I mean, it was -- it was structured off

17   of production.  I mean, if we had a bad week of

18   production, then everybody in the company felt it.

19   So no one really benefited if we weren't productive.

20   There was always a drive and a goal to be competitive

21   to hit 30 installs a week minimum.

22        Q    What's a 2-2-2 call?

23        A    It's where you -- I mean, if you ever

24   sell anything, from life insurance to, you know, a

Donald Cox - December 03, 2019

40

1   car, you should call your customer back in two days

2   and say:  Hey, this is Adam.  I sold you the DirecTV,

3   or I sold you the Oldsmobile.  I just wanted to

4   check in with you.  Say hi.  Tell you that if you

5   need me, contact me.  Remember you should be getting

6   your bill in the next couple days.  Make sure you get

7   it paid in the next two weeks.  That way they get

8   their first bill paid, and you're on success for not

9   getting a chargeback.

10           Numerous people in southern Ohio,

11  Kentucky, and West Virginia is the poorest area in

12  the country.  So you really had to make sure these

13  people were paying their bill or you lose all your

14  profit.

15           I mean, DirecTV didn't care.  If they

16  had it for, you know, eleven months and cancelled,

17  they're taking that whole commission back.  They're

18  not taking based off of them only having one month

19  left.  They're taking everything they paid you back.

20  So, I mean, you're talking money that you already

21  paid an installer that you're not going to get back.

22  Trying to charge your sales reps chargebacks because

23  they're charging you.

24           So if a sales rep worked for me for

Donald Cox - December 03, 2019

41

1    three years and they'd built up a bank or they'd

2    built up a chargeback bank that says, hey, you know,

3    take this money from -- you got two chargebacks this

4    week.  We got to take this out of your bank type

5    thing.

6              So a lot of the things that I learned

7    from Western Southern and working for Western

8    Southern on how they did their commissions is what I

9    put in place for my sales reps.

10          Q    So your sales reps, when you had -- at

11   the height, say you had about 20 people, how many of

12   them were sales reps?

13          A    Fifteen.

14          Q    And where --

15          A    But everybody sold.  I mean, everybody

16   had the ability to sell throughout the company.

17             So if you were, you know, customer

18   service in a 2-2-2 call, the one thing that you've

19   really got to do is ask them if they're happy with

20   the service you provided them and ask them if there's

21   anybody else in their friends or family circle that

22   you can do the same service for.  I mean, you ask for

23   referrals.  So that's a big part.

24             And that's really what happened in this

Donald Cox - December 03, 2019

42

1   case.  Is that a wrong number was given, and we

2   contacted Diana once off of a dial, and then they

3   placed that into the system, it went through and we

4   made another call to her, and then we placed her on

5   the do not call list on our dialer.

6             But I reached out to Diana the day

7   after, and we talked, and everything seemed

8   legitimately okay because I apologized to her.

9             And I looked her up.  After she

10  contacted me, I looked her up, and I already knew

11  that I probably just screwed myself by making this

12  one freakin' phone call to one lady that has a

13  history of being able to sue people for violating her

14  rights.

15       Q    We'll look at the -- we've got the call

16  records, the call logs that you produced.  We'll take

17  a look at that and get a handle on, you know,

18  information about the campaigns or whatever that you

19  were using.

20             So at the height when you had around 20

21  people, 15 of them were full time in sales; is that

22  right?

23       A    Yeah.  I mean, they sold any time,

24  anywhere nationwide.  They could sell it from home,

Donald Cox - December 03, 2019

43

1    they could sell it from the office.  They could sell

2    it wherever they were.

3          Q     How did they make sales?  Did they come

4    to a physical workplace, or did they work from home?

5    How would they actually get in touch with people?

6          A     How did they get in touch with people?

7          Q     Yeah, how would they actually talk to

8    potential sales clients?

9          A     It just depends.  It depends on what

10   kind of lead it was.

11         Q     Right.

12         A     Are you talking about a phone lead?

13         Q     Yes.  Yes.  How would the calls get put

14   through to your -- some of your sales reps?

15         A     Well, we kept a really good record of

16   our leads.  We had a system called Agemni, and we had

17   all of our leads in there.  And, I mean, anybody and

18   everybody that contacted us or talked to us over a

19   five-year span that I had talked to was in this

20   software, in this program.  I have thousands upon

21   thousands of leads that we had that way.

22                But we also had a process of -- I think

23   it was -- if I can remember right, it was called

24   TelephoneLists.biz or something like that.  We would

Donald Cox - December 03, 2019

44

1    load leads off of there.  Mostly we would try to --

2    well, the guy that did that got fired for not

3    scrubbing the list.  I had to terminate him.

4         Q     Who was that?  Somebody worked for you

5    was buying lists from -- telephone lists?

6         A     Someone that I had put in a management

7    position was making the leads and the list and

8    putting them into the XenCALL dialer.

9         Q     XenCALL is X-e-n, CALL, C-A-L-L?

10        A     Yes.  It's a Canadian-based company.

11        Q     So this person that you fired was

12   basically buying leads that --

13        A     We were buying -- we were buying them.

14   I was buying them.  The company was buying them.  But

15   he was over making the leads a list.

16             So I if said, hey, load Jackson County,

17   Ohio today, then he could go in and pull up a thing

18   that said we want to get anybody ages 45 to 65 that

19   owns their home and has an income of this and blah,

20   blah, blah.  And it would say 79 records or 248

21   records, and then you could copy and paste those

22   records, put them into the dialer.  They would kick

23   them to the person as the person answered.

24        Q     So --

Donald Cox - December 03, 2019

45

1          A        It wasn't robocalling.  It was an

2     automatic dialer to where you put the leads in and it

3     would kick it and you had a headset on and it would

4     beep and you'd say hello.  And if it was a guy, you

5     would say:  Hey, John, this is Adam with AC1

6     Communications.  How are you today?  That's pretty

7     much how the call went.  You never said DirecTV, you

8     never said AT&T.

9                    A, the reason we didn't say AT&T and

10    DirecTV was because it was illegal.  We knew it was.

11    So we never identified ourselves as DirecTV or AT&T,

12    but we also sold different providers through Perfect

13    10, which was Frontier and Spectrum and different --

14    CenturyLink and things like that telemarketing

15    is legal for.  They do allow it.

16                    So we never really represented ourselves

17    as DirecTV or AT&T.  We tried to stay away from that

18    for the simple fact that it was illegal.

19                    So we would open the call by saying:

20    Hey, we're just doing TV service in your area.  We've

21    been helping a lot of people here in Branchland, West

22    Virginia.  Who do you currently have your service

23    with?  And they would come back and say Shentel.

24    We'd be like, oh, okay.  Well, we do have some

Donald Cox - December 03, 2019

46

1   specials out there in your area that we've been
2   helping people with.  Some of the things that we can
3   do is take an application here and see who we can get
4   you approved for and what's in your area.
5            Then you can Google Allconnect.com and
6   it would tell you what providers are available.  And,
7   of course, we was going to say:  Oh, well, look here
8   it.  It shows here that we could get you DirecTV for
9   $59 a month.  Now the internet and phone showing
10  Frontier available or you already have, you know,
11  Shentel phone and internet.  Why don't you just keep
12  it with them and, you know, cut your bill in half.
13  You're paying $200 for Shentel.  I can get you
14  DirecTV for 60, keep your phone and internet for 80.
15  You're paying 140 instead of 200.  That was pretty
16  much the spiel that you would go with on almost every
17  call.
18            I mean, that was the gist of it.  You
19  didn't identify yourself, and I would terminate
20  people that violated that.  Like, if someone said
21  they represented AT&T or DirecTV, I took it very
22  serious.
23            The guy that loaded people that were on
24  the do not call list was terminated after I turned

Donald Cox - December 03, 2019

47

```
1    this stuff over to Brian, and I let him go after I
2    figured out he was doing it for a year.
3            Q      Who was it?
4            A      Shawn Lamb.
5            Q      Shawn Lamb?
6            A      S-h-a-w-n L-a-m-b.  Still works for a
7    retailer to this day.
8            Q      What retailer?
9            A      North Kentucky Satellites.
10           Q      Are they --
11           A      They got offices in two different
12   states, and I'm sure he's doing the same stuff as he
13   was doing for me.
14           Q      Are they DirecTV?
15           A      They're the biggest one right now.
16           Q      Biggest DirecTV?
17           A      Yeah, by far the biggest.  I mean,
18   they're by far.  That's what kills me.
19           Q      So when you were doing --
20           A      They just moved from my company to
21   another one.  I mean, still going on.  I'm the only
22   one sitting here.
23           Q      So when you were doing the 250
24   activations for DirecTV like at the height --
```

Donald Cox - December 03, 2019

48

1      A      I was king.

2      Q      -- were you doing any activations for

3  any other --

4      A      Oh, yeah.  We did Viasat.  We did -- I

5  did some Frontier, CenturyLink, Windstream.  Oh,

6  yeah, there was multiple things that was under your

7  umbrella that you could sell.  DirecTV paid the best.

8            DirecTV -- I mean, tell me that you can

9  make $20 selling this or you can make $550 selling

10  this, you pay your rep $10 for selling that or you

11  can sell your rep a hundred dollars for selling this.

12  What are you going to try to sell?

13      Q      Sure.

14      A      Plus DirecTV, they are number one for a

15  reason.  I mean, they have the best services.

16      Q      If you were to go back and check some

17  records or something and determine how many

18  activations you were doing for other providers, how

19  would you do that?  Say in a month when you had 250

20  DirecTV, how would you be able to find out if you did

21  any other activations?

22      A      Well, my Agemni kept track of all my

23  customers.  I could pull up Agemni and go to my

24  leads, customers, scheduler.  It shows me a map of

Donald Cox - December 03, 2019

49

1    where my installers are.  It shows me who got

2    installed yesterday.

3              I can pull up a report and say, show me

4    who got installed between 11-1 to 11-30 of 2017, and

5    all my customers would pop up, and I'd scroll down

6    and say, well, it looks like we did 182 installs this

7    month.  I could go and say:  How many cancels did we

8    have before install?  And I could pull up those

9    customers and figure out why they cancelled before

10   their install.  I could pull up people that are still

11   pending and never did get in touch with before.

12             I mean, there's so much that you use

13   your Agemni for.  Agemni is, like, where everything

14   you do goes to.  From the lead, to a customer, to

15   notes, to installer, to reports, to payroll, to

16   inventory, to everything.

17        Q    You had earlier provided us with your

18   computer, and we sent it to the computer specialist.

19   Is Agemni on that computer?

20        A    No, that was my phone.

21        Q    That was on your phone?

22        A    Yes.

23        Q    Like cloud?

24        A    That Agemni account was never opened or

Donald Cox - December 03, 2019

50

 1   tied to AC1 Communications.

 2        Q     It's just an app?

 3        A     No.  Agemni was opened through a

 4   different company.

 5              The story is crazy.  When I first opened

 6   up, I was a secondhand variety store type thing.  It

 7   was called Finders Keepers.  I was into freakin'

 8   buying storage lockers and going to auctions.  I

 9   mean, I just -- it was something -- it was just

10   like -- I started doing it for fun.  I got a rush out

11   of it.  I liked it.  I mean, it was kind of fun and

12   unique.  Never knew what I would find.  Plus I could

13   sell stuff for, you know, a hundred percent markup

14   and stuff.

15              It was called Finders Keepers.  So when

16   I first opened up and started doing sales on my own,

17   to get Agemni, I had to have a business license and

18   all this.  So I just turned in my Finders Keepers

19   stuff to Agemni.

20              So Agemni, everything's under Finders

21   Keepers.  Agemni don't have no record of AC1 ever.

22   Agemni was all under Finders Keepers, which was a

23   company that was just -- I mean, that's how that

24   started.

Donald Cox - December 03, 2019

51

1         My Agemni was under Finders Keepers.  It
2    was never affiliated with AC1 ever.  But AC1 paid for
3    the Agemni bill.
4         Q    Do you still have Agemni, an Agemni
5    account through Finders Keepers?
6         A    Yes.
7         Q    Like if you were --
8         A    It's not active.  I mean, I don't have
9    access to it.  Are you asking do I use it now?
10        Q    I'm just asking actually if you have it.
11        A    I don't use it now.  I haven't used it
12   forever.  I mean, I don't pay to keep it up.  I don't
13   pay to run work orders and do all that.  I don't keep
14   it paid.  But, I mean, I could call Agemni and get it
15   back on or get access to it, but I haven't.
16        Q    Sure.
17        A    I don't use Agemni for any DirecTV sales
18   anymore obviously.  So I don't have no reason to keep
19   it.
20        Q    Sure.
21        A    But the only reason I would keep it is
22   because it does have every one of my customers and
23   leads in it.  If I ever want to try to get paid or
24   tried to see what I'm owed, then I have to have some

Donald Cox - December 03, 2019

52

```
 1   type of proof that shows the amount of installs and
 2   jobs that I did.
 3        Q     So when you were making the calls or
 4   your people were talking to people on the telephone
 5   about sales, I mean, DirecTV was the number one sale
 6   for you because of the --
 7        A     We sold it more than anything else.
 8        Q     Sure.  Was it, like, the first thing
 9   that you would offer when you would call people?
10        A     Depending on what they needed.  We would
11   say:  Who do you have your TV service with?
12        Q     Did you sell any other TV service to
13   people other than DirecTV?  In other words, when you
14   were selling other products, was that, like, phone
15   service, telephone service, for example?
16        A     We didn't do any cell phone services or
17   anything like that.  You could do phone and internet
18   if they offered Windstream or Frontier or a different
19   provider that we were capable of selling.
20              That's what they do is they'll hide the
21   calling to where it's not AT&T or DirecTV.  You're
22   calling based off of, you know, a different company.
23   I mean, these guys out here nowadays that are still
24   doing it are probably going under, you know, freakin'
```

Donald Cox - December 03, 2019

53

1   Worldwide Communications that don't even exist.  But
2   when they put a sell in, it'll pop up and give credit
3   to North Kentucky Satellites or Steel Security or AC1
4   or whatever retailer they're working for.  They don't
5   tell the truth on who they're calling or representing
6   nowadays that I've heard.
7                Me personally, we opened with:  This is
8   AC1 Communications, and we offer and provide TV
9   service.  We're hometown, family owned and operated.
10  We only have a certain amount of customers, and we'd
11  like to take care of you.  That was our goal.
12               We never lied or misled any customer to
13  believe that we, you know, were AT&T or DirecTV.
14  Like, no one ever said:  Hey, this is Adam Cox with
15  AT&T.  We're calling to talk to you about your phone
16  and TV.  No, it wasn't like that.
17               It was disguised to where you were
18  loopholing.  I mean, that's the way it works.  You
19  guys are smart individuals.  Everything has a
20  loophole.
21       Q     So when you guys were -- your crew was
22  loading leads into XenCALL and the calls were going
23  out using XenCALL, was the first thing you were
24  selling DirecTV, is that, like, what you wanted to

Donald Cox - December 03, 2019

54

1    sell?

2         A     Just depends on what the customer

3    needed.

4         Q     Right.

5         A     You ask the customer what their wants,

6    interests, and needs are.  Some of them would say,

7    no, I just want some better internet service.  Some

8    of them would say, yeah, my cable's terrible.  Then

9    we would attack that.  Some people would say, I'm

10   good with what I'm at.  Some people would say, call

11   me back.  Some people would say, let me think about

12   it.  Just depends on what that customer would answer.

13            You had three questions that you were

14   taught:  Who do you have?  How much you paying?  You

15   know, what's your favorite channels?  I mean, if they

16   went TV, then you went:  How many TV's you got?

17   What's your favorite channels?  Do you like sports?

18   Do you watch any movies?  Is there anything -- let's

19   take a list of your favorite channels.  That's how

20   that went.

21            If they said internet:  Okay, what do

22   you use the internet for?  Do your kids like to game?

23   Do they like to, you know, get on Xbox?  Are you

24   streaming movies?  Then you would start talking to

Donald Cox - December 03, 2019

55

1  them about what package Frontier or CenturyLink would

2  have.  It was based off what the customer answered.

3          You can make commission off of anything.

4  I told the people sell everything that you possibly

5  can under the umbrella.  Not every call's going to be

6  the hundred dollar sell or not every call's going to

7  be a commission where you get, you know.  We wanted

8  triple plays.  They encouraged bundles.

9          If you would call in a AT&T footprinted

10  area, you'd make a lot more money.  We never did

11  that.  A lot of companies do.  I was never -- I

12  stayed tri-state.  I was the biggest and best, and

13  all I did was Ohio, Kentucky, West Virginia with a

14  little bit of Virginia and Tennessee.  You got other

15  people that are calling all the way across the

16  country and doing from Louisiana to Arkansas to

17  Tennessee and they're based out of -- I mean, they're

18  not doing events, and it's not rocket science.

19          I mean, if the managers of DirecTV

20  really wanted to sit down on it, they could have.  I

21  mean, they could have been like, there's no way

22  you're doing 250 without, you know.  I mean, it

23  should have been a red flag, I think, if they wanted

24  it to.

Donald Cox - December 03, 2019

56

1            I mean, heck, if you're my regional
2    manager and you're living off of my production and
3    Adam's continuously doing 250, are you going to --
4    and I'm sitting over there, you're going to
5    continuously look this way, right?
6            Q    What was the red flag it would throw up?
7            A    Just how people are getting sales out
8    of -- like, I think that if they were such a big and
9    smart and advanced company, like Dish Network a few
10   years back or DirecTV now, how a small town Kentucky
11   office is getting that many sales.
12           Like that's -- like, either A, we got to
13   do what he's doing and, like, why was someone not
14   reaching out to me saying:  Adam, you got to go start
15   training people on how to do this.  If you can teach
16   every one of our retailers to be like you, we'll make
17   millions, millions upon millions, but they never did.
18           Q    Why do you think that was?
19           MR. STEINMETZ:   Objection.  Calls for
20   speculation.
21           Q    Do you know why that was?  You can
22   answer.  He's just stating an objection.
23           A    I mean, it's common knowledge that
24   someone would say that based off of your production,

Donald Cox - December 03, 2019

57

1   that, you know, they're not going to bug someone

2   that's good.  I mean, they're going to -- as long as

3   I stayed under the radar and I did everything that I

4   was supposed to do, no one really said anything to

5   me.

6        Q    We've been going for a while.  Let's

7   take a short break.  You want to do that?  How long

8   we been going?

9        A    They got you noted up over here.

10       Q    I know.

11       A    I got to pee.

12            THE VIDEOGRAPHER:   Going off the record

13  at 9:43 a.m.

14                    - - -

15               Recess taken.

16                    - - -

17            THE VIDEOGRAPHER:   Here marks the

18  beginning of Media No. 2 in the deposition of Adam

19  Cox.  We're back on the record at 9:53 a.m.

20            Please proceed.

21  By Mr. Barrett:

22       Q    All right, Mr. Cox.  We'll get started

23  again.  So far so good with the process?  Everything

24  going well from your perspective?

Donald Cox - December 03, 2019

58

1      A      I guess I'm doing all right.  Am I doing
2    okay on your guys' behalf?
3      Q      You are.  I just wanted to make sure
4    you're comfortable with everything and the questions
5    are fair, we're doing what we need to do.
6      A      Yeah.
7      Q      I want to shift gears a little bit to
8    get a handle on how things would work once a -- one
9    of your sales reps would actually be talking with a
10   customer who says, okay, I want to buy direct
11   DirecTV.  What would -- walk me through that process
12   from, okay, I want to buy DirecTV, to the point of
13   installation and service.
14     A      If the phone call got to the point to
15   where you wanted DirecTV, then we would say:  Okay,
16   hold on one second and let me go ahead and get your
17   application ready for you and see what I can do to
18   get you approved and see what all you get for free.
19   And then the lead that you would have, nine times out
20   of ten it would be their phone number and address
21   currently.
22             So you could verify their name, address,
23   phone number, zip code.  You get all their
24   information.  You fill out the application --

Donald Cox - December 03, 2019

59

```
1          Q      Can I stop you there?
2          A      Uh-huh.
3          Q      How would you fill out the application?
4    Would it be on a computer system?
5          A      Yeah.
6          Q      Whose -- like, would it be through a
7    portal --
8          A      Agemni.
9          Q      -- to DirecTV?
10         A      Agemni.  You go into Agemni,
11   A-g-e-m-n-i, and you plug in this person's name as a
12   lead.  Once you get them as a lead, you hit assign on
13   the assign button, and it would go straight into DWS,
14   which was DirecTV's retail site.  You could go from
15   Agemni, it would transfer you into the DirecTV
16   application.
17              It would take the information that you
18   plugged into Agemni and it would put it on the
19   DirecTV application, and then all you would have to
20   do is ask for their permission to run the credit
21   application, get their approval, ask them if they're
22   okay with you running a credit check, let them know
23   this is going to check your credit, it is a soft
24   credit check, blah, blah, blah.  And, you know,
```

Donald Cox - December 03, 2019

60

```
1    sometimes you would get people that weren't approved
2    and sometimes you would get people that were
3    approved.  They rated them off of a star system,
4    which was a one star, three star, or five star.
5         Q    Who approved, DirecTV approved?
6         A    Equifax or whoever was doing the credit
7    check would tell you what level of customer they
8    were.  We tried to refrain from signing up a one-star
9    customer because they had, not bad credit but not
10   good credit, and that was a high risk.
11             It was a risk for us to take -- as a
12   company to say, are we trusting this person to pay
13   their bill for the 12-month period?  And the five
14   star we would say, that guy has excellent credit.
15   They're going to pay their bill.  That's the customer
16   we want.  And you would get paid based off of, you
17   know, the level of the customer.
18        Q    Who assigned the star rating?
19        A    Whoever the credit bureau was.  DirecTV
20   AT&T, I mean, it was just based off their customers'
21   credit.
22        Q    So let's say that that has happened.
23   The customer says, I want DirecTV, you get the
24   five-star rating.  What happens next?
```

Donald Cox - December 03, 2019

61

1        A      I would say, okay, let's go ahead and --
2     usually with us we would push for a 24-hour window to
3     make sure the customer, you know, was a solid
4     customer and was going to get installed.
5              Creating an Agemni work order costs
6     $2.25.  So every time we'd create one, we wanted to
7     make sure that customer got installed because if you
8     do 200 a month, you're looking at $400 or so in work
9     orders.
10       Q      Who billed that?
11       A      Agemni.
12       Q      Agemni.
13       A      Yeah.  They based it off how many work
14    orders you do.
15       Q      Is Agemni linked -- like, is Agemni a
16    DirecTV product --
17       A      No.
18       Q      -- or service?
19       A      No.  It's a service that's provided to a
20    lot of people in this industry.  Whether you sell
21    Dish Direct, Frontier.  It give us -- we could keep
22    track of every one of our customers.
23              I just -- if I had a Dish retailer, I
24    could have put Dish in there and it would have cycled

Donald Cox - December 03, 2019

62

1    me into the Dish application, or if you put Frontier.

2    You select the dropdown and it tells you which one

3    you're selling, and then it would kick you into that

4    application.  So Agemni has access to a lot of

5    different providers.

6         Q    So the credit's approved, the customer

7    wants to buy.  Do you walk through certain

8    disclosures that DirecTV requires you to give?

9         A    Yeah.

10        Q    What sorts of disclosures?

11        A    I'm letting them know that they are a

12   two-year contract.  Letting them know their first

13   year price.  Letting them know that, you know, they

14   have an early termination.

15             If they ever -- letting them know to

16   remind them to cancel their movie channels.  Letting

17   them know to -- the NFL tickets are free for one

18   year.  Make sure you discontinue it if you decide to

19   keep it.  This is the -- I mean, there's a whole

20   thing of disclosures.

21        Q    Is that on DirecTV's computer system?

22        A    Yeah.

23        Q    And are you required to record any of

24   that disclosure conversation?

Donald Cox - December 03, 2019

63

1          A     Well, you're not required to call.  So,
2     therefore, you're not required to record it.
3                I mean, like, if they -- they didn't
4     know.  They never asked, they didn't know.  Don't
5     ask/don't tell policy.
6                So, of course, we weren't obligated to
7     record it because we weren't supposed to be doing it
8     in the first place.
9          Q     What do you mean you weren't -- you
10    weren't supposed to be doing what in the first place?
11         A     We weren't supposed to be calling
12    customers.  That's why I got terminated.  Violation
13    of the company contract.
14         Q     I see.  So you would provide the
15    disclosures on the phone to the customer, and then
16    what would happen next?
17         A     We would ask them what day would be best
18    for them to be installed.  We had three or four
19    installers that worked for me at the time.
20               I did most of the routing and scheduling
21    of the technicians, and we would see where they were
22    at and where they were located, what technician was
23    there and what window fit best, and then we would
24    assign the day, time, and put it on the scheduler.

Donald Cox - December 03, 2019

64

1          Agemni had that too.  They could click
2  scheduler.  Like, if you were selling for me and he
3  was selling for me and he was selling for me and you
4  all had a customer, you could click on the scheduler
5  and say, okay, I got this customer in Huntington and
6  the installer's showing that he's in, you know,
7  Milton, so that would be great.  Or this guy is over
8  here in Olive Hill, Kentucky, so this Grayson would
9  go with that.
10          You'd just kind of map it out on where
11  your installer was, and you would agree on a time and
12  a day with the customer that was best for them.  You
13  would always try to manage -- I mean, when you had 20
14  sales reps, it was important for the sales rep to get
15  three or four sales a week.  Therefore, to make 300,
16  400 hundred dollars in commission around this area
17  was pretty decent money.
18          So you would always try to find the
19  install before Thursday, before the end of the pay
20  period.  You know, people knew their commission
21  dates.  They knew, like, hey, Friday's the very first
22  day of the pay period.  Like, today is Tuesday.  So
23  we would know tonight, today, tomorrow and Thursday
24  whatever we got would be it for the pay period.

Donald Cox - December 03, 2019

65

1          So a rep would come into work saying,

2     man, I ain't got nothing yet this week.  They'd know

3     they'd have to really work hard today and tomorrow to

4     get something on the board by Thursday.  So anything

5     you got installed Thursday would go on your

6     commission.

7          So usually we were slower installing on

8     Sunday, Monday.  Really good on Friday.  Decent on

9     Saturday.  But Wednesday, Thursday was -- the

10    schedule was always packed because sales reps were

11    trying to get their sales in there to be able to earn

12    a commission check.

13    Q     How would the pay come to you eventually

14    and when?

15    A     DirecTV would pay us direct deposit into

16    our company account, and then we would disburse it in

17    payroll based off the amount of completions that we

18    had.

19    Q     When the customer would pay the initial

20    fee, would it come to you or would it go to DirecTV?

21    A     There was never an initial fee if

22    they're approved.  It's free setup, free equipment.

23    I mean, as long as you're a one star, three star, or

24    five star, you didn't have no money down.  So there

Donald Cox - December 03, 2019

66

1   was never any setup fee.  We never received any money

2   from the customer.  Everything was free installation

3   with us.

4           So if a customer ever wanted to do

5   something extra, they would just pay my installer to

6   kind of do it for them because my installer was also

7   1099, and he was contracted to work and should have

8   had his own insurance and should have had, you know,

9   certifications.

10       Q      So the people that you would sell the

11   DirecTV to never actually paid you.  They paid

12   DirecTV and DirecTV paid you; is that correct?

13       A      Yeah.

14       Q      So who was your primary contact at

15   DirecTV?  Was it Shapiro?

16       A      Yes.

17       Q      His first name is Steve?

18       A      Yes.

19       Q      And what was his position, do you

20   remember?

21       A      I guess he would be the regional

22   manager, territorial manager, our district manager.

23   I guess that would be his role.

24       Q      How often would you all talk or --

Donald Cox - December 03, 2019

67

1   let's say --

2          A     E-mail, telephone --

3          Q     Back up and say we're sort of violating

4   the talking over each other rule.  We're doing good.

5                How often would you actually talk to him

6   on the phone?

7          A     Depending.  Me and Steve were pretty

8   close as far as him knowing me.  Steve was the

9   manager over every retailer that I worked for prior

10  to me starting my own.

11               When I got licensed, that's why I opened

12  it in Kentucky because that was Steve's area.  So

13  Steve knew what my capabilities were.  He knew that I

14  was the best.  He wanted me to be in his region.

15               So me and Steve were pretty close.  He

16  asked -- I protected Steve from never telling him

17  anything about it.

18         Q     About what?

19         A     About me calling.  Like, I never told

20  Steve.  I never disclosed it to him.

21               I mean, I knew it was his job to make

22  sure I wasn't doing it, but I didn't never tell him I

23  was, and I never disclosed it and he never asked and

24  I never said anything.

Donald Cox - December 03, 2019

68

1            Steve never -- now, Steve was the
2    manager over all these companies that I worked for
3    throughout the years.  And every company from Steel
4    Security on up did the same process.  They all had --
5    whether it was -- Five9 was a dialer that they used.
6    Five9's who North Kentucky Satellites is using right
7    now.  It's a dialer just like XenCALL.
8            All these companies that I worked for
9    did that process all the way up through.  Steve
10   distanced himself from North Kentucky Satellites
11   because of them telemarketing.  So I knew that if
12   Steve found out that he would want me in his
13   territory anymore.  So I kept it from him.  But it
14   happened at every one of the offices.
15         Q      Before you opened AC1, you --
16         A      Steel Security -- sorry.  Steel
17   Security, North Kentucky Satellites, and AC1
18   Communications all are set up identically from head
19   to toe.  Agemni, dialer, leads, calling.  They're all
20   mirror companies.  Every one of them.
21         Q      They're all selling DirecTV?
22         A      Yes.  Now Steel Security don't do it
23   anymore.  Steel Security, Jeff has zero -- he's on
24   his own.  He don't have nothing to do with

Donald Cox - December 03, 2019

69

```
1   telemarketing or anything to do with that anymore.

2   North Kentucky Satellites and Mike Scott, they

3   continue to dial to this day.

4        Q    Did you ever have conversations with Mr.

5   Shapiro about how you were generating the sales or

6   just --

7        A    I told him we had a lot of door

8   knockers.  I told Steve that there was a lot of door

9   knocking and a lot of sales going on outside the

10  area.  And I kept my people within the tri-state area

11  so it looked convincing enough.

12             We weren't, like, 17 states away.  Him

13  saying, how are you getting sales in Texas or

14  Arkansas or Louisiana or Missouri and not have a

15  reliable excuse, you know.

16             So, I mean, I usually worked the

17  tri-state area:  Ohio, Kentucky, West Virginia.  West

18  Virginia being the better area for me.

19       Q    Did Mr. Shapiro ever visit you on-site

20  here?

21       A    Yeah.  Yes.

22       Q    Where would he come when he would visit

23  you?

24       A    He would come to different locations.
```

Donald Cox - December 03, 2019

70

1    We would meet for lunch, or he would come by the

2    office or my office.

3         Q     Did you have telephone sales agents

4    working at the office?

5         A     Yeah.  Not the day that Steve came.  I

6    mean, they were all planned visits with e-mails and

7    stuff.  I mean, it was, like, if Steve was coming, no

8    one showed up at work that day.

9         Q     Would anybody else from DirecTV come to

10   visit you?

11        A     No.

12        Q     Just Mr. Shapiro?

13        A     Yeah.  I might meet someone at a

14   conference here and there if I traveled to different

15   conferences and stuff, but they never visited me at

16   my location or my shop.

17             My shop was separated, you know.  Like,

18   there was a top level of the office and then there

19   was a basement.  If you came to the top level, you

20   would never know anybody was in the basement.  I

21   mean, if you walked in my store, you would never know

22   that there was 15 people down there working.

23             I mean, there was a back door and an

24   exit and an entrance to the basement, and they used

Donald Cox - December 03, 2019

71

```
 1    that.  Upstairs was all showroom and managers and

 2    offices and where you did interviews and where

 3    walk-in customers came and where we had training

 4    classes and stuff like that.  If you walked into the

 5    building, you would never know that there was ten

 6    computers downstairs with people calling from.

 7          Q     Do you know any other -- any other

 8    retailers that were generating 250 activations a

 9    month that were doing that based on just door-to-door

10    campaigns?

11                MR. STEINMETZ:   Objection; calls for

12    speculation.

13          Q     I'm not asking you to speculate.

14          A     Oh there's --

15          Q     My question was:  Do you know?

16          A     Yeah.  That did door to door?  Yeah,

17    absolutely.  Absolutely.  There's absolutely

18    companies from -- I mean, a bigger part of them are

19    the Latino market and the Spanish market, they do a

20    lot of door to door.  Arizona and people that have

21    better weather, they have better door-to-door crews.

22    I mean, this area is not freakin' like a big city,

23    you know, a nice area to where you can hit a good

24    neighborhood.
```

Donald Cox - December 03, 2019

72

1          I mean, you can go to different places,
2   Louisville, Lexington, and be very successful at door
3   knocking.  You do it in Portsmouth.  You got
4   Portsmouth or big cities.  I mean, you can do door to
5   door.  Depends on where you are.
6          I probably could of -- if I would have
7   had my company based off that, I think I could have
8   managed it to do that.  I just never did because it
9   was so easy doing what I was doing, and we were so
10  good at it that why would I ever spend money on
11  hotels and sending people here and there if I can sit
12  here and do the same amount of sales.
13      Q      Did you talk with Mr. Shapiro about how
14  many sales representatives you had working for you?
15      A      Not -- I mean, he didn't know all of
16  them.  He didn't personally know all of them.  He
17  knew a handful.  He knew top sales rep.
18          He would visit, and I would show him
19  faces of people that he needed to see and I would
20  have, you know.  And we would work events and we
21  would door knock.  So if he ever wanted to see it, we
22  was okay.
23          Like, if he said, hey, Adam, I need your
24  crew to be at a home and garden show in Lexington, we

Donald Cox - December 03, 2019

73

1    would be there and we would set up and we would be

2    successful.  So he never really thought, like, you

3    know, this isn't happening or, you know.

4        Q    Who would he meet with?  You mentioned

5    top sales reps.  Like, who were some of those people?

6        A    Just some of the people like you just

7    mentioned there.  Cameron and Jesse and Jason and

8    Josh and Dave Nolan and Shawn.  I mean, all these

9    people.

10              I could name 50 people that are either

11   in DirecTV sales currently still or out of DirecTV

12   sales that was really good that's worked for me in

13   the last three years in this area.  And if they

14   didn't work for me, they worked for North Kentucky

15   Satellites.

16              I mean, we're competitors in the same

17   area.  We did the same business.  So if they left me,

18   they went to him.  If they got tired of him and got

19   upset with him or something didn't go right or a

20   manager pissed them off or something, then they would

21   come back to me.

22       Q    "Him" is North Kentucky Satellites?

23       A    Mike Scott.  Yeah, Mike Scott.  I mean,

24   him and me were partners.  We had a falling out, and

Donald Cox - December 03, 2019

74

1    I started my own.  I worked for North Kentucky

2    Satellites from day one of them being DirecTV until

3    2017.  Me and him parted ways on January of 2017.

4            Q      His name is Mike Scott?

5            A      Yeah, Michael Scott.

6            Q      I'll remember that from the office.

7            A      He's the number one provider for DirecTV

8    in the area.

9            Q      And he uses telemarketing?

10           A      Oh, for sure.  One hundred percent.  Two

11   locations.

12                  But I just told you, he's a direct

13   mirror of me.  So he's doing -- he's going to say the

14   same thing that they didn't know, that he's not

15   calling on behalf of, that he's calling on behalf of

16   Spectrum or whoever else, but he's doing 250

17   DirecTV's.  So, I mean, it's not rocket science.

18           Q      How likely is it that somebody could --

19   in this area could generate 250 activations, like,

20   somebody like yourself without using telemarketing?

21           A      It's impossible.  I've been doing it for

22   five years.  Anybody and everybody that sold for

23   North Kentucky Satellites, and you look it up, or

24   worked for AC1 or, you know, Streamline

Donald Cox - December 03, 2019

75

1    Communications out of Louisville, Martin, there's

2    thousands of customers in this area from us.  I mean,

3    millions -- I mean, hundreds of thousands.  I would

4    say with Mike's customers and my customers we were

5    well over 10,000 last year, easy.

6        Q    Most of them telemarketing-generated

7    clients?

8        A    Oh, yeah, yeah.  And like I said, smart

9    enough and crafty enough to hide it from them.  To

10   try -- to think that we are.  That once you get into

11   the cycle of making $25,000 a week, you're going to

12   get in the cycle of thinking, hey man, we're getting

13   by with this.  We're getting by with it, and they're

14   not saying nothing.  Let's just keep going.  Let's

15   just keep going.

16             I wish I'd did it different.  I wish I'd

17   never lost my license.  I wish I'd learned from this

18   mistake.

19             I've told North Kentucky Satellites,

20   man, you got to stop.  You have to stop.  And they're

21   like, no way.  It's greed, and it's money, and it

22   bites you in the butt, man.

23             I mean, for this area, you're making

24   200,000, 300,000 dollars a year.  It was freakin'

Donald Cox - December 03, 2019

76

1    awesome, man.  I went from being down on my luck to

2    being very profitable and driving a new truck that's

3    pretty rough to pay for at the time.  I still got

4    five years, and I don't know how in the world I'm

5    going to pull that five years off.  But back then, I

6    had the money to do it.

7              I mean, it wasn't nothing for me to say,

8    here, dad, is $5,000 or, mom, you need help with

9    Christmas, you know.  It wasn't nothing for me to

10   have that kind of money.

11             Same goes with -- me and Mike both have

12   bought new houses, new cars, vehicles.  We were best

13   friends.  We were, like, best friends.  Like,

14   Robin -- I was Batman probably, he was Robin.

15        Q    Why the falling out?

16        A    That's personal.  That wasn't business

17   related.  That was something personal that happened

18   between me and him.

19        Q    I don't need to ask anything more about

20   that.

21        A    It was -- we'd been best friends since

22   college.  We'd been college roommates.

23             I mean, if you know me, you know Mike.

24   If you know Mike, you know me.  If you're Steve

Donald Cox - December 03, 2019

77

1   Shapiro, you know us both.  You raised us both in

2   DirecTV.  He marketed us both.

3          I mean, he knew that, hey, I've got

4   these two guys that are great salesmen for Steel

5   Security.  Mike and me both worked for all the same

6   companies, Steel Security, Streamline, and then Mike

7   opened his own and then I opened my own.  It was the

8   same process all the way through.

9      Q    Did Steve ever tell you he didn't want

10  to know how you were generating the sales?

11     A    Oh, he'd -- yeah, he made it very clear

12  that he didn't want to know anything if -- anything

13  that we would do illegally or against the contract.

14  Not illegally.  I mean, because most of these -- I

15  mean, North Kentucky Satellites had been doing it for

16  four years.  They're not in no suits.

17         So we'd try not to piss people off or

18  violate anybody's rights, and we definitely don't try

19  to be polite -- or, you know, not polite or courtesy

20  on every call, and you'd take people off the list if

21  they don't want contacted, and you'd try not to load

22  people that are on the do not call list, and you try

23  to abide by all the rules, but you're a small

24  retailer that you think, oh, this will never happen.

Donald Cox - December 03, 2019

78

1  This could never happen to me, and it can.

2           I've got calls from Mike Scott's

3  telemarketers on my records.  Why can't I sue?  Why

4  can't I sue you guys for this?

5       Q    Would you go off on some conferences,

6  like, DirecTV kind of --

7       A    Yeah, we'd go to -- well, I went to

8  Vegas twice, and then I went to somewhere, Dallas.  I

9  mean, I've been multiple places over the five-year

10 span different of different, you know, different year

11 end -- what do they call them, do you know?

12      Q    Revolution, maybe?

13      A    Yeah.

14      Q    You'd go to those?

15      A    Yeah.

16      Q    And would they --

17      A    Go ahead.  Sorry.

18      Q    What sorts of -- would they ever put

19 you, like, on a panel or something to talk about your

20 sales strategies?

21      A    Me?

22      Q    Yes.

23      A    No.

24      Q    Would they put -- were other dealers who

Donald Cox - December 03, 2019

79

1    were successful kind of be on those panels?

2         A    No.  Mostly it was all corporate people.

3    I think sometimes where they made a mistake is they

4    should have reached out to some of those bigger

5    retailers on communicating and talking and figuring

6    out why and how they were doing things, but it was

7    never really a question.  I mean, you just had to say

8    that you were door knocking.  That's all you had to

9    say.

10        Q    There were other retailers that you

11   would meet at these conferences who would be

12   telemarketing and they would just say, you got to

13   tell people at DirecTV you're door knocking, is

14   that -- am I right about that?

15        A    Oh, yeah, yeah.  You would cover your

16   stories and make sure no one ever said anything about

17   calling.  I would never take anybody stupid enough to

18   say anything dumb around anybody important anyways.

19   But everybody knew that they had to lie about it,

20   unfortunately.

21        Q    How many do you know about would

22   telemarket for DirecTV but not tell DirecTV they were

23   doing it?

24        A    How many total do I know about?

Donald Cox - December 03, 2019

80

1       Q     Yes.

2       A     At one time or another, or still do it

3   currently?

4       Q     Maybe at one time or another, let's go

5   with that.

6             MR. STEINMETZ:   I'm going to make a

7   foundation objection.

8       Q     You can answer.

9       A     I would say probably, that I know of,

10  three or four, maybe five.

11      Q     That were using telemarketing, but were

12  basically telling DirecTV that they were door

13  knocking?

14      A     Yeah.

15      Q     You don't need to give me the names of

16  them, but were they pretty successful retailers such

17  as yourself?

18      A     When they did it, they were.  Then you

19  see when they stopped doing it.  When they would stop

20  doing it, the only reason they would stop doing it is

21  when they would lose people that worked -- there's a

22  lot of stealing of people, man, in between the

23  retailers in this area.  There was a lot of, this

24  manager worked for me at this point, this manager

Donald Cox - December 03, 2019

81

1    left me to go work for Mike.

2              I mean, Shawn Lamb's worked for Mike,

3    me, Mike currently.  So he went from -- Shawn hired

4    me at Steel Security and trained me and Mike.  Mike

5    opened up his own store.  I went to work for Mike.

6    Shawn ended up coming to work for us.  So the guy

7    that hired us in Ashland that showed us how to do it

8    ended up coming to work for us to do it for us.

9              So then I left Mike and opened my own,

10   and Shawn ended up coming to work for me and Dave

11   took over the responsibilities that Shawn did at

12   North Kentucky.  Now, Shawn left and went to work for

13   a different company that was doing cell towers or

14   something, a whole different job.  David left Mike

15   and came to me.  Then Shawn came back from the cell

16   tower job and went back to Mike's.

17             I mean, it was just like, hey, we're in

18   seventh grade.  I'm going to date this girl for a

19   week, and then you date her, and then she'll come

20   back to me type scenario.

21        Q    Anybody other than Steve Shapiro at

22   DirecTV tell you they didn't want to know how you

23   were generating sales?

24        A    Steve didn't say he didn't want to know.

Donald Cox - December 03, 2019

82

1   Steve just said -- you know, he never dug.  I mean,

2   he never dug into it.  He just would say, you got

3   your door knockers out.  I mean, it was all about the

4   bottom line.  It wasn't about -- I mean, there wasn't

5   really questions about how.  I think everybody knew.

6   I think everybody just didn't say.  Because, I mean.

7          Q     In your opinion, did they know?

8                MR. STEINMETZ:    Calls for speculation.

9          Q     You can answer.

10         A     In my opinion did DirecTV know?

11         Q     Yes, that you were using telemarketing.

12         A     No.  Did Steve know?  Speculating, yes.

13         Q     Anybody else at DirecTV that you believe

14   knew?

15         A     No.  Never got that far.  Never ever got

16   that far.  I mean, I never had to worry about it.

17   Even after the lawsuit came out and they kept us on

18   board for a while, we still continued to do business.

19   We just didn't call anybody that was on the do not

20   call list.

21                I mean, even after -- I mean, I couldn't

22   stop.  I couldn't stop.  There's no way you can stop.

23   Once you're in, you're in.  I mean, once we -- I

24   mean, there was 20 people working for me.  We were

Donald Cox - December 03, 2019

83

1    accustomed to all making a living this way.

2              Once we got the service and knew that

3    there was a lawsuit pending and we said -- we acted

4    like we didn't do it, but I told Brian the truth.

5    And once I had to turn over evidence, once I had to

6    turn it over, that's when they terminated me.

7         Q    So December 2017 is when the lawsuit was

8    filed, and you were terminated January 2019.  Does

9    that sound --

10        A    No, no.  2019, yeah.  The lawsuit was

11   served when?

12        Q    December 2017.  I've got a document or

13   something I can show you.

14        A    Oh, yeah, right before the new year.

15   Yeah, I would say we did business that whole year.

16        Q    So did anyone after the lawsuit was

17   filed from DirecTV tell you stop making the calls?

18        A    No, we never admitted it to them.  We

19   were like, no, this is -- they all played it off

20   like, oh, don't worry about that, you know.  If you

21   didn't do it, you don't have nothing to worry about

22   was their look at it, you know.  Just if you didn't

23   do it, don't worry about it.

24              So I had to say, okay, I'm not worried

Donald Cox - December 03, 2019

84

1    about it.  Deep down I was worried about it because I

2    knew that I had did it.

3              But, I mean, looking back now, I don't

4    know if it would have really made a difference

5    whether I did or didn't.  I mean, I continued to work

6    for a year.  I was retailer of the year that year.  I

7    mean, after I got served, I was retailer of the year

8    of 2018.  So obviously I didn't stop.

9        Q    Steve didn't, Shapiro, didn't say to

10   you, you know, like, is it true?

11       A    Steve would make a comment like, you

12   better hope you're not doing this.  Or, you know,

13   just cover your tracks type thing.  But he would

14   never, you know, like -- and Steve asked me, like,

15   when I got terminated, he's like, why wouldn't you

16   tell me?  Like, why would you -- and I told Steve, I

17   did it to protect him.  I respect you.  I mean,

18   you've been my manager for five years.  I'm not going

19   to jeopardize your job over -- I mean, I did wrong,

20   not Steve.  But, I mean, do you understand that?  Is

21   that understandable?

22             Like I told Steve, like, I kept it from

23   you on purpose because I did not want you to be in

24   trouble or me to get in trouble.  I mean, if I would

Donald Cox - December 03, 2019

85

1   have told Steve, he would have been forced to do what

2   he did with North Kentucky Satellites.  You can look

3   at the records.

4              When Steve Shapiro took North Kentucky

5   Satellites out of -- they're called North Kentucky

6   Satellites.  That's Steve Shapiro's region.  Now

7   they're in Ohio, which their manager's up in

8   Cleveland and never comes to visit.  Why did Steve

9   get him out of his?  Because he knew they were

10  telemarketing.  He knew Mike was telemarketing, and

11  Mike wouldn't stop.  So he wanted to wash his hands.

12             He even made Mike sign a thing that

13  said -- I remember to this day that he made Mike sign

14  a paper that said that I am not responsible for any

15  telemarketing.  And if you're telemarketing, that is

16  on you.  He made Mike sign a personal paper, Steve, I

17  remember it.  And then Mike went to work under a

18  different manager that continued to turn a blind eye.

19             Now, Steve -- Mike put Steve in a

20  position that he couldn't turn.  I didn't want to put

21  Mike in that -- or Steve in that position so I never

22  told him.  Mike told him.  Mike was honest with him

23  about it, and Steve got rid of him out of his region.

24  It's not like Steve wouldn't have done the same to

Donald Cox - December 03, 2019

86

1    me.  I know he would have.  He just was in a tough

2    position, man.

3              I mean, when you're in sales, you got to

4    produce numbers.  He had to produce numbers, I had to

5    produce numbers.  Once you start producing those

6    numbers, people -- once you start producing those

7    numbers, it gets daunting.

8         Q    What gets daunting?

9         A    Just the every -- it's every week.  It's

10   like chasing your tail.  Have you ever seen a kitten

11   chase his tail?  That's what this is.

12        Q    You've just got to hit your numbers.

13        A    You got to do.  It doesn't matter what I

14   did the week before is over with.  It's what I'm

15   doing today.  I mean, I'm not getting paid for what I

16   did yesterday.  I'm getting paid for what's going in

17   the ground today, what's getting installed today, how

18   many installs we getting.

19        Q    It doesn't matter how you get the sales

20   either, does it?  I mean, you just got to get the

21   sales?

22        A    You want good sales.  You got to put

23   people in place.  That's why our model was good

24   because we tried to keep customers from calling

Donald Cox - December 03, 2019

87

1    DirecTV for anything.

2              Like, we don't want you calling DirecTV

3    for nothing.  We want to do your service calls, we

4    wanted to handle your questions, we want to help you

5    with your billing, we want to answer you on what

6    package you have and what channels.  If your

7    satellite signal goes out, we want to try to help you

8    troubleshoot it, to the point where they never

9    contacted DirecTV, to the point where they never even

10   had to talk to DirecTV because we didn't want them to

11   say, well, someone called me.

12             I would almost guarantee you,

13   speculation, that someone over the thousands and

14   thousands of customers that me and Mike have has

15   called in and said, well, they called me.  They

16   called me over the phone and they did this and they

17   did that.  I mean, there has to been.  There's way

18   too many people not to have somebody in their records

19   that's called in and complained on us for doing it.

20        Q    Well, Diana Mey did.  She filed that

21   lawsuit, but they still didn't terminate your

22   agreement.  Do you --

23        A    Oh, they did.  As soon as I admitted to

24   it, they did.  I mean, as soon as I admitted guilt, I

Donald Cox - December 03, 2019

88

1   was terminated that day.

2              If I would have -- that's why I said if

3   I would have not hired a lawyer and said I didn't do

4   it and not gave you guys anything and made you dig

5   for proof and subpoena and all that, that's what I

6   don't understand.  Like, there's 15 other retailers

7   in this suit.  None of them hired -- like, two people

8   have attorneys, right?  Am I wrong?

9        Q    I'm not sure.

10       A    Two people have attorneys.  What's going

11  on with the other 13?  Are they still practicing?

12  Are they still selling?  Have they been shut down?

13  Have they ever had to turn state evidence over and

14  say what they were doing?  I don't think so.

15             So if I wouldn't have hired a lawyer, I

16  probably would still be okay.  I mean, I don't think

17  they would have ever terminated me.

18       Q    You'd still be selling DirecTV, you'd

19  still be telemarketing?

20             MR. STEINMETZ:  Objection; call for

21  speculation.

22       A    No, I believe deep down that if I

23  wouldn't have hired Brian Price, that I still would

24  be able to say I didn't do it until you guys proved

Donald Cox - December 03, 2019

89

1    it.

2         Q    I want to shift a little bit to some

3    documents, and we'll take a look at those.  If you

4    need a break, holler, but I think we're doing pretty

5    well.

6         A    Yeah.

7         Q    And you had asked if you were talking

8    too much.  I think she's doing good.

9         A    Just kick me if I need to slow down.

10        Q    I want to turn to your notebook here,

11   Tab 1.  This is an exhibit that -- e-mail that we

12   received from your computer when you turned that over

13   to us.

14        A    You are allowed to telemarket for

15   business with DirecTV.

16        Q    So telemarketing to businesses is

17   permissible under the contract that you had?

18        A    Yes.

19        Q    Were you only making sales to

20   residential customers with AC1?

21        A    Yes.  But that was another way to hide

22   it early on is to say that if they would -- if Mike

23   would ever have Steve in, he would say, oh, we're

24   calling businesses, which was legal.  And then they

Donald Cox - December 03, 2019

90

1  used the security system Vivint and stuff as a

2  scapegoat.

3          I mean, there's other ways to say, like,

4  you're going to have to, you know, prove it, I'd say.

5  I mean, they're going to say they were calling --

6  they're not calling on DirecTV.

7      Q    Let's look at Exhibit 1 just so that we

8  have a good record here.  Exhibit 1 is an e-mail from

9  Steve Shapiro to Shawn Lamb and you from 2015.  It's

10  got two attachments and they're scripts.  One is

11  called a Call Flow and Script for Phone Sales and the

12  other is called Commercial Outbound Call Scripts.

13      A    Yeah.

14      Q    Take a look at the Call Flow and Script

15  for Phone Sales.  Does that look to you like it's

16  just a commercial only, or is that -- notice on the

17  first page of this that Mr. Shapiro's e-mail says one

18  is strictly for commercial.  When you look at this

19  document --

20      A    Hold on a second before we look at this

21  document.  Did you see the date that was sent?

22      Q    Yes, sir, December 2015.

23      A    So do you know --

24      Q    Yes.

Donald Cox - December 03, 2019

91

1      A      -- that this is not AC1?

2      Q      Yes, sir, I do.

3      A      Okay.  So this e-mail is five years old.

4  This is going to North Kentucky Satellites.

5      Q      Okay.  That's where you were working at

6  that time --

7      A      Yes.

8      Q      -- right?

9      A      So this e-mail is not pertaining to AC1

10  whatsoever.

11      Q      Got it.  I understand.

12             Would you ever through AC1 receive any

13  kind of a phone script or anything of that nature?

14      A      Through AC1 or through --

15      Q      Through AC1.

16      A      Would I give my reps a sales script?

17      Q      Would you receive from DirecTV a sales

18  script?

19      A      No.  No, and we never had a script.  I

20  didn't believe in it.  We figured out how you open

21  the call.  You try to get through the gatekeeper.  If

22  I say, can I speak to Mr. Shapiro, the first thing

23  they say is, may I ask who's calling?  But if I would

24  have said, hello, Steve, he'd be like yeah, because

Donald Cox - December 03, 2019

92

1    he'd thought I knew him.

2              So we just taught the opening, and then

3    after that was the three questions:  Who you have,

4    how much you pay, and I can save you some money.  Let

5    me see what I can do for you, and it was over with.

6    It's a very simple -- I mean, it's the easiest thing

7    I've ever sold.

8         Q    Shifting gears again.  When you would

9    call people through AC1, would some of the people

10   that you would speak with, would they ever complain

11   to you about receiving the calls and say they didn't

12   want to receive the calls?

13        A    Very rarely because we tried to not call

14   people that didn't want to be called.  And if we

15   did -- I'd say you'd get two or three a day if you

16   were a sales rep that might be disgruntled and say,

17   take me off the list or how did you get my number.

18              Most people were -- with AC1, we were

19   able to use our caller I.D. on that.  I mean, I could

20   put in whatever number I wanted to show up on the

21   caller I.D.  I could pick a local number.

22              So if I was calling Charleston, we were

23   going to call with a 304 number just to get the

24   answer percentage up.  It would say AC1 and it would

Donald Cox - December 03, 2019

93

1  say 304, but it would be -- it would be a number that

2  we picked off the website -- or dialer.

3       Q     When you would get those two or three

4  customers a day that would, I guess, complain or tell

5  you not to call, what would you do with that

6  information?

7       A     You disposition them as a "do not call"

8  and you removed them from the list, and they were

9  never able to be loaded or called again.

10            A lot of people used the do not call

11 list for their leads that they didn't want people to

12 get access to.  So we used the do not call list a

13 lot.  I mean, we tried not to violate anybody.

14            I mean, you can tell by the way that my

15 quick response -- my quick response to Diana and my

16 e-mail back to her and my talking to her the next day

17 and me personally talking to her, I thought I was

18 doing what the small businessman should do.  Reaching

19 out to her and saying:  I'm very sorry, ma'am.  I

20 apologize.  This guy was new, and he was.  And he had

21 no idea what he was saying to Diana.  He had no clue

22 of what she was asking him.  I mean, she got him.

23 She milked him for what she needed, and she hook,

24 line, and sinkered him.

Donald Cox - December 03, 2019

94

1          I mean, if she would have got someone

2     from North Kentucky or someone like me or somebody

3     that knew what to say, they'd probably been like, I'm

4     sorry, ma'am, I got the wrong number, and they'd just

5     disconnected the call, and she would have never got

6     the name of AC1.

7          By me doing the right thing and calling

8     her back and telling her that I apologize and that I

9     admit to my guy calling that number and all that just

10    was the worst thing to do.  I could have just played

11    dumb and should have, I guess.  I guess I shouldn't

12    have did it in the first place.  I don't know.

13         Q     When you had the, you know, 15 sales

14    reps, how many calls do you think you were sending

15    out through the dialer a day?

16         A     I would say we would go through -- well,

17    here's the thing.  The calls were only kicked to you

18    when someone answered.

19         So there might be the legal limit, you

20    know, the threshold, you know, that you're only

21    allowed to have a certain amount of dialing going on

22    to where you can't have, like, nine lines dialing and

23    six people saying hello, hello, hello, and only one

24    call being kicked and the other people being

Donald Cox - December 03, 2019

95

1    disconnected because there's no one there.  You get

2    those calls where you answer a telemarketing call and

3    there's no one there, that means they're over their

4    threshold.  That means they're dialing too many calls

5    per agent.  They're way over.

6                 If you know anything about the FTC and

7    the do not call and how many -- what the percentage

8    is of threshold, then you got to adjust your dialer

9    to where it's kicking a beep to the person.

10        Q     What would be --

11        A     You got to stay under 3 percent.

12        Q     The number of calls that would go out

13   that you could handle --

14        A     Thousands.

15        Q     Thousands a day?

16        A     Thousands a day.

17        Q     Who would actually load the dialer?

18        A     Shawn Lamb.  Still does it.

19        Q     And he would basically program in there

20   how many calls should go out?

21        A     He would -- no.  Calls were based off

22   how many people were there and how long the call

23   took.  I mean, if the answer percentage was bad, then

24   we'd go through and dial and it would just ring and

Donald Cox - December 03, 2019

96

1    never kick it to people.  You know what I mean?

2              But if the answer percentage was good

3    and the area was good, then we would slow down

4    because that call took 12 minutes.  But if we're in a

5    bad area where people are, like, rude and hanging up

6    on us early, then you're going to go through more

7    calls.

8              And if you get some guys that are over

9    there, the manager would know that, man, that guy

10   ain't rebuttling (sic).  He's taken 45 more calls

11   than that guy this hour.  What's he doing over there?

12   Is he blowing through leads and cherry picking?  I

13   mean, that's how the game is played.  I mean, you buy

14   leads, you expect that guy to work the lead.

15             You ever watch Boiler Room, or you ever

16   watched any --

17        Q    Sure.

18        A    Pretty much how it was.  The managers

19   got paid off everyone's sales.  Sometimes the sales

20   floor would look like Wall Street.  There would be

21   five or six sales going on at a time.

22        Q    Let's look at Exhibit 2 here in your

23   notebook.  Now, Exhibit 2 is more e-mails that we got

24   from your computer, and some of them -- it's really

Donald Cox - December 03, 2019

97

1   just a series of e-mails.

2            It's not a great exhibit for our record

3   because it's just a series of e-mails.  But the last

4   e-mail I'm going to ask you about, and as you'll be

5   quick to point out, it's the last page of Exhibit 2,

6   as you will point out, this is an old e-mail from

7   2015.

8        A    That's not AC1 whatsoever.

9        Q    Right.  So I just want to ask you a

10  question about that.  Again, understanding it's not

11  AC1.  But at that time who were you working for?  Was

12  that Eastern Kentucky?

13       A    No.

14       Q    Who was it?

15       A    North Kentucky.

16       Q    North Kentucky.  I'm getting it.

17       A    North Kentucky, yeah.

18       Q    And just -- I'm just --

19       A    Go ahead.  I'm sorry.

20       Q    I'm just interested in it because it

21  talks about for a dealer that activates at least ten

22  in December?  Do you see that?  I'm reading from the

23  e-mail?

24       A    Uh-huh.

Donald Cox - December 03, 2019

98

1        Q      "...activates at least ten in December

2   with a minimum of 10 percent month over month growth

3   and sells at least three bundles, I have tickets to

4   either a UK game in Lexington or a Pacers game in

5   Indianapolis."  So my only question is --

6        A      Did I go to any ballgame?

7        Q      There's reference to activating ten

8   DirecTV subscriptions.  That seems like a small

9   number.

10       A      No, it's -- this was over Christmas

11  time.  So this would have been an easy blowout

12  contest for us.  This is going out to -- you can see

13  that this is going out to different people in his

14  area.  So this would go out -- we would win this.  I

15  mean, we would have won this for sure.

16       Q      Right.

17       A      But yeah, that's nothing -- I mean,

18  that's just something that Steve threw out there that

19  he probably got from someone out of Kentucky.  He

20  lives in Lexington.  I'm sure he did things like this

21  all the time to just try to get us tickets to a

22  Bengals game or Pacers game or Kentucky just as a

23  motivator for us to continue to do good.

24                   This was probably just -- this was on

Donald Cox - December 03, 2019

99

1    December 9th.  So they probably wanted us to get ten

2    more activations apiece before Christmas because they

3    probably figured that with Christmas and the New Year

4    that everybody was going to be down.  But we would

5    have -- heck, we would have been fine in December.  I

6    mean, we would have probably still did 150, 125,

7    something like that.

8            Q      And that's really all I wanted to ask

9    you associated with this is what would have been the

10   monthly number of DirecTV activations that North

11   Kentucky was doing at that time, would you say?

12           A      You have it right here.

13           Q      Those are different dated e-mails.

14           A      Okay.  I mean, from the time I started

15   working for North Kentucky and he started sending

16   those e-mails in 2015, I mean, there's some months we

17   did over 200, there's some months we did 148, there's

18   some months we did 184.  I mean, we were going to be

19   the best -- we strived to be the best.  Like, we took

20   pride in trying to be the best retailer in the

21   country on sales.

22           Q      When you were at North Kentucky, was the

23   150 activations a month also the average?

24           A      Yeah.  Still is.  I would say they're

Donald Cox - December 03, 2019

100

1    still doing it.  But now they're doing it multiple

2    states away.  He has installers in Arkansas,

3    Missouri, Tennessee.  I mean, he has them all over

4    the place.

5            Q    Let's look at Exhibit 4.  Exhibit 4 is

6    an e-mail cover and then the lawsuit attached to it.

7    Do you see that?  It says:  From Steven Shapiro to

8    Adam Cox.  Subject:  Lawsuit.  Date:  Friday,

9    December 15, 2017.

10               Is this an e-mail that you would have

11   received from Mr. Shapiro about the lawsuit at that

12   time, December 15, 2017?

13           A    Yeah.  The crazy thing about that is I

14   was getting ready to coach a basketball game when I

15   found out about it.  It was my first home game.  I

16   remember the day perfectly.

17           Q    Is this e-mail how you found out about

18   the lawsuit?

19           A    Yeah.  Oh, yeah.  I mean, yeah.  That's

20   when I first found out about it.  I knew that there

21   was a chance that it could happen, but this is the

22   first time that they actually said this is happening,

23   yes.

24           Q    Did Steve call you about it, or did he

Donald Cox - December 03, 2019

101

1    just send the e-mail?

2          A     I can't answer that properly with being

3    a hundred percent truthful.  I just can't remember.

4    I had a basketball game at 6:00.  That e-mail came in

5    at 5:23.  I can remember that all hell broke loose in

6    my mind for about a two-hour span, and then I didn't

7    deal with it until after the ballgame.

8          Q     You don't have to be --

9          A     I think when Steve first talked to me

10   about it about this time is when I said:  Man, we

11   didn't do that.  That lady's crazy.  I called her

12   back.  We had one person call her off a referral that

13   was a wrong number is what we told Steve.  He's like:

14   Oh, if you didn't do it, don't worry about it.  It

15   sounds pretty petty to me.

16         Q     You called off a referral?

17         A     Yeah.  Like, we get referrals all the

18   time.  When someone goes in and installs or you sell

19   a customer, then I'm going to ask you for a referral

20   just like I mentioned earlier.  When my installer

21   goes in and installs it, they're going to ask for a

22   referral too.

23               And then when we call to make sure

24   everything's working on the 2-2-2 calls, we're going

Donald Cox - December 03, 2019

102

1    to ask you again for somebody that you might have

2    thought of.

3            I get a lot of referrals.  Back in the

4    day, I mean, really locally.  I mean, if someone in

5    this area had service, they probably were referred to

6    me.

7            But to answer the question, I would say

8    this is when I first found out about it, and we

9    denied it until I had to turn over proof.

10       Q     And they didn't -- DirecTV didn't ask

11   you for proof until you turned it over to us in the

12   lawsuit?

13       A     They asked me, and I lied.  They asked

14   me.  I lied to them, and they said okay.

15       Q     But they didn't -- they didn't say, we

16   want proof.  It was just your conversation and that

17   was good enough?

18       A     Yeah, they never sent anybody to

19   investigate or anything.

20       Q     You'll see from the lawsuit there's a

21   reference on page -- I'm sorry, it's Paragraph 25 and

22   26, there's reference to -- I'll just read it for our

23   record.  It says, "When Ms. Mey asked why the call

24   appeared to be from a West Virginia area code, the

Donald Cox - December 03, 2019

103

1    caller claimed that was the number programmed into

2    dialer."

3              And Paragraph 26 says, "Upon further

4    inquiry from Ms. Mey, the caller admitted the call

5    had been made using an autodialer."

6              My question about it is:  Did Steve ask

7    you if you were using an autodialer?

8         A    He never asked me.

9         Q    Did anybody from DirecTV ask you that?

10        A    I'm sure if they did, I told them that

11   we weren't.

12        Q    But you don't know if they did ask you?

13   You're not sure?

14        A    I'm not sure.  I do know that I think

15   it's kind of silly for this phone number to be for a

16   dead person's -- registered to a dead person is what

17   she told us.  It was her dead mother-in-law's phone

18   number.  So how can Diana Mey have a phone number for

19   someone that's dead and it be liable to be on a do

20   not call list when that person is dead?

21        Q    I'm sure the lawyers will look into

22   that.  If there's something to that --

23        A    I mean, it's illegal.  I can't go

24   register my grandpa or have my grandpa's phone, he's

Donald Cox - December 03, 2019

104

1    dead.  I couldn't go have a phone that says Elmer

2    Justice.

3         Q     Gotcha.

4         A     It just blows my mind that that's even

5    capable of being discussed.  Like, if I was the judge

6    I would say -- I mean, to me, but it did uncover a

7    lot.  But this right here should make it all

8    dismissed, I believe.

9         Q     Do you know --

10        A     I don't know the laws and the rules.

11        Q     Do you know for a fact that that number

12   is her mother's number?

13        A     I know for a fact that Diana Mey told me

14   on the phone that that was her dead mother-in-law's

15   phone number, personally.  She told me on the phone

16   when I called her.  She acted very nice and polite.

17   I looked it up.  She's got a mansion.  I don't feel

18   story for Diana Mey not one bit.  Not one bit.  She's

19   a millionaire.

20        Q     What's that?

21        A     She's a millionaire.

22        Q     Exhibit 5, January 7, 2018.  This is an

23   e-mail, right, from you -- actually this is a little

24   bit confusing.  But you received an e-mail from Steve

Donald Cox - December 03, 2019

105

```
 1   Shapiro telling you --
 2        A    I'm still getting e-mails from Steve
 3   Shapiro.  I mean, you guys probably found stuff in
 4   there from that he sent me recently.  I mean, I think
 5   Steve's in the hospital.  I've heard that he's having
 6   bad health.  I haven't talked to Steve since I've
 7   been dismissed.  But I still get e-mails because I
 8   still think I'm accidentally in his group or
 9   something.  They've never took me out of it.  Hell, I
10   don't pay attention though.
11             As you can tell, you guys went through
12   my e-mails.  There's probably -- I felt bad for the
13   person that had to do it because I actually go, could
14   you have marked some of those read for me or go
15   through some of them.  Like, I do not read e-mails.
16   I'm very bad.
17             Heck, you asked me if AC1 ever got
18   e-mails.  I don't -- look, I told Steve.  Like,
19   Steve, you want to talk to me.  I'm not going to read
20   an e-mail.  So half this stuff you're showing me, I
21   probably didn't read it.  I'll be honest.  Now if he
22   would have text me or called me, I would have.  I
23   have ADHD.  I mean, rough.
24        Q    That's good enough.  We don't need to
```

Donald Cox - December 03, 2019

106

```
1   really spend much more time on your e-mails.  That's
2   fine.  I want to try to move forward.  Let's see.
3   See if I can cut to the chase.
4              I do want to ask you about Exhibit 7,
5   and I'm going to hand that to the court reporter and
6   we will make that a part of the record.
7        A    We didn't talk about 5.
8        Q    I'll give you 5 for identification, but
9   we're not going to go into that any further.
10             I want to talk to you about Exhibit 7.
11  I'm handing the court reporter the original.  Take a
12  look at that, Mr. Cox.  This is an e-mail from --
13       A    This is when I started selling cell
14  phones.
15       Q    -- from Steve Shapiro to you, right?
16       A    Uh-huh.
17       Q    Try to say yes, if you would.
18       A    Yes, yes.  Sorry.
19       Q    And this is referring to a meeting
20  yesterday.  Would that have been an in-person meeting
21  or, like, a telephone meeting or a video meeting or
22  what?
23       A    Okay.  Do you have the e-mail that shows
24  when they terminated me?
```

Donald Cox - December 03, 2019

107

1      Q      I do.

2      A      What was the date on that?

3      Q      It's Exhibit 19.  Take a look at Exhibit

4  19, and I'll also hand that to the court reporter.

5  Is that the e-mail that you were referring?

6      A      That don't say anything about --

7  termination was January 16th.  Okay.

8      Q      Is that what you were referring to as

9  the termination letter?

10      A      I was -- I'm one year away.  I was

11  thinking that the termination letter was sent on the

12  18th -- or in 2018, but it was 2019.

13      Q      Yes, sir.

14      A      So yes, this would have been -- Steve

15  would have come down probably on Tuesday the 23rd,

16  and we probably did a training with him or went over

17  this.  This is something that Steve has to submit to

18  his manager that shows his manager what they went

19  over with.

20      Q      You're referring right now to

21  Plaintiff's Exhibit 7, right?

22      A      7, yes.

23      Q      So this was an in-person meeting?

24      A      Yes.  Steve would do it once -- I mean,

Donald Cox - December 03, 2019

108

1    I think he definitely would try to get down once

2    every couple months to meet with us.  Sometimes it

3    would just be for a lunch and tell me to meet him

4    somewhere to go over numbers and kind of do a

5    briefing.  Sometimes he would say he was coming by

6    the office, would I be there.

7              Sometimes we'd meet at events.  Like, if

8    we did a Lexington home and garden show, Steve would

9    always be there or something.  But Steve did his job.

10   He tried to do his job pretty good.

11        Q    My question about Exhibit 7, I got two.

12   Number one:  Is that a copy of the e-mail that you

13   would have received from him?  It appears to be, yes?

14        A    Yes.

15        Q    And then the second question is:  At

16   that in-person meeting did Steve bring up the

17   lawsuit?

18        A    I believe Steve's answer to me was just

19   let the attorneys handle it.  And he advised me to

20   get an attorney.  I wish he wouldn't have, but he did

21   and I did.

22              And that's -- again, I don't think I

23   would have been this -- in fact, if I have a

24   deposition with you guys on DirecTV's side, I would

Donald Cox - December 03, 2019

109

1    like to know what the termination dates were on the

2    other companies named in the lawsuit and if they're

3    still practicing to this day.  I mean, that's -- I

4    think that's important for you guys to show because

5    if not, then that shows me if I wouldn't have got a

6    lawyer, that I still would have been practicing.  And

7    that let's me know that I probably have a lawsuit

8    against you guys for terminating me and not the other

9    people.

10            I think that DirecTV needs to reach out

11   to me a lot.  They haven't.  They said, well, you had

12   a lawyer and representation.  Well, I told Brian

13   multiple times that I wanted to talk to them.

14       Q    Let me just caution you and just tell

15   you that you don't need to tell me about your

16   conversations with Brian.  That's to protect you.

17       A    I'm telling you everything I told Brian.

18   I told Brian the truth.  I tried to be dishonest with

19   Brian at first; and he told me that, hey, I'll stop

20   representing you right now.  Like, you just quit

21   lying to me.  He's like, the best thing you can do is

22   be honest with me.

23            Brian taught me a lot about what I

24   needed to do and to be honest.  Like he said, don't

Donald Cox - December 03, 2019

110

1    pull no punches.  Don't matter who you upset or what

2    you say.  He said, just tell them the truth.  So

3    that's what I've been doing today, and that's what

4    I'm going to do going forward.

5           Q      I appreciate that.

6           A      But I lied to DirecTV and Steve.

7           Q      Let's clean up our record on Exhibit 19,

8    and I just want to ask you:  Is Exhibit 19 the e-mail

9    that you would have received from Steve Shapiro

10   attaching the letter advising you that you were being

11   terminated from your AT&T preferred agreement?

12          A      Didn't hear from them after that.

13          Q      But that's what Exhibit 19 is?

14          A      Yes.

15          Q      Is that the last communication you've

16   had with Steve?

17          A      I tried to reach out to him and, like,

18   say, man, come on.  There's no way they're going to

19   keep that money, and you got to help me.  He said, I

20   can't do nothing.  And he pretty much -- won't say he

21   washed his hands from me, but he definitely didn't

22   communicate with me anymore or talk to me.  That's

23   about it.

24          Q      So you kept making the sales using

Donald Cox - December 03, 2019

111

1    telemarketing and they kept the customers, right?

2         A    Oh, yeah.  They've kept every one of the

3    customers.  There's still people that call me to this

4    day that signed up with me.  I mean, I got to tell

5    them that I can't help them at this time and moment,

6    that I'm not doing that line of work.  I can refer

7    them to people that are.  And some people pay me for

8    referrals or some -- I mean, I really am trying to

9    find something better.  I mean, I don't know.  That's

10   my life.

11        Q    Let's do a little math, apologies.  But

12   if you were generating, say, 200 DirecTV contracts a

13   month and you've been doing that since June of

14   2017 --

15        A    I made over a million dollars.

16        Q    -- per year that's -- you, yourself,

17   made over a million dollars?

18        A    The company.

19        Q    The company made over a million dollars?

20        A    Before overhead and payroll.  I mean, it

21   was a million dollar company, but 672,000 went to

22   payroll.  I mean, so it wasn't like -- it was not a

23   million -- I mean, that's what the gross was.

24        Q    Sure.

Donald Cox - December 03, 2019

112

1          A     That's what they paid us.  But by the

2     time I wrote out all my taxes and papers and

3     everything, you know, I didn't show much of a profit.

4                I mean, just for the simple fact that it

5     was profitable, but I lived off of it.  You know what

6     I mean?  Like, I made -- I probably paid myself a

7     thousand dollars a week.  If I needed more, I'd get

8     it.  If I needed to go buy something or I wanted to

9     buy Christmas out of the account or whatever, I would

10    use it.  But I paid myself a thousand dollars a week

11    to run my own company, and I lived off that.

12               Then I paid my fiance to work for the

13    company, which also went into my household.  So I

14    paid her a thousand dollars a week.  So we had a

15    hundred thousand dollar salary between the both of us

16    when I had AC1.

17         Q     Back to the math a little bit.  If it

18    was 200 a month --

19         A     You're saying 200 a month like that's

20    consistently what we did.  It fluctuated from 150 to

21    250.  So, I mean, there are some months -- there's a

22    big difference between doing 160 a month and 225.  I

23    mean, that's a big chunk of change difference.

24         Q     What number are you comfortable with as

Donald Cox - December 03, 2019

113

1    a monthly average?

2         A     For payroll?

3         Q     For DirecTV.

4         A     To pay me?

5         Q     For the number of activations generated

6    for DirecTV.

7         A     We never went under 150.  We might have,

8    but our quarterly average was always over 150.  The

9    way they ranked it is you had four quarters in the

10   year, right.  So you got three months in four

11   quarters.  Your three-month average had to be 150.

12              So if you did 214 and 137, you're still

13   above the 150 average.  I mean, they would take your

14   three months and average them together and that would

15   be what your average would be for a quarter.

16              So I would say we definitely didn't ever

17   do under 175 on an average for a three-month span.  I

18   definitely never let it go under 150 because that was

19   a big dropoff on pay.

20        Q     After you got the lawsuit in December of

21   2017, were you using any other sales techniques other

22   than telemarketing?

23        A     We've always used door to door and

24   events.  We just didn't do it as much as what they

Donald Cox - December 03, 2019

114

1    thought we did it.

2         Q    I see.

3         A    I mean, there was always more -- I mean,

4    it was never 100 percent telemarketing, it never was.

5    And you'll never prove that any retailer was a

6    hundred percent telemarketing because they're able to

7    do social media and door to door and events.  There's

8    not -- you'll never get that to stick.  You can get

9    it to stick that they did telemarket.

10        Q    Let's look at Exhibit 17.  This is

11   another one of those e-mails.  And again, this is --

12   you see that it's from you to Steve Shapiro from

13   January of 2017.  Take a second, if you will, to read

14   that e-mail.

15        A    Okay.

16        Q    So my question about this e-mail is:  Is

17   this basically your first reach out to Steve Shapiro

18   about opening up your own dealer agreement with

19   DirecTV?

20        A    That looks like about the time that me

21   and Mike parted ways, yes.

22        Q    I'm curious about what you meant when

23   you said, "I just want to be honest.  I built this

24   team, and I'm worth more than a thousand a week."  A

Donald Cox - December 03, 2019

115

1    thousand dollars a week?

2        A    Yeah.

3        Q    That was your -- basically your salary

4    at the time?

5        A    That's what I was paid by every retailer

6    that I built.  I mean, I worked my way up from 300 at

7    Steel to 500 at Streamline to a thousand at Scotty's

8    or North Kentucky Satellites.  I made -- I made North

9    Kentucky Satellites who they were and what they are.

10   That's what kind of upsets me about the whole

11   situation.

12       Q    Okay.  I want to ask you another

13   question about the termination letter.  It's Exhibit

14   19.  You've got -- again, just to kind of set the

15   timeline.  You received the notice of the lawsuit

16   December of 2017, and then you got the termination

17   letter January 16th of 2019.

18            So my question is:  At any time until

19   you received this termination letter, did you receive

20   any correspondence from DirecTV or its lawyers

21   telling you to stop making telemarketing calls?

22       A    We never admitted it to them.  So they

23   had no reason to tell us to stop.

24       Q    Okay.

Donald Cox - December 03, 2019

116

```
 1        A      I never admitted it.  I told them that
 2   we'd called Diana Mey off of a referral and a
 3   person -- and it wasn't a dialer.  I mean, I wasn't
 4   up front and honest with them.
 5        Q      I'm getting really close to the end, and
 6   the end is basically taking a look at the call logs
 7   that you produced.  I want to understand what's in
 8   the fields.  I've got them here.  You want to take a
 9   break?
10        A      You brought all of them?
11        Q      Not all of them, no.
12        A      Let's go.  Let's finish this.  What time
13   is it?
14               MR. STEINMETZ:   It's a little after 11.
15               THE WITNESS:   Central Time?
16               MR. STEINMETZ:   What's that?
17               THE WITNESS:   What are you on, Central
18   Time?
19               MR. STEINMETZ:   It's on east.  I'm, you
20   know, mentally on Central Time.
21               MR. BARRETT:   I've got a thumb drive
22   for you, which may not be much use to you there,
23   Kyle.
24               MR. STEINMETZ:   I have my iMac, but I
```

Donald Cox - December 03, 2019

117

1  don't think it has a USB port on it.

2              THE WITNESS:   Do you care if I step out

3  and pee real quick?

4              MR. BARRETT:   Certainly.

5              THE WITNESS:   Just right there, and

6  I'll walk right back in.

7              MR. BARRETT:   Let's take a five-minute

8  break.

9              THE VIDEOGRAPHER:   Going off the record

10  at 11:09 a.m.

11                      - - -

12              Short recess taken.

13                      - - -

14              THE VIDEOGRAPHER:   We're back on the

15  record at 11:17 a.m.

16              Please proceed.

17  By Mr. Barrett:

18      Q     All right.  We're on the home stretch.

19  I want to review call records.

20      A     Okay.

21      Q     And before I do that, I want to go back

22  and just lay a little foundation here.

23              You had provided records of telephone

24  calls to Mr. Price, correct?

Donald Cox - December 03, 2019

118

1        A      Right.

2        Q      And you obtained those from the XenCALL

3    account that you used, correct?

4        A      Correct.

5        Q      And you provided two Excel files to Mr.

6    Price, correct?

7        A      Yes.

8        Q      And one -- what I have right in front of

9    you is my computer screen showing AC1 Cox, my vision

10   is not so great, but 0042364.  Do you see that?

11       A      Yeah.

12       Q      Call Log Report July 1, 2017 to April

13   30, 2018.  This document right here or this file is

14   calls that were placed using the XenCALL dialer by

15   AC1 from July 1, 2017 through April 30, 2018; is that

16   correct?

17       A      Yes.

18       Q      Same sort of questions regarding the

19   second file, AC1 Cox 0042365, Call Log Report May 1

20   through November 30, 2018.

21       A      Yes.

22       Q      That is also a file that you provided to

23   Mr. Cox in this case?

24       A      Mr. Price.

Donald Cox - December 03, 2019

119

1      Q      Mr. Price.

2      A      Yes

3      Q      Again, same questions.  It's a list of

4    calls that AC1 placed through the XenCALL dialer

5    during that timeframe of May 1 through November 30,

6    2018?

7      A      Yeah.  All calls weren't -- like I said

8    before, all calls started with us opening as AC1.  We

9    never called as DirecTV.

10      Q      Sure.

11      A      So all those calls are not DirecTV

12    calls.  They're AC1 calls.

13      Q      Sure.  I'm going to mark that as Exhibit

14    32.  This is the thumb drive that I'm going to mark.

15    If I may have a sticker you'll put on there.

16             Deposition Exhibit 32.  And I want to

17    ask you to explain some of the fields that are in the

18    records.  So I'm going to open up the first file,

19    which is July 1, 2017 to April 30, 2018, okay?

20      A      Uh-huh.

21      Q      It'll take a while.  Oh, right up.

22      A      Those people worked for me.

23      Q      Okay.

24      A      Those are all people that worked for me

Donald Cox - December 03, 2019

120

1    right there.

2            Q     So let's just run through the columns.

3    Column A, Call Log I.D.  What's that?

4            A     Call Log I.D. would be -- I guess that

5    would be where the calls were logged.  Like, which

6    number of call it was in the XenCALL system.  Like,

7    if you ever wanted to research it or go back to

8    listen to the recording of it to see when the call

9    was placed or -- say that we had called you and it

10   got disconnected in the middle of a sale but we lost

11   the phone number, dispositioned it and couldn't find

12   it.  Then we could go back into our call log and kind

13   of research the history of it.  But that's just to

14   identify each call, I believe.

15           Q     Column B Agent Name.  That's the person

16   who worked for you --

17           A     Exactly.

18           Q     -- correct?

19           A     Yes.

20           Q     On several of these, like, for example,

21   Line 2, which is Call Log I.D. 5347060,, it says

22   Cameron Adams and then it says deleted.  What does

23   "deleted" mean?

24           A     It looks like to me that those are

Donald Cox - December 03, 2019

121

1    people that might have been deleted out of our system

2    that no longer worked there.

3           Q     Okay.  That's good.  Next column is C.

4           A     Cameron Adams works for North Kentucky

5    Satellites.  Dave Perry works for North Kentucky

6    Satellites.  Jason Pelphrey does.

7           Q     Okay.  Log Time --

8           A     Yeah.

9           Q     -- what does that tell me for Column C?

10          A     I cannot be sure.  If you make it

11   bigger.  I don't know if that's log time at 9:12 a.m.

12   or if that's saying log time of the call.

13          Q     Okay.  So it's 9:25 --

14          A     I'm believing that -- by the looks of

15   these down here, I'm believing that might be what

16   time it was during the day.  Even military time some

17   it looks like, but I couldn't be positive.

18          Q     Scheduled Time is the next column that's

19   D.  What's Scheduled Time?

20          A     Couldn't be sure on that one.

21                I have no idea what that Phone space is.

22   Maybe that's the -- I have no idea.  Column E, I have

23   no idea.

24          Q     Column E says Phone?

Donald Cox - December 03, 2019

122

1       A       Yeah.  I don't know if that's just the
2  headset or dialer that they were on or logged in at
3  the time.
4       Q       See the --
5       A       That's the phone number that they were
6  using at the time.
7       Q       Column E was the phone number that the
8  AC1 agent was dialing, that the dialer was dialing;
9  is that correct?  I see that's a 740.
10      A       Yeah, looks like it is.  But, see, now,
11 all these that, like, Cameron put "do not call" on
12 and stuff on the DNC, on the next column on G?
13      Q       Yeah.  We'll get to that.  Let me just
14 kind of work it through there.
15              Log Type says:  Do not call, Not
16 interested, Not available.  What do those tell us?
17      A       "Not interested" are people that says,
18 I'm not interested.  Thanks for your time, and hang
19 up on you.
20              The "Do not calls," a lot of these reps
21 put people on do not call lists because they didn't
22 want another sales rep to get in touch with them or
23 for someone to be able to redial them on our dialer.
24 Like, say, you talked to someone today but it was

Donald Cox - December 03, 2019

123

1    scheduled for a callback, or they were supposed to

2    call you back and you're afraid someone that works

3    another shift would dial it, they wouldn't be able to

4    dial it if you put it on the do not call list.

5            So a lot of these dispositions are not

6    legitimate do not calls.  A lot of these dispositions

7    are the sales rep that were trying to protect their

8    leads.  And they're idiots for doing that because

9    I've told them a million times just schedule it as a

10   call-back and put it as your lead and we'll know that

11   it's your lead.  But Cameron is one of those idiots.

12           Q     But they do it?

13           A     He did it more than anybody.  I

14   guarantee if you go through the records, that guy did

15   it more than anybody.  He was a manager.  He was

16   training people to do it until I freakin' caught him.

17   I mean, so he -- those not availables, not

18   interesteds, do not calls, callbacks, callbacks, not

19   a working number, those are just some of the

20   dispositions, yeah.

21           Q     "NIS," not in service?

22           A     Not in service.

23           Q     "Trans," transfer?

24           A     Yeah, may be transfer.

Donald Cox - December 03, 2019

124

```
1        Q     W pound?

2        A     I have no idea on that one.

3        Q     "ANS" means answering machine?

4        A     Yeah.

5        Q     "CB" is callback?

6        A     Uh-huh.

7        Q     So if you spoke with a person as a

8   result of a call through a dialer you just mark it as

9   callback and nobody else should be --

10       A     No, no, no.  Some people would say, can

11  you give me a call back, and you can schedule your --

12  like, you logged into your own XenCALL.  So if you

13  scheduled your callbacks, it would tell you who your

14  callbacks were and what time and who you were

15  supposed to call back the next day.  I mean, it would

16  keep track of your records for you.

17       Q     Sent To, do you know what that is?

18       A     I don't know if you transferred.  Maybe

19  it's sent to somebody.  I don't think anybody got

20  transferred much.

21       Q     So one bigger question for all of the

22  calls in these call records, these were all

23  opportunities to sell DirecTV, correct?

24       A     Well, if that's what the customer's
```

Donald Cox - December 03, 2019

125

1    wants were.  I mean, they didn't open up that way,

2    but it ended that way nine times out of ten.  If we

3    sold something, it was DirecTV.

4              If you look at our numbers, we did

5    minimal services other than DirecTV.  Like, the

6    number of activations between Windstream and DirecTV

7    was probably 150 to 2.  We didn't sell a lot of

8    anything else.

9         Q    Let's see.  You got Sent To, it appears

10   to be blank.  Do you know what that means?

11        A    Yeah, we just went over that.  That's

12   when it was transferred.  I don't think we

13   transferred any calls.  I think that means, like, if

14   you were on the phone and you needed to transfer that

15   customer to me on a different phone, that you could

16   of.  It never -- most calls never got transferred.

17             Call Notes were if they put any notes in

18   the call.

19        Q    Call Notes is Column I.

20             Column J says Recording.  I'm going to

21   expand this field so we can see what that looks like.

22   Recording Start.

23        A    That probably let's us know when the

24   recording started.

Donald Cox - December 03, 2019

126

1        Q       When would the recording start?

2        A       It should started at the beginning of

3    the call.  All calls were recorded from the very

4    beginning of the beep.  Each call is recorded.  At

5    the beginning of the beep, it should start recording.

6        Q       The beep, so --

7        A       You got a headset on.  You hear a beep

8    in your headset.  That beep let's you know someone's

9    saying hello on there.  Someone's already said hello.

10              When you hear the beep, that's telling

11   you hello.  So you respond with hello, and they

12   usually say yeah.  And then you act like:  Can you

13   hear me?  Okay good.  This is Adam.

14       Q       So your calls wouldn't start with

15   recordings.  They would start with the --

16       A       Hello.

17       Q       -- customer being connected to your

18   agent, correct?

19       A       Right.

20       Q       Did you ever use recordings?

21       A       Every call's recorded.

22       Q       I'm saying recorded messages to the call

23   recipient?

24       A       No.  Never did like, hey, this is Adam

Donald Cox - December 03, 2019

127

1    with AC1 Communications.  If you would like to get

2    DirecTV service, no, we never did anything like that.

3         Q      Are there recordings stored through

4    XenCALL?

5         A      That's a closed account.  I couldn't

6    tell you.

7         Q      Were they --

8         A      Oh, yeah.

9         Q      -- when it was open?

10        A      Yeah.  When it was open, I could have

11   access to all of it.  Every call.  You could have

12   listened to the Diana Mey call.  I listened to it.

13        Q      Column K says Recording End.  I think I

14   know what that means.  That's when the recording with

15   the customer would end?

16        A      Yes.

17        Q      First Name would be the first name of

18   the customer that you were calling, correct?

19        A      Correct.

20        Q      And that would have come from a lead?

21        A      That would come from Infofree.com or

22   Telephonebiz.com or any type of lead access on the

23   internet.  These companies are available.  You can

24   get them out of foreign countries.  You can get them

Donald Cox - December 03, 2019

128

```
 1    out of the United States.  You pay for what you get.
 2                 If I wanted to call -- they could either
 3    scrub it with a do not call or scrub it without.  I
 4    mean, they can give you any number you want.
 5         Q    Would you, yourself, scrub calls or did
 6    you rely on --
 7         A    That's what Shawn Lamb got fired for.
 8         Q    For not scrubbing?
 9         A    Right.
10         Q    When I say "scrubbing," just to be sure
11    we're talking about the same thing, you mean checking
12    the numbers in your lead list against the National Do
13    Not Call Registry?
14         A    Exactly.
15         Q    So he wasn't doing it, but he should
16    have been doing it?
17         A    He should have been doing it, and that's
18    why he was terminated for not doing it.  And he was
19    terminated by about the time that, you know, we
20    figured out that that's what he was doing.  But he
21    had been doing it for years upon years, and he still
22    probably does it to this day.
23         Q    It's not hard to scrub against the DNC
24    list, do you know?
```

Donald Cox - December 03, 2019

129

1       A      No.  But it takes your leads from -- the

2   reason he said he did it is because it takes your

3   lead count from a hundred people in Charleston to

4   1,700.  You get -- I mean, there's a big difference.

5       Q      A hundred to 1,700?

6       A      Say, like, if you hit the scrub button

7   and you do a poll on the numbers and it says,

8   Portsmouth, Ohio.  How many people on that list

9   that's not on a do not call list?  And it gives you

10  360 people.  Then you hit the unscrub and generate

11  it, and it says 1,200 people.  You got 900 extra

12  people that go into the dialer that you're able to

13  contact.

14          Now, all 900 people are on the do not

15  call list that I caught Shawn loading, and all 900

16  people, not all of them complained or were mad.  A

17  lot of them are like:  Oh, thanks for calling, we

18  appreciate it, you know.  We understand you're a

19  small business, and we're not interested.  But if we

20  ever do, we'll call you.  Not a lot of people were

21  like:  How did you get our number?  We're on a do not

22  call list.

23          We weren't telemarketing.  We didn't

24  come across as telemarketers.  We came across as --

Donald Cox - December 03, 2019

130

1    that's why you're taught in a phone call sale to talk

2    to someone like you know them and don't ask for Mr.

3    Harlow.  Ask to speak to Jerry.  You know, hello,

4    Jerry, and people say yeah.  I mean, you're taught

5    that stuff through phone sales.  I mean, you're just

6    taught that stuff.  So it wasn't like it was a hard

7    call thing.

8         Q    You got -- working through the columns,

9    Column M Last Name.  That's the call recipient's last

10   name, correct?

11        A    Yes.

12        Q    And then next is City, Address, Zip

13   Code, that's N through P --

14        A    Yep.  Yes, sir.

15        Q    -- on this document.

16             And that is self-explanatory.  That's

17   the city, address and zip of the person you're

18   calling?

19        A    Yes, sir.

20        Q    And then State is the state of

21   residence, right?

22             Last Called.

23             The state is the state where the

24   customer resides, correct?

Donald Cox - December 03, 2019

131

1       A       Yes.  As you can see, most of mine were
2  tri-state around this area.
3       Q       Yeah.  Last Called you've got 8-12, 2016
4  at 11:01.  There I'm reading from -- let me just
5  clean this up.  I'm reading from what is --
6       A       Dale Barton.
7       Q       Yeah, that is Call Log I.D. 5345359.
8  Did I read that right?
9       A       534 --
10       Q       -- 5359.
11       A       -- 5380 or 5 -- the one I got is 359,
12  Donna Hill.
13       Q       That says Last Called, for that Call Log
14  I.D. it says, 8-12, 2016 11:01.  Do you know what
15  that means?
16       A       Maybe that was the last time that that
17  customer was called in our system.  Like, if we
18  loaded a number that had been called before, it might
19  tell you when it had been called before.
20       Q       Let me ask you a broad question about
21  XenCALL.  XenCALL was kind of the life blood of your
22  telemarketing sales efforts, correct?
23       A       Uh-huh.
24       Q       Yes?

Donald Cox - December 03, 2019

132

1          A      Yes.

2          Q      So it's very important that it be

3    accurate and be reliable for you to use that system;

4    is that correct?

5          A      XenCALL, it was pretty good.  It was a

6    pretty good system.  Very accurate on dialing and a

7    pretty good system to operate and to manage.  It's a

8    Canadian-based company.  So they didn't have a

9    really -- you know, it wasn't hard to set up.  You

10   can just call.  I could call them right now and set

11   one up for you if you want me to.

12         Q      Okay.  And you didn't have any trouble

13   downloading these call logs from XenCALL, correct?

14         A      I never knew how to do it.  I still

15   don't know how to do it.

16         Q      Who -- did someone do it for you?

17         A      Yeah, Shawn.

18         Q      Shawn downloaded these?

19         A      Yes.  Shawn still does that.  If you

20   would go to North Kentucky Satellites in

21   Barbersville, West Virginia or in Portsmouth, which

22   is a block away, you're a block way from North

23   Kentucky Satellites, and you go in there and ask

24   them -- if you want to talk to Shawn Lamb about a

Donald Cox - December 03, 2019

133

1   job, he'd probably hire you.

2          Q     He's pretty good with XenCALL, pretty

3   competent operator of the system?

4          A     Yeah.  He's the one that's did it from

5   day one since Steel Security.  He worked Jeff Large,

6   same as I did.  He's the one that showed us how to do

7   it.  It's his model.

8          Q     So he's the one that pulled these

9   records from XenCALL for you?

10         A     He's pulled them for both our companies,

11  yes.

12         Q     But I'm talking --

13         A     And he's trained other people how to do

14  it.  There's been other people that know how to do

15  it.  Like Josh Kerr knows how to do it, Dave Nolan

16  knows how to do it, but they all learned from Shawn.

17         Q     Okay.  But I'm talking specifically

18  about the document that we're looking at now, which

19  is Deposition Exhibit 32, and it's AC1 Cox

20  00423264 -- I'm sorry.  0042364.  Shawn's the

21  gentleman that actually obtained this data on this

22  exhibit from XenCALL?

23         A     That exact page, I don't know.  But for

24  my company, he showed and did our systems.  Like, he

Donald Cox - December 03, 2019

134

1    was over our systems.

2            Now at the end before he got released,

3    then other people learned how to do it.  You know

4    what I mean?  But I couldn't do it today.  Like, if

5    you asked me to load, show you how to do it, ain't no

6    way I can do it.

7        Q     But you directed someone at AC1 to

8    prepare this data file that we're reviewing?

9        A     Yes.  Yes.  This was prepared by a

10   manager.

11       Q     And --

12       A     But see, there could be multiple lists

13   running right now.  There could be three lists

14   running.  One's in Ohio, one's in Kentucky, and one's

15   in West Virginia.  There's three different lists

16   running.

17            So we'd have three lists running, and

18   we'd have three installers.  So we'd be calling one

19   territory for each technician; and if you got a sale,

20   you put it in that area.

21       Q     Sure.  If it wasn't Shawn Lamb who

22   actually downloaded this data from XenCALL, who else

23   might it have been?

24       A     Josh Kerr or David Nolan.  Those are the

Donald Cox - December 03, 2019

135

1    three people that still load lists to this day.

2    Dave's out of the business.  Josh is out of the

3    business.  They actually left with me.

4              Josh is working on heating and cooling

5    towers, and Dave is going back to school.  But they

6    were all trained by Shawn.  Like, we were all from

7    the same mold.

8         Q    Where do Dave and Josh live now?

9         A    Josh lives in Wheelersburg, and Dave

10   lives in Flatwoods, Kentucky.  Shawn lives in

11   Barbersville or somewhere -- no, Shawn lives in

12   Catlettsburg, Kentucky.  Mike Scott lives into

13   Wheelersburg, Ohio.

14        Q    Next is Column S, Karen Blank,

15   606-738-4921 and it says, I'm expanding here, Lewis,

16   L-e-w-i-s, L-A, Olive Hill.

17        A    That looks like to me that is Karen

18   Blankenship or Karen Blank, 606-738-4921 is her phone

19   number.  Lewis Lane is what it looks like it's going

20   to say to me with Olive Hill being their city in

21   Kentucky.  So I think S is her total.  You see what

22   I'm saying?

23        Q    Sure.  Is she a potential customer that

24   would have been called?

Donald Cox - December 03, 2019

136

1    A    Probably so, yeah.  She might be a
2  customer.  She might have been a sale.  I mean, the
3  disposition part will tell you that.
4    Q    Column T, Customer is the heading.
5  Actually back to Column S.  I don't really understand
6  and wondering if you do why this would be listed as
7  column heading Karen Blank?
8    A    I have no idea.  I think that's just
9  a -- I think that's been put in that column and
10  shouldn't be.  I think that's a column that was
11  accidentally created on the spreadsheet here, on this
12  Excel spreadsheet or whatever.  Like, I don't think
13  that should even be a column.  I think that's a
14  missed column.
15    Q    Customer, do you know what that is?
16    A    What?
17    Q    Column T, Customer.
18    A    Looks like to me that they might have
19  signed up for the service, potential customer.  They
20  marked them as a sale or a customer or a customer
21  already or something.  I don't know.
22    Q    Time Modified, do you know what that
23  means?
24    A    No.

Donald Cox - December 03, 2019

137

1    Q    County is the county where the customer
2 resided, correct?
3    A    Yes.
4    Q    Alt Phone would be an alternative phone
5 number for the customer?
6    A    Yeah, that's all stuff that you can fill
7 in on -- it gave you, like, the opportunity to put
8 that in.
9    Q    E-mail same?
10    A    E-mail, County, Current Provider,
11 Current Bill, you know, How Many TV's, Favorite
12 Channels.
13    Q    What you just read was columns W through
14 AC, correct?
15    A    Right.  And that's the information that
16 you would get from the phone call.  Like I told you
17 before, who's your current provider?  Now, if they
18 wanted to list that in the in call, they can put that
19 all in there and take the time to fill that out.
20         The one thing about XenCALL, the reason
21 we had XenCALL and Agemni is Agemni was so good about
22 inventory and scheduling us to be able to keep track
23 of our customers and our payroll, but XenCALL you
24 could do the same thing except you couldn't do your

Donald Cox - December 03, 2019

138

1  payroll or you couldn't do your scheduler, but you

2  could create leads and create customers in XenCALL,

3  but it wouldn't -- like, some people had callbacks

4  that they put in XenCALL, some people had callbacks

5  they put in Agemni.  I mean, there was two different

6  systems.

7            Agemni was what we put the customer in

8  to run application that kicked you to the DirecTV,

9  and XenCALL was the information that you got off the

10  dialer.

11       Q    Okay.  We'll probably want to contact

12  you to obtain the Agemni data.  We can figure that

13  out together.

14       A    Well, the Agemni data is not connected

15  to AC1.  I mean, that is not AC1's property.

16       Q    But AC1 kind of used it to record AC1

17  information?

18       A    Right.  But it's not obtainable through

19  AC1 anymore.

20       Q    Got it.  And the person who it would be

21  obtainable through is who?

22       A    Me.

23       Q    But through Finders Keepers?

24       A    Yeah.  I mean, I would let -- I would be

Donald Cox - December 03, 2019

139

1    able to give you customers and leads from the day I

2    started to the day I was terminated and that's it.

3         Q    I see.  That's fair.  Because some of

4    that is your own personal --

5         A    Yeah, that's my customers.  I mean,

6    that's my -- I mean, those are my people that I

7    can -- if I decide to sell a car to, they're my

8    leads.

9         Q    Another thing we can do to protect that

10   is to have you produce it under a protective order,

11   which basically means that it's confidential.  We

12   can't provide it to anyone else.  That may give you

13   some additional comfort.  We'll talk about that,

14   okay?

15        A    Okay.  I mean, you got to understand

16   that by me cooperating in the first place, I've lost

17   everything.  From people not cooperating, they still

18   have everything.  So every time I cooperate, I feel

19   like there goes something else that's going to be --

20   that I'll be the only one held accountable for again.

21        Q    We've got AF says Phone Area Code.  AG

22   says Recording I.D.  That would be how I would

23   actually obtain the recording?

24        A    Right.

Donald Cox - December 03, 2019

140

```
 1          Q      Recording, AH?
 2          A      I have no idea what that is.
 3          Q      Let me just expand it.  Recording
 4    Remote.
 5          A      I have no idea.  It looks like a phone
 6    number to me.  Those are all phone numbers.
 7          Q      Okay.  Original.
 8          A      Counties, those are all counties.  That
 9    gives you the list.
10          Q      Original Lead File, A -- we're talking
11    about Column AI.  What is that?
12          A      Column AI is the column that lets you
13    know what the lead -- what the area that they just
14    loaded was.
15                 So, for instance, that leads list is
16    Meigs County, Ohio.  The next one down is Carter
17    County, Ohio -- Carter County, Kentucky.  Those both
18    were -- Meigs County, Ohio -- Meigs, Ohio's here,
19    Carter County is over here.  We had two different
20    installers in those areas.  We'd be calling both
21    those areas.  Those are the leads.
22                 So anything in Carter County, anybody
23    that lived in Carter County would be in that Carter
24    County list.
```

Donald Cox - December 03, 2019

141

1        Q      They wouldn't be leads that you obtained
2   specifically for Carter County?
3        A      Yes.  Every lead in Carter County would
4   be in that list.
5        Q      Okay.  But do you know -- I guess what
6   I'm trying to find out is where the lead itself came
7   from.  Is that reflected on XenCALL?
8        A      The lead came from Telephonebiz.com.  We
9   loaded the leads and loaded them onto an Excel sheet
10  and then loaded them into the dialer.
11       Q      Sure.
12       A      So That lead is -- when it says Meigs
13  County, Ohio, those are all Meigs County, Ohio
14  people.
15       Q      Sure.
16       A      You can go on Telephonebiz.com and you
17  can pick city, county, city.  You can do it by zip
18  code.  You can search everything.
19              So some of them would be -- you can see
20  the Credit List.  That's people with good credit.
21  Local People are all people around Scioto County.
22  Just whatever he named them is what it would be.
23       Q      Sure.  Now the next column is Column AJ.
24  It says Original Campaign and there's Campaign 1,

Donald Cox - December 03, 2019

142

1   there's New Setup.  What's that telling you?

2          A     The difference in that is they did an

3   update and the New Setup was a little bit better.

4   But once you create and put it Campaign 1, you just

5   create the same campaign.  That way it's still --

6   like, you know what I mean?  That's what you put the

7   campaign in.

8                I mean, you created every list into a

9   campaign, and then you put the campaign into Campaign

10  1.  You just use the same one over and over.

11         Q     Okay.  We'll keep working through this.

12  I'll have some more questions for you about it.  I

13  appreciate it.

14         A     I mean, that's to my knowledge.

15         Q     Yeah.  That's the Current Campaign.

16  That appears to be -- that's column AK.  That appears

17  to be a duplicate of Column AJ, right?

18         A     Yes.

19         Q     Original -- Column AL is Original Lead

20  I.D.  Would that have been from Travelbiz -- what was

21  the name?

22         A     Telephonebiz, Telephonebiz.com.

23         Q     Is that right?

24         A     Yeah, that's -- I mean, I think that

Donald Cox - December 03, 2019

143

1  would be the Lead I.D. in AL, and AM column would be

2  Original Lead I.D., and Profile I.D. would be what

3  XenCALL would have for us to be able to look it up

4  later on.

5       Q     So every number on here with an Original

6  Lead I.D. number would have been a lead received from

7  Telephonebiz.com?

8       A     It's showing --

9       Q     And it would have been -- it would have

10  been placed to the call recipient as a telemarketing

11  call to sell a product or service?

12       A     I don't know, man.  I mean, the

13  original -- I have no idea what XenCALL, why they

14  would put an Original Lead I.D.  That's something for

15  us to probably be able to look up something if we

16  ever needed to look up that call or that contact.  As

17  far as I know, I have no idea why they were in there.

18       Q     Who would know that, do you think?

19       A     XenCALL.

20       Q     AM, Column AM, it says Profile I.D.   Do

21  you know what that is?

22       A     Profile I.D. is -- they're the same

23  thing.  Inbound and manual will let you know what

24  kind of call type it is.

Donald Cox - December 03, 2019

144

1        Q      Tell me about that.  Manual means what?

2        A      Manual means that the person dialed it.

3    Like, for instance, if I'm sitting here at my

4    computer and I have my headset on, I can still dial

5    any number.  I mean, I can put it on, you know,

6    calls, so where a call's not coming in, and I can

7    follow-up and call you back and say, hey, you told me

8    to call you call in ten minutes.  I was just

9    following up with you.

10             Or in between calls, if there's a wait

11   time, you can dial leads that you might have on your

12   sheet and you can get inbound calls as well.  So, I

13   mean, it wasn't just an outbound dialer.  It had

14   multiple tasks.  I could sign -- people could get

15   calls back in on their headsets as well.

16       Q      But if it says Dialer --

17       A      That means that it was going outbound.

18       Q      Column -- on Column AN, that means it

19   was an outbound telemarketing call placed through the

20   dialer, correct?

21       A      Yep.  Yes, sir.  I'm sorry.

22       Q      And then Inbound would have been a

23   customer calling you, correct?

24       A      Yes.

Donald Cox - December 03, 2019

145

```
 1          Q      Is that right?
 2          A      Yes.
 3          Q      Why would a customer call you?  Like,
 4   what are some of the reasons they would?  Just be
 5   customer service?
 6          A      Set up service.
 7          Q      Set up service.
 8          A      If they're calling the dialer, they're
 9   calling in to set up service or trying to figure out
10   what about this incident, your number was on my
11   caller I.D.  I was just seeing if you called me.
12   That happened a lot.
13          Q      Column AO Call source.
14          A      That'll tell you what queue it was in
15   and what playlist it was.
16          Q      That, I'm not real clear on, what queue
17   it would be in.  What do you mean by that?
18          A      There's different queues and lists that
19   you have set up.  Each list has different queues.
20   Each list has different playlists.  You stick them in
21   a queue and the playlist -- I'm not --
22          Q      Shawn is the person who would be most --
23          A      Did that, yeah.  I mean, he could answer
24   you in probably a matter of ten seconds.
```

Donald Cox - December 03, 2019

146

```
 1          Q     Recording?

 2          A     That's the length of the call.

 3          Q     Length of the call.  Recording Length,

 4   that's Column AP.

 5                Column AQ is Recording Length in

 6   seconds, right?  You see that?

 7          A     Yes.

 8          Q     Column AR is an alternative phone

 9   number?

10          A     How many columns did we send you?

11          Q     We're almost done.  Just a couple more.

12                Column AS Recording Local.

13          A     I have no idea.  Phone number.  That's

14   phone numbers.

15          Q     Recording Local Phone.

16          A     Yeah.

17          Q     You're not sure what that is?

18          A     I don't know.  It's phone numbers.

19   Those are all phone numbers of some sort.

20          Q     Okay.

21          A     I think when you see manual, it's saying

22   that it dialed a manual number.  It looks like

23   someone was calling the same person.  Maybe they're

24   having a bad morning with their girlfriend or
```

Donald Cox - December 03, 2019

147

1    something at work.

2         Q    Okay.  I think I'm almost done.  If I

3    could have five minutes to talk to my buddies, and

4    then we'll be -- make sure we're done and then we'll

5    finish up.

6              THE VIDEOGRAPHER:   Going off the record

7    at 11:53 a.m.

8                        - - -

9              Short recess taken.

10                       - - -

11             THE VIDEOGRAPHER:   Here marks the

12   beginning of Media No. 3, the deposition of Adam Cox.

13   Going back on the record at 11:59 a.m.

14             Please proceed.

15   By Mr. Barrett:

16        Q    All right.  Mr. Cox, we're almost done.

17   I want to talk to you a little bit about kind of the

18   wind down of AC1.  You got the termination letter

19   January of 2019.  How soon after you received that

20   did AC1 close up shop?  When I say "close up shop," I

21   mean stop operating, stop selling any kind of product

22   or service.

23        A    AC1 was done as of then selling DirecTV.

24   I mean, I had different -- I have different views on

Donald Cox - December 03, 2019

148

1   it because we were able to try to retain some

2   customers and we lost all of our employees.

3           So I'd say was not open for about

4   another week.  After we got the termination letter

5   and people got their last pay, I mean, it was pretty

6   much over with.  A lot of people didn't get their

7   last pay.  I didn't -- once we got terminated, they

8   didn't pay us for any of the outstanding installs

9   that we had did.

10       Q     So about a week after DirecTV sent you

11   the termination letter, that's when AC1 stopped all

12   telemarketing; is that right?

13       A     Right.  AC1 was done -- yeah, AC1 was

14   done after that.  AC1 didn't -- I mean, after AC1

15   lost DirecTV, it was over with.  If I ever sold any

16   DirecTV after that, it was through a different

17   retailer or different people that I put sales

18   through.  But AC1 was done.  There was no more

19   telemarketing after that.

20           I don't have a dialer.  I've never had

21   XenCALL since then.  Just done.  Never messed with it

22   since then.

23           I did try to get a Dish Network license,

24   and they gave it to us and approved us, and then once

Donald Cox - December 03, 2019

149

1    they found out about this, then they terminated us.

2    So I lost another contract with Dish Network over

3    this.

4         Q    It wasn't worth it to you to continue

5    telemarketing for any other TV or internet or

6    telephone provider after DirecTV terminated you; is

7    that fair to say?

8         A    Oh, no.  No, it wasn't worth it.

9         Q    I think we are good.  I think we're

10   done.  I very much appreciate the time.

11             And let me make sure that I tell you

12   this that you have the opportunity to read the

13   transcript that our court reporter is taking down,

14   I'm sure you're dying to do that, and determine if

15   there are any mistakes in the transcript.  You can

16   also waive the right to do that.

17        A    I waive it.

18        Q    I appreciate your time.

19             THE VIDEOGRAPHER:   At this time --

20             MR. STEINMETZ:   As I mentioned earlier,

21   DirecTV reserves the right to recall the witness at a

22   time when discovery isn't stayed as to DirecTV.

23             THE WITNESS:   Do I have to cooperate

24   with that?

Donald Cox - December 03, 2019

150

1           MR. STEINMETZ:   If you don't, we'll
2   subpoena you.
3           The videographer wanted to make a
4   statement.
5           THE VIDEOGRAPHER:   At this time you
6   have --
7           THE WITNESS:   Can I speak to you off
8   the record?
9           MR. STEINMETZ:   Sure.
10          THE VIDEOGRAPHER:   You have the right
11  to an immediate review and playback of this video
12  deposition, or you can waive that right immediately.
13          MR. BARRETT:   He's saying you can right
14  now read the -- watch the entire video.
15          THE WITNESS:   I'm good.  I waive that.
16          THE VIDEOGRAPHER:   This concludes the
17  deposition of Adam Cox.  Going back -- going off the
18  record at 12:03 p.m.
19                    - - -
20              Signature waived.
21                    - - -
22          Thereupon, at 12:03 p.m.,
            Tuesday, December 3, 2019,
23          the deposition was concluded.
24                    - - -