## **CERTIFICATE OF SERVICE**

        I hereby certify that on August 15, 2022, a copy of Defendant's Notice of Deposition was served upon below counsel for Plaintiffs via electronic mail.


Anthony Paronich
Paronich Law P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

John W. Barrett
Jonathan Marshall
Sharon Iskra
Bailey & Glasser LLP
209 Capitol St.
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

Benjamin Hogan
Bailey & Glasser LLP
6 Canyon Road, Suite 200
Morgantown, WV 26508
bhogan@baileyglasser.com

Edward A. Broderick
Broderick Law P.C.
99 High St, Suite 304
Boston, MA 02110
ted@broderick-law.com

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Ave, Suite 3
Natick, MA 01760
mmcue@massattorneys.net

Ryan McCune Donovan
Hissam Forman Donovan Ritch PLCC
707 Virginia St., East, Suite 260
P.O. Box 3183
Charleston, WV 25301
rdonovan@hfdrlaw.com

                                     */s/ Andrew O. Wirmani*
                                      Andrew O. Wirmani