FILED: October 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-250
(5:17-cv-00179-JPB-JPM)
_____

DIRECTV, LLC

        Petitioner

v.

DAVID VANCE; ROXIE VANCE; CARLA SHULTZ, individually and on behalf of a class of all persons and entities similarly situated

        Respondents

_____

O R D E R
_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 22-2041. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Patricia S. Connor, Clerk