IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

**DAVID and ROXY VANCE,**
**and CARLA SHULTZ individually**
**and on behalf of a class of all**
**persons and entities similarly situated,**

    Plaintiffs,

vs.                                                Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC,**

    Defendant.

## PARTIES' JOINT REPORT OF PROPOSED SETTLEMENT

Plaintiffs and Defendant collectively report to the Court that they have signed a term sheet on a settlement to be proposed to the Court for preliminary approval by March 24, 2023. The Parties will work in the interim on executing a formal Settlement Agreement and Plaintiffs will draft a motion for preliminary approval. The Parties have filed in the Fourth Circuit a joint motion to hold the pending appeals in abeyance.

Dated: January 30, 2023

Respectfully submitted by,

/s/ *John W. Barrett*
John W. Barrett
Jonathan R. Marshall
Sharon F. Iskra
Benjamin Hogan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com
bhogan@baileyglasser.com

*Counsel for Plaintiffs*

/s/ *Danielle Waltz*
Danielle Waltz (WVSB #10271)
Laura A. Hoffman (WVSB #12748)
Blair E. Wessels (WVSB #13707)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
Telephone: (304) 340-1000
Email: dwaltz@jacksonkelly.com

Lauren R. Goldman (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2375
Email: lgoldman@gibsondunn.com

Hans J. Germann (*admitted pro hac vice*)
Kyle J. Steinmetz (*admitted pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: hgermann@mayerbrown.com
Email: ksteinmetz@mayerbrown.com

Benjamin D. Bright (admitted *pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Email: bbright@mayerbrown.com

Pete Marketos (admitted *pro hac vice*)
Andrew Wirmani (admitted *pro hac vice*)
Brett S. Rosenthal (admitted *pro hac vice*)
REESE MARKETOS LLP
750 North Saint Paul Street Suite 600
Dallas, TX 75201
Telephone: (214) 382-9810
Email: pete.marketos@rm-firm.com
Email: andrew.wirmani@rm-firm.com
Email: brett.rosenthal@rm-firm.com

*Counsel for Defendant DIRECTV, LLC*

## Certificate of Service

I hereby certify that on January 30, 2023 I caused the foregoing to be filed with via the Court's CM/ECF filing system which will effect service on all counsel of record.

/s/ <u>*John W. Barrett*</u><br>John W. Barrett