FILED: February 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1958 (L)
(5:17-cv-00179-JPB-JPM)
_____

DAVID VANCE; ROXIE VANCE; CARLA SHULTZ, individually and on
behalf of a class of all persons and entities similarly situated

      Plaintiffs - Appellees

v.

DIRECTV, LLC

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the joint motion to hold appeal in abeyance, the court

grants the motion and places this case in abeyance pending the execution and

approval of a class settlement agreement in the district court. The parties shall file a

status report on March 8, 2023, and every 30 days thereafter and shall immediately

notify this court when the district court proceedings have concluded.

      For the Court

      /s/ Patricia S. Connor, Clerk