IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

DAVID and ROXY VANCE,
and CARLA SHULTZ individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

vs.                                                Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

    Defendant.

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiffs David and Roxie Vance and Carla Shultz move the Court under Federal Rule of Civil Procedure 23(e) for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The reasons for granting this motion are more fully explained in the supporting memorandum and exhibits thereto.

    A proposed order is attached hereto as Exhibit 1.

Dated:  April 25, 2023                                  Respectfully Submitted,

                                                              */s/ John W. Barrett*
                                                              John W. Barrett
                                                              Jonathan R. Marshall
                                                              Sharon F. Iskra
                                                              Benjamin Hogan
                                                             **BAILEY & GLASSER LLP**
                                                              209 Capitol Street
                                                             Charleston, WV  25301
                                                             Telephone: (304) 345-6555
                                                             jbarrett@baileyglasser.com
                                                             jmarshall@baileyglasser.com

siskra@baileyglasser.com
bhogan@baileyglasser.com

Matthew P. McCue
**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

Edward A. Broderick
**Broderick Law, P.C.**
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling Division

**DAVID and ROXIE VANCE and
CARLA SHULTZ, individually
and on behalf of a class of all
persons and entities similarly situated,**

    Plaintiffs,

vs.                                                     Case No. 5:17-cv-00179-JPB

**DIRECTV, LLC,**

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2023, a copy of **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                  */s/ John W. Barrett*
                                                  John W. Barrett