IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING

DAVID and ROXY VANCE,
and CARLA SHULTZ individually
and on behalf of a class of all
persons and entities similarly situated,

    Plaintiffs,

vs.                                                  Case No. 5:17-cv-00179-JPB

DIRECTV, LLC,

    Defendant.

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

        For the reasons stated in the accompanying memorandum, Plaintiffs David Vance, Roxie Vance, and Carla Shultz move the Court for an order granting an award of attorneys' fees of $5,616,666, litigation costs of $330,975, and service awards of $10,000 to each of the three Plaintiffs.

Dated: June 22, 2023

                                                             Respectfully Submitted,

                                                             BAILEY & GLASSER LLP

                                                             By: /s/ John W. Barrett
                                                                    John W. Barrett
                                                                  **BAILEY & GLASSER LLP**
                                                                  209 Capitol Street
                                                                  Charleston, West Virginia 25301
                                                                  (304) 345-6555
                                                                  (304) 342-1110 (fax)
                                                                  jbarrett@baileyglasser.com

                                                                  Matthew P. McCue
                                                                  **The Law Office of Matthew P. McCue**
                                                                  1 South Ave., Third Floor

Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

Edward A. Broderick
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Class Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>By: s/ John W. Barrett
>John W. Barrett
>**BAILEY & GLASSER LLP**
>209 Capitol Street
>Charleston, WV  25301
>Telephone: (304) 345-6555
>jbarrett@baileyglasser.com