## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA

### WHEELING

DAVID and ROXY VANCE,
and CARLA SHULTZ individually
and on behalf of a class of all
persons and entities similarly situated,

      **Plaintiffs,**

**vs.**                                                              **Case No. 5:17-cv-00179-JPB**

**DIRECTV, LLC,**

      **Defendant.**

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in the accompanying memorandum, Plaintiffs David Vance, Roxie Vance, and Carla Shultz move the Court for an order granting final approval of the class action settlement and awarding the previously-requested attorneys' fees, costs, and service awards. Plaintiffs also request the Court grant their Motion for Award of Attorneys' Fees, Costs, and Service Award, ECF No. 393.

Dated: August 14, 2023

                                Respectfully Submitted,

                                BAILEY & GLASSER LLP

                                By:  /s/ John W. Barrett
                                    John W. Barrett
                                  **BAILEY & GLASSER LLP**
                                  209 Capitol Street
                                  Charleston, West Virginia 25301
                                  (304) 345-6555
                                  (304) 342-1110 (fax)
                                  jbarrett@baileyglasser.com

                                  Matthew P. McCue

**The Law Office of Matthew P. McCue**
1 South Ave., Third Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmcue@massattorneys.net

Edward A. Broderick
**BRODERICK LAW, P.C.**
176 Federal Street, Fifth Floor
Boston, MA 02110
Telephone: (617) 738-7089
ted@broderick-law.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Class Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

By: <u>s/ John W. Barrett</u>
John W. Barrett
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com