IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DAVID VANCE, ROXIE VANCE,**
and **CARLA SHULTZ**, individually
and on behalf of a class of all
persons and entities similarly situated,

        Plaintiffs,

v.                                                  **CIVIL ACTION NO. 5:17-CV-179**
                                                    Judge Bailey

**DIRECTV, LLC,**

        Defendant.

### ORDER

    A Final Approval Hearing is currently set for 2:00 p.m. on August 24, 2023. This Court hereby **RESCHEDULES** the hearing with a time change only. The hearing will now start at **1:00 p.m. on August 24, 2023**.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to all counsel of record.

    **DATED**: August 18, 2023.

                                      JOHN PRESTON BAILEY
                                      UNITED STATES DISTRICT JUDGE